# EXHIBIT B

**Gent, Donna S. (Detroit)**

| | |
|---|---|
| **From:** | Waslawski, Daniel C. (Detroit) |
| **Sent:** | Monday, March 6, 2023 9:14 AM |
| **To:** | Eric Stempien |
| **Cc:** | Shawn Barrows; LeBeau, Michelle J. (Detroit); Gent, Donna S. (Detroit) |
| **Subject:** | RE: Elzein v. Ascension Genesys -- Status of Plaintiff's Discovery Responses |
| **Attachments:** | Proposed stipulated compelling discovery (Elzeinv. AGH).docx |

Good morning Eric,

I am following up on the voicemail that I just left you, as well as my emails set forth below in this chain. To date, we have not received Plaintiff's FRCP 26(a) initial disclosures, answers to Defendant's first set of interrogatories, or answers to Defendant's first set of requests for production of documents. Please consider this email my attempt to obtain your concurrence in a motion to compel discovery. Should you concur, please advise whether I have your consent to: (a) sign your name to the attached proposed stipulated order and (b) file it with the trial court.

Should I not hear from you by 5:00 PM today, I will assume that concurrence has been denied.

Thanks,

Dan



**Daniel C. Waslawski**
Attorney at Law

**Jackson Lewis P.C.**
2000 Town Center
Suite 1650
Southfield, MI 48075
Direct: (248) 936-1909 | Main: (248) 936-1900
Daniel.Waslawski@Jacksonlewis.com | www.jacksonlewis.com

**From:** Waslawski, Daniel C. (Detroit) <Daniel.Waslawski@Jacksonlewis.com>
**Sent:** Monday, February 27, 2023 12:02 PM
**To:** Eric Stempien <eric@stempien.com>
**Cc:** Shawn Barrows <shawn@stempien.com>; LeBeau, Michelle J. (Detroit) <Michelle.LeBeau@jacksonlewis.com>; Gent, Donna S. (Detroit) <Donna.Gent@jacksonlewis.com>
**Subject:** RE: Elzein v. Ascension Genesys -- Status of Plaintiff's Discovery Responses

Good afternoon Eric,

I never heard from you last week. Please advise.

Thanks,

Dan



## Daniel C. Waslawski
Attorney at Law

**Jackson Lewis P.C.**
2000 Town Center
Suite 1650
Southfield, MI 48075
Direct: (248) 936-1909 | Main: (248) 936-1900
Daniel.Waslawski@Jacksonlewis.com | www.jacksonlewis.com

**From:** Waslawski, Daniel C. (Detroit) <Daniel.Waslawski@Jacksonlewis.com>
**Sent:** Friday, February 17, 2023 9:49 AM
**To:** Eric Stempien <eric@stempien.com>
**Cc:** Shawn Barrows <shawn@stempien.com>; LeBeau, Michelle J. (Detroit) <Michelle.LeBeau@jacksonlewis.com>; Gent, Donna S. (Detroit) <Donna.Gent@jacksonlewis.com>
**Subject:** RE: Elzein v. Ascension Genesys -- Status of Plaintiff's Discovery Responses

Thanks for the response. That is totally fine. Just let me know on Monday if you need additional time.



## Daniel C. Waslawski
Attorney at Law

**Jackson Lewis P.C.**
2000 Town Center
Suite 1650
Southfield, MI 48075
Direct: (248) 936-1909 | Main: (248) 936-1900
Daniel.Waslawski@Jacksonlewis.com | www.jacksonlewis.com

**From:** Eric Stempien <eric@stempien.com>
**Sent:** Friday, February 17, 2023 9:48 AM
**To:** Waslawski, Daniel C. (Detroit) <Daniel.Waslawski@Jacksonlewis.com>
**Cc:** Shawn Barrows <shawn@stempien.com>; LeBeau, Michelle J. (Detroit) <Michelle.LeBeau@jacksonlewis.com>; Gent, Donna S. (Detroit) <Donna.Gent@jacksonlewis.com>
**Subject:** RE: Elzein v. Ascension Genesys -- Status of Plaintiff's Discovery Responses

Apologies for not responding sooner. I'm in a dep all day today, so if you can give me until Monday to figure out where we are at with the discovery and IDs, that would be great. I think that we are pretty far along, may only be waiting for my review, but I don't specifically recall. Hopefully I'll be able to get these to you on Monday. Thanks

Eric Stempien
Stempien Law, PLLC
38701 Seven Mile Road, Suite 130
Livonia, MI 48152
Direct: (734)822-9435
Main: (734)744-7002
Cell: (734)673-0567

eric@stempien.com
www.stempien.com



This message and any attachments are confidential and are subject to the attorney-client privilege and the privilege relating to attorney-client work product. It is intended only for the named recipient(s) and may be exempt from disclosure under other applicable law, as well. If you are not the intended recipient(s), you are notified that any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on the contents of this information is prohibited and may be unlawful. If you receive this message in error, or are not the named recipient(s), please notify the sender, delete this e-mail from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. This law firm hereby claims all applicable privileges related to this information.

