UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,

          Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

          Defendant.

Case No. 22-cv-12352
Hon. Sean F. Cox
Magistrate Judge: Curtis Ivy, Jr.

_____/

| ERIC STEMPIEN (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Rd., Suite 130<br>Livonia, MI 48152<br>(734)744-7002<br>eric@stempien.com | MAURICE G. JENKINS (P33083)<br>MICHELLE J. LEBEAU (P51440)<br>DANIEL C. WASLAWSKI (P78037)<br>JACKSON LEWIS, P.C.<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900<br>Maurice.jenkins@jacksonlewis.com<br>Michelle.lebeau@jacksonlewis.com<br>Daniel.waslawski@jacksonlewis.com |
|---|---|

_____/

**STIPULATED ORDER ADJOURNING SCHEDULING ORDER DATES**

This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises:

The parties hereby stipulate to the entry of this Order Adjourning Scheduling Order Dates due to Plaintiff counsel's family emergencies, which have occurred over

1

the past two months, thereby causing a delay in the handling of Plaintiff counsel's case docket, including the present case,

THEREFORE, IT IS HEREBY ORDERED that the Scheduling Order in this matter be and hereby is modified as follows:

| | |
|---|---|
| Plaintiff expert disclosures: | August 11, 2023 |
| Defendant's expert disclosures: | August 25, 2023 |
| Lay witness identification: | September 8, 2023 |
| Discovery cutoff: | October 13, 2023 |
| Discovery motions: | 2 weeks before discovery cutoff |
| Status Conference: | **October 10, 2023 at 3:00 p.m.** |
| Dispositive motion cutoff: | November 17, 2023 |
| Final Pretrial Conference: | **February 27, 2024 at 10:00 a.m.** |
| Trial: | March/April 2024 |

Dated: July 25, 2023

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Stipulated and approved for entry:

*/s/ Eric Stempien*
Eric Stempien (P58703)
Attorney for Plaintiff

*/s/ Daniel Waslawski (w/consent)*
Daniel Waslawski (P78037)
Attorney for Defendant