UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMED ELZEIN,

     Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

     Defendant.

Case No. 22-12352

Hon. Sean F. Cox

Magistrate Judge Curtis Ivy, Jr.

---

STEMPIEN LAW, PLLC
Eric Stempien (P58703)
Attorneys for Plaintiff
38701 Seven Mile Rd., Suite 130
Livonia, MI 48152
(734)744-7002
eric@stempien.com

JACKSON LEWIS P.C.
Maurice G. Jenkins (P33083)
Michelle J. LeBeau (P51440)
Daniel C. Waslawski (P78037)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
Maurice.Jenkins@jacksonlewis.com
Michelle.LeBeau@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

---

## DEFENDANT'S PRELIMINARY TRIAL WITNESS LIST

Defendant Ascension Genesys Hospital ("AGH" or "Defendant"), through its undersigned counsel, hereby submits the following Preliminary Trial Witness List of individuals who may testify at trial of this matter:

1.    Plaintiff Ahmed Elzein, c/o Plaintiff's counsel.

2.    Natalia Baj-Osiewicz, MD, c/o Defendant's counsel.

3.    Bradley R. Caloia, DO, c/o Defendant's counsel.

4.      Marney Daugherty, c/o Defendant's counsel.

5.      Andrew Dolehanty, DO, c/o Defendant's counsel.

6.      Tammy Gauthier, c/o Defendant's counsel.

7.      Kathleen Scott (Hadden), c/o Defendant's counsel.

8.      Helena Kurowski, c/o Defendant's counsel.

9.      Rachel Marble, RN, c/o Defendant's counsel.

10.     Barbara Pawlaczyk, MD, c/o Defendant's counsel.

11.     Andrew Vosburgh, MD, c/o Defendant's counsel.

12.     HimaBindu Yarlagadda, MD, c/o Defendant's counsel.

13.     Brett Haschig, DO, c/o Defendant's counsel.

14.     William Ellis, MD, c/o Defendant's counsel.

15.     Burhan M. Tajour, MD, c/o Defendant's counsel.

16.     Reginald Sandy, DO, c/o Defendant's counsel.

17.     Malcolm S. Cohen, Ph.D. of Employment Research Corporation, 305 E. Eisenhower Pkwy., Suite 316, Ann Arbor, MI 48108.

18.     Elissa P. Benedek M.D., FacPsych, 36-7 Chatham Way, Ann Arbor, MI 48105.

19.     Investigator or other custodian of records from the Equal Employment Opportunity Commission ("EEOC").

20.     Investigator or other custodian of records from the Michigan Department of Civil Rights ("MDCR").

21.    Representatives of and custodians of records for Plaintiff's current, past, and prospective employers or contractor agencies, c/o their respective entities.

22.    Representatives of and custodians of records for Plaintiff's current and past treating physicians and medical providers that are relevant to Plaintiff's liability and damages claims, c/o of their respective entities.

23.    Representatives of and custodians of records for Plaintiff's educational entities, c/o of their respective entities.

24.    All persons, not objected to by Defendant, identified in all pleadings, interrogatory answers and depositions.

25.    All persons, not objected to by Defendant, identified in those documents produced during discovery.

26.    Any persons, not objected to by Defendant, who were deposed in this action.

27.    All persons identified by Plaintiff and not objected to by Defendant, whether called or not.

28.    All other necessary rebuttal witnesses, including lay and experts, as necessary.

Defendant reserves the right to amend its Witness List and to add additional witnesses as they become known through the course of discovery.

Respectfully submitted,

JACKSON LEWIS P.C.

By:  /s/ Daniel C. Waslawski
      Maurice G. Jenkins (P33083)
      Michelle J. LeBeau (P51440)
      Daniel C. Waslawski (P78037)
      Attorneys for Defendant

2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
Maurice.Jenkins@jacksonlewis.com
Michelle.LeBeau@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

Dated:  September 8, 2023

## CERTIICATE OF SERVICE

The undersigned hereby certifies that the foregoing instrument was served upon all parties in the above case at their respective addresses disclosed on the pleadings on September 8, 2023 by:

☐ Hand Delivery        ☐ U. S. Mail and Email
X ECF                  ☐ FAX

/s/ Daniel C. Waslawski
DANIEL C. WASLAWSKI

4857-8800-0638, v. 2

4