UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ahmed Elzein,

                        Plaintiff(s),

v.                                                     Case No. 2:22–cv–12352–SFC–CI
                                                       Hon. Sean F. Cox

Ascension Genesys Hospital,

                        Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Ivy pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                       s/Sean F. Cox
                                                       Sean F. Cox
                                                       United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                       s/J. McCoy
                                                     Case Manager

Dated:   October 10, 2023