UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AHMED ELZEIN,

    Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

    Defendant.

Case No. 22-12352

Hon. Sean F. Cox

Magistrate Judge Curtis Ivy, Jr.

---

STEMPIEN LAW, PLLC
Eric Stempien (P58703)
Attorneys for Plaintiff
38701 Seven Mile Rd., Suite 130
Livonia, MI 48152
(734)744-7002
eric@stempien.com

JACKSON LEWIS P.C.
Maurice G. Jenkins (P33083)
Michelle J. LeBeau (P51440)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 936-1900
Maurice.Jenkins@jacksonlewis.com
Michelle.LeBeau@jacksonlewis.com

## INDEX OF EXHIBITS

1. Ascension Equal Employment Opportunity Policy

2. Ascension Genesys Hospital Internal Medicine Residency Program Honor Code

3. Ascension Genesys Hospital Resident Training Agreement

4. Notes regarding September 24, 2020 CCC Meeting

5. Remediation Plan

6. Notes from October 7, 2020 Resident Touchbase Meeting with Program Director

7. November 19, 2020 Witness Statements

8. Havenwyck Discharge Summary and Aftercare Plan

9. Notes Regarding November 30, 2020 Call and Investigation

10. April 5, 2021 Correspondence to Plaintiff

11. April 28, 2021 Correspondence to Plaintiff

12. EEOC Charge of Discrimination and Determination and Notice of Rights

13. Return to Work Form (Plaintiff claims he was out with a cold)

14. List of Plaintiff's Badge Swipes

15. December 2, 2020 Email to Plaintiff regarding Appointment with Dr. Vosburgh from Marnie Daugherty

16. Unpublished Cases

17. Plaintiff Deposition Transcript Excerpts

18. Natalia Baj-Osewicz Deposition Transcript Excerpts

19. Tammy Gautheir Deposition Transcript Excerpts

20. Barbara Pawlaczyk Deposition Transcript Excerpts

21. Dosyng Yoon, M.D. Deposition Transcript Excerpts