# EXHIBIT 1

**Current Status:** *Active*                                                   **PolicyStat ID:** *2846353*



| | |
|---|---|
| **Effective:** | *02/2016* |
| **Approved:** | *09/2016* |
| **Last Revised:** | *09/2016* |
| **Owner:** | ███████████ |
| **Department:** | *Human Resources* |
| **References:** | |
| **Applicability:** | *Ascension* |

# Equal Employment Opportunity (EEO)

## PURPOSE:

Ascension provides Equal Employment Opportunities (EEO) to all associates and applicants for employment without regard to race, color, religion, sex/gender, sexual orientation, gender identity, pregnancy, childbirth, and related medical conditions, lactation, breastfeeding, national origin, age, disability, genetic information, veteran status, marital status, all as defined by applicable law, and any other legally protected status or characteristic in accordance with applicable federal, state and local laws.

## POLICY STATEMENT:

Each facility in Ascension complies with applicable federal, state and local laws governing non-discrimination in employment. This policy applies to all terms and conditions of employment, including, but not limited to, hiring, placement, promotion, termination, layoff, recall, transfer, leaves of absence, compensation, benefits and employer-sponsored training. All employment and promotion decisions will be based only on valid job requirements and will be made in accordance with principles of equal employment opportunity.

Ascension is firmly committed maintaining a culture that will attract, hire, transfer and retain highly skilled and talented individuals from all types of communities. Diversity is central to our Catholic identity and our Core Values.

Reasonable accommodation of religious practices and disabilities will be granted if such accommodation can be achieved without undue hardship and as required by law.

## DEFINITIONS:

To view the definitions for key terms used in this procedure, please refer to the <u>Glossary of Key Terms</u> document.

## PROCEDURE/GUIDELINES:

A. **Equal Access to Jobs**
   In partnership with the Talent Acquisition CoE, Ascension will promote diversity and develop recruitment techniques and guidelines appropriate for Ascension.

B. **Equal Opportunity for Job Success**
   Ascension will take steps to ensure that all personnel actions such as work assignments, performance measurements, pay, employer-sponsored training programs, discipline, and any other term, condition, or

Equal Employment Opportunity (EEO). Retrieved 08/02/2017. ███████████                    Page 1 of 3
Copyright © 2017 Ascension

privilege of employment are administered without regard to race, color religion, sex/gender, sexual orientation, gender identity, pregnancy, childbirth and related medical conditions, lactation, breastfeeding, national origin, age, disability, genetic information, veteran status, marital status, all as defined by applicable law, and any other legally protected status or characteristic.

Ascension and the Ministries will continuously monitor all personnel actions to ensure compliance with this EEO Policy.

C.  **Complaint & Investigation Procedure**

If an associate has questions about this policy or believes that this policy has or is being violated, the associate must immediately notify his/her manager, the local HR Partner, the Corporate Responsibility Officer, or the Ascension Values Line. If associates are not comfortable discussing their concerns with their manager or HR Partner, the matter will be investigated by the appropriate parties at the Ministry and corrective action will be taken as deemed appropriate by the Ministry.

Associates are expected to cooperate during an investigation. Information provided by an associate will be treated as confidential to the extent practical in order to conduct an adequate investigation and respond appropriately.

D.  **Retaliation**

Ascension prohibits any form of retaliation against associates for bringing good faith complaints or providing information about discrimination.  Associates and applicants also shall not be subjected to harassment, intimidation, threats, coercion or discrimination because they have: (1) filed a complaint; (2) assisted or participated in an investigation, compliance review hearing or any other activity related to the administration of any federal, state or local law requiring equal employment opportunity; (3) opposed any act or practice made unlawful by any federal, state or local law requiring equal employment opportunity; or (4) exercised any other right protected by federal, state or local law requiring equal employment opportunity.

E.  **Communication**

This policy is continuously disseminated and communicated throughout Ascension, especially to all levels of management and those individuals engaged in recruiting, employment and training activities. Overall monitoring responsibility for equal employment opportunities and overall administration of this EEO policy has been assigned to an EEO coordinator. Each manager is responsible for carrying out the objectives of the equal employment policy as an integral part of his or her duties and will be evaluated on performance in this area along with other responsibilities. Constant monitoring of the progress is required and every good faith effort shall be made to meet the legal and moral responsibilities of Ascension in equal employment.

**This Equal Employment Opportunity Policy is fully endorsed by the CEO of Ascension.**

# REFERENCES:

N/A

# KEY WORDS:

N/A

# RELATED DOCUMENTS:

*   EEO Policy Statement (attached)

# Attachments:                                    EEO Policy Statement.doc

## Approval Signatures

| Approver | Date |
|---|---|
| ██████████████████████████████████ | 09/2016 |