# EXHIBIT 2

# Honor Code

## Ascension Genesys Hospital
## Internal Medicine Residency Program

The Honor Code of the Internal Medicine Residency Program is designed to promote individual responsibility, integrity, and professionalism and to promote an atmosphere conducive to proper maturation and development of the internist. Professionalism and Integrity are among the general competencies in Internal Medicine. The Honor Code applies to all clinical, academic and professional activities that the Internal Medicine Resident engages in. The integrity and validity of the Honor Code cannot be maintained without the support and cooperation of each individual Internal Medicine Resident. Each Internal Medicine Resident signs the attestation below acknowledging their responsibility to the Honor Code.

*By my signature, I pledge on my honor to uphold the principles described in the Internal Medicine Residency Honor Code and to conduct myself in a manner consistent with the values of the Ascension Genesys Regional Medical Center. I affirm that I will abide by the Honor Code in all of my professional duties and will report all suspected violations of the Honor Code to the Department Chair, the Program Director or DIO.*

The Honor Code of the Internal Medicine Residency contains the following elements:

*Commitment to the truth*

*Commitment to and respect for the rules, regulations, policies and procedures of the Ascension Genesys Hospital and the Internal Medicine Training Program.*

*Commitment to the respectful interaction between the Residents and patients, other residents and fellows, faculty and other members of the Genesys Community.*

*Commitment to providing compassionate, evidence based medical care.*

*Commitment to integrity.*

*Commitment to scholarship and academic curiosity.*

*Commitment to maintain the good reputation of the Department and the Program.*

*Commitment to constructive, productive feedback regarding the Department, Faculty and the Program.*

*Commitment to fostering a healthy, supportive, non-judgmental, and non-discriminating work environment that is free of harassment and substance abuse.*

*Commitment to the Values of Ascension Genesys Hospital.*

*Commitment to ensuring that all Residents are fulfilling the responsibilities of the Honor Code by promptly reporting suspected violations of the Honor Code.*

## Department of Medicine Code of Conduct

1. Foster open communication, constructive conversation, and active listening among colleagues by building trust.

2. ==Cultivate an atmosphere of mutual respect and inclusion for all individuals in the workplace, keeping in mind diversity and cultural differences.==

3. Reach out to any colleagues that appear to be struggling and offer support and help in finding resources.

4. ==Do not discriminate or practice favoritism based on age, race, religion, gender, sexual orientation, etc.==

5. ==Avoid harassment or abuse (written, verbal, physical) of patients, faculty, and staff.==

6. ==Know and follow established reporting mechanisms.==

7. Clarify procedures, expectations, and policy-making at the Division/Department level to strictly adhere to credentialing compliance.

8. Accept full responsibility for your professional performance. Provide only expert testimony, written work, and oral presentations that you would be willing to have peer reviewed.

9. Report unsafe or hazardous workplace conditions in a timely manner to facilitate effective resolutions.

10. Promote a patient-centered environment by prioritizing and completing all clinical duties, tasks, and responsibilities accurately and within a timely manner.

9