# EXHIBIT 4

**September 24, 2020  9 a.m.-4:15 p.m.**

Committee members present:  Kirkpatrick, Kopek, Kurowski, Pawlaczyk, Sandy, Yarlagadda

CCC meeting was preceded with a short faculty meeting that included discussions as follows:

Email updates sent by Dr. Pawlaczyk morning report, step 3, etc. attendance requirements. Discussion was held on the best method for disseminating information to all the residents so that they get the same information.  Dr. Sandy will set up a group in Perfect Serve for all to use.

Discussion held on giving residents qualitative feedback versus quantitative feedback.  Giving them more feedback based on how they are doing versus giving them a 2.5.  Residents should still do a self-evaluation, but faculty needs to change the way they give feedback to residents.

Scheduling 1 hour per resident for feedback meetings.  Some meetings will be held only by the Program Director and Associate Program Director.  Discussed document received from ACGME regarding CCC structure.  Dr. Yarlagadda shared an overview of the guidelines.

Resident milestones discussed as follows:

This is the first CCC meeting for the 2020-2021 year. We are starting with PGY 1 class to make sure that we identify early any residents that might struggle to adapt or advance in their milestones. Three interns still need to have videotaping in the clinic (▇▇▇▇, ▇▇▇ and Elzein).



**Ahmed Elzein**
Dr. Sandy reviewed milestone scores.  Seems to be improving slightly.  Doesn't seem to respond appropriately (or at all) to patient needs.  He asks for feedback.  He has a long way to

go. Needs much improvement. Hard to imagine him improving. He is trying. Moving in the right direction. Residents are trying to work with him. Seems lost sometimes. Weekend work showed him as being behind, but trying to improve. Reliable with things he knows. Hesitant to ask for help on the things he does not know. Needs a lot of work to catch up. Dr. Pawlaczyk is holding a mentor meeting with him next week. Very low scores on MKSAP quizzes. Went to the wrong location for Women's Health rotation. He should be communicating with his peers. He does not reach out to others to ask questions or for feedback. He realizes he is doing poorly, so is keeping to himself. Consideration will be given to him completing additional IM Staff rotations depending on his progress. Clinic staff says he is always late for the clinic. Did not show up for the clinic two days. Signout is much more abbreviated than it should be. He is missing key information. Doesn't seem to be forming a relationship with patients. Could be an organizational issue. Faculty will continue to monitor his punctuality. Hampers teamwork. Dr. Pawlaczyk has been meeting with him during each rotation. He joined the program later than other interns (mid-orientation). Because of the lack of prior experience in the USA, it is going to take longer for him to adapt and to perform at the level of intern. He did show some progress in his documentation and interaction with patients and peers. It was noticed that he keeps more to himself and does not engage in interactions with his peers unless others start conversations first. It was noted that during his 3rd block he seemed to be more confident and relaxed during rounds and around his peers.



Ascension (Elzein) 000043