# EXHIBIT 5

**Remediation Plan**

Resident: Ahmed Elzein, MD      Date: October 5, 2020

**Remediation Plan duration:**
October 5, 2020 – December 11, 2020

Program Director:  Barbara Pawlaczyk, MD    Program: Internal Medicine, AGH

**Areas of Deficiency**
The following deficiencies have been defined and documented through the performance evaluation procedures approved by the Graduate Medical Education Committee and utilized by the program:

1. Medical Knowledge (MK1 &2)
2. Patient Care (PC1, PC2, PC3, PC5)
3. Professionalism (PROF 1,2 4)
4. Systems-Based Practice (SBP1, 4)

Types of Problem Identified:
1. Academic
2. Behavioral

**Remediation Plan (Faculty and Resident responsibilities)**
Dr. Elzein was placed on remediation due to the deficiencies listed above by the CCC members. The following actions are planned to address the deficiencies.
Weekly meetings with the IM core faculty and active direct supervision of Dr. Elzein's progress on both inpatient and outpatient rotations (IM Staff and DHC).

**Academic progress:**

During each week, faculty will provide reading topic/s expected to be reviewed by the end of the week. Faculty will be expected to have clear direct expectations for reading.  Dr. Elzein will give a detailed summary of the reading with core faculty reviewing the topic.  Expectations regarding academic and clinical performance will be discussed at the beginning of each week/rotation with core faculty.  Performance from these presentations will be recorded with each progress report recorded by core faculty.

Additionally, FCCS topics will be assigned and quizzes will be periodically assigned.  The information for these topics may range from UptoDate information, FCCS manual, and other critical care/internal medicine reference sources.  The content and timing of the quizzes are at the discretion of the core faculty.  A passing grade of at least 70% is expected for these quizzes as they relate to inpatient and critical care.  These quiz scores will be recorded and kept in Dr. Elzein's file.

Dr. Elzein will also complete at least 50 questions from a question bank approved by core faculty (e.g. UWorld, Boards and Wards, etc.) in addition to keeping up with weekly didactics.  At the end of each month, Dr. Elzein will need to supply core faculty with evidence of the number of questions he has done and the subjects tested.  Direction as to what subjects to review are at the discretion of the core faculty.

**Behavioral progress (PROF1,2,4):**

During all clinical encounters, Dr. Elzein will be expected to be forthright in all patient and clinical interactions. There will be zero tolerance for dishonesty or deceitfulness in the clinical setting. Dr. Elzein while on inpatient rotation will be expected to assist with all reasonable requests by senior resident. If there are issues or concerns regarding any clinical encounters (e.g. patient safety, personal safety, or expectations), Dr. Elzein should report to either the most senior resident on his service or core faculty, whichever is more immediately available. If there are issues with requests by senior residents, Dr. Elzein should notify core faculty for his concerns. The end goal is to encourage patient ownership of the resident and integrity that represents the profession.

**Dr. Elzein will be expected to be punctual on all rotations.** If in the event there are emergencies encountered, Dr. Elzein is expected to notify core faculty or senior resident he is working with that day of any issue with his attendance.

Meetings with Behavioral Scientist: review of study habits and evaluation of best learning style, these may be scheduled at discretion of faculty or if resident requests additional support

Dr. Elzein will be required to undergo evaluation with occupational health, done by Dr. Vosburgh, for formal evaluation of work readiness (fit for duty assessment).

Dr. Elzein will meet with PD on a monthly basis to assure proper follow up and support.

Faculty will update the remediation action plan after every meeting with noting progress and direct next steps for improvement in both academic and clinical rotations . These will be sent to Dr. Pawlaczyk and will be placed in Dr. Elzein's file. Faculty will have a handoff for Dr. Elzein's performance when a different core faculty member will be spending a majority of the time with him on a rotation each week. These may be done in writing or verbally.

Dr. Elzein will not be permitted to moonlight or participate in any assigned committees or be involved in other hospital related activities outside of the scope of the internal medicine training until the remediation plan is successfully done.

Dr. Elzein's Master Schedule for the 2020-2021 academic year was changed to allow him to have additional 1 on 1 faculty/senior resident education and supervision (half of block 4 through block 6).

**Evaluation**
The following measurable procedures will be used to determine if the improvement necessary to correct deficiencies has been achieved and documented:

1. Improvement of Dr. Elzein's milestones from prior CCC meetings as outlined in the above deficiencies.
2. Pass rate of FCCS quizzes at > 70%.
3. Performance in presentation, documentation, and clinical thought process that approaches an intern at 6 months of training through evaluations (qualities suggesting advancement to indirect supervision by core faculty, ability to perform call weekends with a senior resident, clinical thinking and habits that suggest ability to tolerate more independent management).
4. Completion of weekly additional board questions.
5. Improvement in MKSAP quizzes by achieving consistently more than 60% score from each quiz.

6. No additional episodes of breaches of behavioral progress noted above upon signing of this document.

**Follow up:**

If Dr. Elzein achieves all points in evaluation above, his remediation plan will be completed. If by the end of his next rotation he does not meet these requirements, further discussion will occur regarding extension of remediation or academic probation.

**If there is a behavioral breach related to professionalism in the clinical setting, then disciplinary action, probation, or expulsion from the program may occur.**

The remediation plan was discussed with Dr. Elzein on October 7, 2020.

**Verification:**

I have reviewed and discussed the contents of this document:

Resident: _____ Date: _____ ☐ Refused Signature

Program Director: _____ Date: _____

Director of Medical Education: _____ Date: _____