# EXHIBIT 9

CONFIDENTIAL - subject to protective order

Exhibit

5

11/30/2020 @ 4:30pm call with Ahmed Elzein and Barbara Pawlaczyk, Marney Daugherty (notes)

We need return to work clearance due to the behaviors you exhibited when you went to the ER. We need this clearance from Dr. Vosburgh or the physician that treated these behaviors. If you provide a letter it needs to state the dates you were seen, treated and cleared from work

Dr. Elzein will provide a return to work note.

You can provide the note to me or I'll get a contact in Occupational Health

Dr. Elzein - What did you tell Occ Health when you say them to return to work?  Dr. Elzein said I told him I was stressed out at work, not feeling well, runny nose. I went to the ER although I didn't see a clear reason to go to the ER.

Did you tell her you were admitted to the hospital? Yes and I was discharged.

Asked Dr. Pawlaczyk to leave because Dr. Elzein wanted to talk to me

I felt uncomfortable when they asked me to go to the ER. I was feeling stressed because I had just raised issues to my senior Dr. Natalia Baj-osiewicz about an incident that occurred.
On November 11, 2020 I was in the intern room (for 1st years) praying and an ER resident, Brett Hinsley told me to go back where I came from. Another internal medicine resident witnessed the event, Kanksha Peddi and a female gynecological intern, I don't know her name. I told Natalia and she said I should tell Dr. Pawlaczyk. I told Dr. Pawlaczyk and she didn't believe me and it stressed me out. They forced me to go to the ER and called security, security came with a wheelchair to intimidate me. They said if you don't come we will take you without choice. I felt scared at that point and went.

I've been one of the best residents and I didn't understand what was going on. The physician got her side of the story and then came to me. ER physician agreed with her and then another physician saw me and didn't think I had symptoms. However, Dr. Pawlaczyk and Dr. K (ER physician) signed a letter to admit me to another hospital. The ER physician directed the nurses to take my belongings including my phone.

Marney confirmed he did apply for a leave of absence.

I don't want to be seen by Dr. Vosburgh, he knew all my medical information and deficiencies in my work performance. He made me uncomfortable. Marney said what information did Dr. Vosburgh share? He knew the hospital I was admitted to. Marney

CONFIDENTIAL - subject to protective order

said did you provide the letter from the hospital at your return to work appointment? He said well yes. I said then that is how Dr. Vosburgh knew where you were hospitalized.

CONFIDENTIAL - subject to protective order
Ascension (Elzein) 000614

CONFIDENTIAL - subject to protective order

 Ascension

# Investigation Interview Form

| | | | | |
|---|---|---|---|---|
| Case Number: | HRC1306483 | | | |
| Date of Interview: | 12/2/2020 | | Time of Interview: | 9:30am |
| Interviewer Name:<br>Interviewer Title: | Marney Daugherty<br>Associate Relations Specialist | | Interviewee Name:<br>Interviewee Title: | Barbara Pawlaczyk<br>Dir-Physician<br>Resident/student program |
| Others Present<br>During Interview: | No | | Written Statement<br>Received (Y or N): | No |

**Introduction:**

- Thank the associate for their time and cooperation.
- Note that the matter under investigation is serious and that Ascension has a commitment/obligation to investigate this claim.
- Emphasize that no conclusion will be made until the facts have been gathered and analyzed.
- Associates are expected to fully cooperate and provide truthful and complete information as a condition of employment. If an associate provides false statements or incomplete information, corrective action up to and including termination may result. It's important that you provide us with facts that you have witnessed firsthand.
- Explain very generally what is being investigated.

**Investigation Questions:**

1. On November 11, 2020 did Ahmed Elzein tell you that while he was praying another resident came in the room and told him "to go back to where he came from" ? No, he didn't tell me that. I've never heard from anyone that he had been praying or seen him do it.

2. I know we talked about getting security involved on Nov 11th. Were they called? Did they bring a wheelchair? Yes and they brought a wheelchair. We called security to help us escort him. Security was at the main entrance. We were in the food court, Natalia went to security to get them and I saw them coming through the main entrance with the wheelchair but they never interacted with him physically or verbally. Were they close to him? We were in the food court area, at the first table near the pharmacy. Security left the wheelchair there and only talked to me to see if they were still needed.

Ahmed emailed Dr. Pawlaczyk this morning about seeing a patient in the clinic. Dr. Pawlaczyk is rescheduling his patients in the clinic. Marney advised Dr. Pawlaczyk to respond to Ahmed and remind him that he is not to return to work until he hears from her or Marney

CONFIDENTIAL - subject to protective order

CONFIDENTIAL - subject to protective order



End the interview:

1. **Confidentiality**: Explain that in order to conduct a prompt and effective investigation, some information may be revealed to the accused and potential witnesses, but that information will be shared on a "need to know" basis. The associate should only discuss the matter being investigated with leaders in their chain of command or Human Resources.
2. **Retaliation:** Retaliation against the associate(s) reporting a potential policy violation will not be tolerated. Therefore, the Associate should have absolutely no reprisal for a report of a potential policy violation.  If they feel retaliation is occurring, it should immediately be reported within their chain-of-command or to Human Resources immediately.
3. Request a written statement.

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000616

CONFIDENTIAL - subject to protective order

 Ascension

# Investigation Interview Form

| Case Number: | HRC1306483 |
|---|---|
| Date of Interview: | 12/3/2020 |
| Interviewer Name:<br>Interviewer Title: | Marney Daugherty<br>Associate Relations Specialist |
| Others Present<br>During Interview: | no |

| Time of Interview: | 4:50pm |
|---|---|
| Interviewee Name:<br>Interviewee Title: | Natalia Baj-Osiewicz |
| Written Statement<br>Received (Y or N): | yes |

**Introduction:**

- Thank the associate for their time and cooperation.
- Note that the matter under investigation is serious and that Ascension has a commitment/obligation to investigate this claim.
- Emphasize that no conclusion will be made until the facts have been gathered and analyzed.
- Associates are expected to fully cooperate and provide truthful and complete information as a condition of employment.  If an associate provides false statements or incomplete information, corrective action up to and including termination may result.  It's important that you provide us with facts that you have witnessed firsthand.
- Explain very generally what is being investigated.

Phone call @ 586 ▇▇▇▇

**Investigation Questions:**

1. Did Dr. Elzein disclose a concern to you on November 11, 2020 that another resident, Brett Hinsley entered the intern room where he was finishing up praying and that Dr. Hinsley told Dr. Elzein to "go back where he came from".

   *I don't know that resident and no he did not disclose that information to me.*

   Marney said that he claims he disclosed this to you and then you encouraged him to tell Dr. Pawlaczyk, she didn't believe him and that is when he had to go to the ER.

   *Natalia said that is not what happened and I gave a detailed statement to Dr. Pawlaczyk.*

   I said that is okay you don't need to go into everything at this time. I only needed to know if he told you that statement.

End the interview:

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000617

CONFIDENTIAL - subject to protective order

 **Ascension**

1. **Confidentiality**: Explain that in order to conduct a prompt and effective investigation, some information may be revealed to the accused and potential witnesses, but that information will be shared on a "need to know" basis. The associate should only discuss the matter being investigated with leaders in their chain of command or Human Resources.
2. **Retaliation:** Retaliation against the associate(s) reporting a potential policy violation will not be tolerated. Therefore, the Associate should have absolutely no reprisal for a report of a potential policy violation.  If they feel retaliation is occurring, it should immediately be reported within their chain-of-command or to Human Resources immediately.
3. Request a written statement.

2  |  Investigation Toolkit

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000618