# EXHIBIT 10



# Ascension Genesys

April 5, 2021

Dr. Ahmed Elzein
7106 Cedar Bend Drive
Grand Blanc, MI  48439

Dear Dr. Elzein,

This letter is to notify you of the Hospital's intent not to renew your Resident Training Agreement because we have no information on a date certain by which you will be able to return to work and perform the essential functions of your position, either with or without reasonable accommodation. You have not provided an appropriate return to work certification from your private physician or received certification from Associate Health for return to work following your multi-day absence. As you are aware, this is a requirement under Section II.G. of your Resident Training Agreement.

As a reminder, you initially received clearance to return to work from Associate Health by providing an inaccurate reason for your absence. When you revealed your inaccuracy, Associate Health revoked the certification. On November 24, 2020, you informed me that you did not want to be evaluated in Associate Health again for return to work and explained that you did not wish to see a physician with knowledge of the actual reason for your absence. On December 9, you were notified that you would be placed on a leave of absence beginning December 14 because you had not provided an appropriate certification for return to work. This leave was to last for a maximum of 30 days (expiring January 13). We extended this leave based on concerns you raised on January 17. But we again reminded you on January 20 that we still need an appropriate certification confirming you are able to return to work, either with or without accommodation.

To date you have not provided a return to work certification and, thus, have remained on a leave of absence. At this time, we have no information from you regarding when you will be able to return to work, either with or without reasonable accommodation. Thus, at this time, it appears that your leave of absence is indefinite. If you do not provide an appropriate physician note related to the reason for your November 2020 absence that confirms you are able return to work (either with or without reasonable accommodation) and do not obtain return to work clearance from Associate Health, the Hospital will proceed with the non-renewal process within fourteen days of this letter.

Sincerely,

Barbara Pawlaczyk, MD
Program Director
Internal Medicine Residency Program
Ascension Genesys Hospital

Ascension Genesys Hospital
Office of Medical Education
One Genesys Parkway
Grand Blanc, MI 48439