# EXHIBIT 11



# Ascension
# Genesys

April 28, 2021

Dr. Ahmed Elzein
7106 Cedar Bend Drive
Grand Blanc, MI 48439

Dear Dr. Elzein,

This letter is to notify you the Hospital will not be renewing your contract and June 30, 2021 will be your last day in the program. On April 8, 2021 you received a letter notifying you of the Hospital's intent to not renew your contract because to date you have not provided a return to work certification and, thus, have remained on a leave of absence. The letter from April 8, 2021 gave you fourteen days to respond. At this time, we have no information from you regarding when you will be able to return to work, either with or without reasonable accommodation. You have not provided an appropriate return to work certification from your private physician or received certification from Associate Health for return to work following your multi-day absence. As you are aware, this is a requirement under Section II.G. of your Resident Training Agreement.

As a reminder, you initially received clearance to return to work from Associate Health by providing an inaccurate reason for your absence. When you revealed your inaccuracy, Associate Health revoked the certification. On November 24, 2020, you informed me that you did not want to be evaluated in Associate Health again for return to work and explained that you did not wish to see a physician with knowledge of the actual reason for your absence. On December 9, 2020 you were notified that you would be placed on a leave of absence beginning December 14, 2020 because you had not provided an appropriate certification for return to work. This leave was to last for a maximum of 30 days (expiring January 13, 2021). We extended this leave based on concerns you raised on January 17, 2021. But we again reminded you on January 20, 2021 and lastly on April 8, 2021 that we still need an appropriate certification confirming you are able to return to work, either with or without accommodation.

To date you have not provided an appropriate physician note related to the reason for your November 2020 absence that confirms you are able to return to work (either with or without reasonable accommodation) nor did you obtain return to work clearance from Associate Health. Therefore, the Hospital will proceed with the non-renewal process.

The Hospital will be informing the ACGME of this change of status. Because you will not be continuing in the program, we will not be completing the LARA documentation related to renewing your limited educational license. That will need to be done by any new program you transfer into.

Sincerely,

Barbara Pawlaczyk, MD, Program Director
Internal Medicine Residency Program
Ascension Genesys Hospital