# EXHIBIT 12

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | 471-2021-01927 |

**MICHIGAN DEPARTMENT OF CIVIL RIGHTS** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. AHMED ELZEIN | (202) 390-2926 | |

Street Address: 7106 CEDAR BEND DRIVE, GRAND BLANC, MI 48439

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ASCENSION GENESYS HOSPITAL | 501+ | (810) 606-5000 |

Street Address: 1 GENESYS PKWY, GRAND BLANC, MI 48439

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-01-2020  Latest: 12-14-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Since June 16, 2020, I have been employed by the Respondent as a Resident Physician, in the Internal medicine residency program. I am the only African American in this program. During this period of discrimination, my managers, colleagues, and staff made unjustified distinctions based on my race and religion. On August 24, 2020, I was subjected to racists comments and called a 'Nigger' by a white Female, I complained to the senior manager and nothing was done. In October of 2020, I was told by a Caucasian male who witnessed me praying 'to go back where I came from. On November 11, 2020, I complained to the Program Director of Internal Medicine that I was being subjected to racial comments and not being taken serious. The Program Director of Internal Medicine stated, 'I was delusional, and unsure of what I was talking about.' In retaliation for complaining, the Program Director of Internal Medicine issued a petition to detain me at Ascension. I was ordered to report to Emergency to have a psyche examination. The Psychologist Head Program Director at Ascension advised I am completely fine and walked away. I requested legal representation, it was denied. The Program Director of Internal Medicine stated 'that we dont have time to

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Ahmed Elzein on 05-12-2021
12:07 PM EDT

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

**EXHIBIT 2**
10-6-23

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>471-2021-01927 |
|---|---|---|

MICHIGAN DEPARTMENT OF CIVIL RIGHTS and EEOC
*State or local Agency, if any*

wait for an attorney' and 'this is not your choice, dont make a scene or well drag you there so dont make a scene'. Fearing for my safety, I complied. No proper procedures were followed. I was taken against my will to Havenwyck Hospital, 1525 University Dr., Auburn Hills, MI 48326 without a court order, police, or proper legal action. I explained that there is nothing wrong with me, I am complaining about discrimination. I was humiliated, assaulted, and battered by hospital staff under the Program Director of Internal Medicines direction. I was strip searched and forced to change my clothes in-front of the female staff. Without any medical basis, I was then advised that I was paranoid and delusional and involuntarily being admitted to hospital. I again advised that I am fine and was told that it's not my choice. I was forced to give blood and urine samples and to undergo medical procedures also without my consent. A physician at Havenwyck, stated that there is nothing wrong with him, I dont see how he was admitted this way hes perfectly fine. The Program Director of Internal Medicine, the Social Worker and another physician issue a committal order without my acknowledgement. I was told, 'now you know what you did now you have to go in and correct what you did' I was injected with sedatives against my will. 'I again stated that I am not delusional, I was complaining of discrimination at work. I was told by another physician that 'I am not aware of my symptoms and will be issued medications and that I was having non-specific psychosis. I was forced to stay at Havenwyck where I was detained until November 17, 2020 when I am released with a return to work clearance. On November 23, 2020, I return to work, provide the clearance to the Occupational Health Physician and advised that I can report to work on November 24, 2020. After providing this clearance to the Program Director of Internal Medicine, I am informed that the Occupational Health Physician is revoking my clearance. On November 30, 2020, I was advised by the HR Manager, and the Program Director of Internal Medicine that they are aware of my admission to Havenwyck, and I was accused of not providing correct information to get clearance and that I can either go see another physician or provide the return to work note from Havenwyck. I am ordered to go to Ascension Providence Hospital in Southfield to have more intensive testing. On December 13, 2020, The Program Director of Internal Medicine received my personal medical information in violation of my right to confidentiality. On December 14, 2020, I am advised that I am not allowed to enter the hospital, you dont work here anymore, and you will be forfeiting your place in the program.

I believe that I have been subjected to racial epithets, regarded as disabled, had my right to confidentiality violated, harassed, subjected to different terms and conditions of employment, forced to undergo a fitness for duty psychological evaluation, and discharge in retaliation for complaining on the basis of my Race, African American, my sincerely held religious beliefs-Muslim, in violation of Title VII of the Civil Rights Act of 1964 as amended and The Americans with Disabilities Act of 1990 as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ahmed Elzein on 05-12-2021 12:07 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Detroit Field Office
477 Michigan Avenue, Room 865
Detroit, MI 48226
(313) 378-2470
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 07/13/2022

To: Mr. Ahmed Elzein
4558 Guildford Drive
West Chester, OH 45069
Charge No: 471-2021-01927

EEOC Representative and email:      *Jacquelyne Fizer-Wilson*
Investigator
jacquelyne.fizer-wilson@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 471-2021-01927.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele
07/13/2022
Michelle Eisele
District Director

**Ascension Genesys Hospital**
**c/o** Tiffany Buckley-Norwood
Jackson Lewis P.C., tiffany.buckley@jacksonlewis.com

Franceska Edinger

Jackson Lewis P.C., franceska.edinger@jacksonlewis.com

Regina Romero
Jackson Lewis P.C., regina.romero@jacksonlewis.com

Andrea Anantharam
andrea.anantharam@ascension.org

Please retain this notice for your records.