# EXHIBIT 13

**CONFIDENTIAL - subject to protective order**

## Ascension Michigan at Work

### RETURN TO WORK FORM

**Date:** 11/23/2020

**Name:** Elzein, Ahmed  **SS#/Pt ID:** xxx-xx-5017

**Address:** 7106 Ceder Bend drive  **City:** Grand Blanc  **DOB:** ▪/1992

**Phone:** (202) 390-2926  **Phone (work):** (000) 000-0000  **State/Zip:** MI 48439

**Employer:** Ascension Genesys Hospital  **Gender:** ☑ M ☐ F

*Examiner/clinical staff complete this section*

**Vitals: BP:** 118 / 70  **Pulse:** 100  **Resp:** 12  **Temp:** 98.2

**Pain Level:** 0/10  **Barrier to care:** ☐ Yes ☑ No

**Reason Off Work:** Illness  **Last Day Worked:** 11/11/2020

**Current Medications:**

**Allergies:**

**Notes/Comments:**

Associate is a 28-year-old male is here today for return to work physical.

Patient was off since 11/11/2020 aftere cold like symptoms, covid 19 test was negative. Associate is doing much better and was cleared by his doctor to return to work with on 11/23/2020. Past medical history: None. Medications: none. Allergies: None. Physical exam: Patient is awake, alert and oriented x3, HEENT: Unremarkable. Lungs: Clear to auscultation, no rales, no wheezing. Cardiovascular system: Normal heart sound, no extra sounds, no murmurs. Abdomen: Normal bowel sounds, soft, no tenderness. Assessment: URI. Plan: Associate was advised to return to work with no restriction on 11/23/2020. Patient was advised to use mask as appropriate, self-monitoring.



EXHIBIT 10
10-6-23

**Examined by:** Burhan M. Tajour, MD

**Examiner Signature:** *[signature]*   **Date:** 11/23/2020

**CONFIDENTIAL - subject to protective order**

Ascension (Elzein) 000658