**From:** Waslawski, Daniel C. (Detroit) <Daniel.Waslawski@Jacksonlewis.com>
**Sent:** Friday, February 17, 2023 9:08 AM
**To:** Eric Stempien <eric@stempien.com>
**Cc:** Shawn Barrows <shawn@stempien.com>; LeBeau, Michelle J. (Detroit) <Michelle.LeBeau@jacksonlewis.com>; Gent, Donna S. (Detroit) <Donna.Gent@jacksonlewis.com>
**Subject:** RE: Elzein v. Ascension Genesys -- Status of Plaintiff's Discovery Responses

Good morning Eric,

I am following up on my email below. Please advise.

Thanks,

**From:** Waslawski, Daniel C. (Detroit) <Daniel.Waslawski@Jacksonlewis.com>
**Sent:** Wednesday, February 15, 2023 9:19 AM
**To:** Eric Stempien <eric@stempien.com>
**Cc:** Shawn Barrows <shawn@stempien.com>; LeBeau, Michelle J. (Detroit) <Michelle.LeBeau@jacksonlewis.com>; Gent, Donna S. (Detroit) <Donna.Gent@jacksonlewis.com>
**Subject:** Elzein v. Ascension Genesys -- Status of Plaintiff's Discovery Responses

Good morning Eric,

I hope all is well. To date, we have not received Plaintiff's FRCP 26(a) initial disclosures, answers to Defendant's first set of interrogatories, or answers to Defendant's first set of requests for production of documents. Please advise as to the status at your earliest convenience. If you need additional time, we are willing to work with you.

Thanks,



**Daniel C. Waslawski**
Attorney at Law

**Jackson Lewis P.C.**
2000 Town Center
Suite 1650
Southfield, MI 48075
Direct: (248) 936-1909 | Main: (248) 936-1900
Daniel.Waslawski@Jacksonlewis.com | www.jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,

      Plaintiff,

                                       Case No:  2:22-cv-12352

v.

                                       Hon.  Sean F. Cox

ASCENSION GENESYS HOSPITAL,

                                       Magistrate Curtis Ivy, Jr.

      Defendant.

| STEMPIEN LAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| Eric Stempien (P58703) | Maurice G. Jenkins (P33083) |
| Attorneys for Plaintiff | Michelle J. LeBeau (P51440) |
| 38701 Seven Mile Rd., Suite 130 | Daniel C. Waslawski (P78037) |
| Livonia, MI 48152 | Attorneys for Defendant |
| (734)744-7002 | 2000 Town Center, Suite 1650 |
| eric@stempien.com | Southfield, MI 48075 |
| | (248) 936-1900 |
| | Maurice.Jenkins@jacksonlewis.com |
| | Michelle.LeBeau@jacksonlewis.com |
| | Daniel.Waslawski@jacksonlewis.com |

**STIPULATED ORDER COMPELLING PLAINTIF TO SERVE FED. R. CIV. P. 26(a) INITIAL DISCLOSURES AND RESPONSES TO DEFENDANT'S FIRST SET OF DISCOVERY REQUESTS**

      This matter having come before the Court upon stipulation of the parties, and the Court being fully advised on the premises that:

      **IT IS HEREBY ORDERED** that Plaintiff shall serve and provide complete written answers and responsive document to Defendant's First Set of Interrogatories and First Request for Production of Documents (including by

producing any and all responsive documents, things, and executed authorizations) on or before March 13, 2023.

**IT IS FURTHER ORDERED** that Plaintiff shall serve and provide complete Fed. R. Civ. P. 26(a) initial disclosures on or before March 13, 2023.

**IT IS SO ORDERED**.

_____          _____
DATE                                          Hon. Sean F. Cox

**WE STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**


By: /s/_____ (with consent)          By: /s/ Daniel C. Waslawski
STEMPIEN LAW, PLLC                      JACKSON LEWIS P.C.
Eric Stempien (P58703)                     Maurice G. Jenkins (P33083)
Attorneys for Plaintiff                        Michelle J. LeBeau (P51440)
38701 Seven Mile Rd., Suite 130         Daniel C. Waslawski (P78037)
Livonia, MI 48152                            Attorneys for Defendant
(734)744-7002                                2000 Town Center, Suite 1650
eric@stempien.com                          Southfield, MI 48075
                                                   (248) 936-1900
                                                   Maurice.Jenkins@jacksonlewis.com
                                                   Michelle.LeBeau@jacksonlewis.com
                                                   Daniel.Waslawski@jacksonlewis.com