# EXHIBIT 14

CONFIDENTIAL - subject to protective order

| Ascension Genesys | | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|---|

From (date) : 7/1/2020 12:00:00 AM
To (date) : 12/31/2020 11:59:59 PM
Operator : Christopher Cuz
Destination : (4) Workstation -BadgeMAKINGPC - migrahpcd166518
Asked date : 2/18/2021 11:05:20 AM
Completed date : 2/18/2021 11:08:19 AM

## Access events

| Date/Time | Event | Badge/Name | # |
|---|---|---|---|
| 7/1/2020 1:33:18 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 1 |
| Saginaw St Entry | | | |
| 7/1/2020 1:33:25 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 2 |
| Saginaw St Entry | | | |
| 7/1/2020 1:33:39 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 3 |
| Saginaw St Entry | | | |
| 7/1/2020 1:33:42 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 4 |
| Saginaw St Entry | | | |
| 7/1/2020 1:33:43 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 5 |
| Saginaw St Entry | | | |
| 7/1/2020 1:33:46 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 6 |
| Saginaw St Entry | | | |
| 7/1/2020 1:34:00 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 7 |
| Saginaw St Entry | | | |
| 7/1/2020 1:34:03 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 8 |
| Saginaw St Entry | | | |
| 7/1/2020 1:34:06 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 9 |
| Saginaw St Entry | | | |
| 7/1/2020 1:34:10 PM | Access denied - Bad access level | 90:40637 Elzein- Ahmed | 10 |
| Saginaw St Entry | | | |
| 7/1/2020 1:37:48 PM | Access granted | 90:40637 Elzein- Ahmed | 11 |
| West Hallway | | | |
| 7/1/2020 1:37:53 PM | Access granted | 90:40637 Elzein- Ahmed | 12 |
| West Stairwell | | | |
| 7/1/2020 1:37:54 PM | Time-out on access granted | 90:40637 Elzein- Ahmed | 13 |
| West Hallway | | | |
| 7/1/2020 1:38:59 PM | Access granted | 90:40637 Elzein- Ahmed | 14 |
| 2nd Floor West Hallway | | | |
| 7/1/2020 2:23:29 PM | Access granted | 90:40637 Elzein- Ahmed | 15 |
| West Hallway | | | |
| 7/1/2020 2:23:35 PM | Time-out on access granted | 90:40637 Elzein- Ahmed | 16 |
| West Hallway | | | |
| 7/6/2020 11:06:29 AM | Access granted | 90:40637 Elzein- Ahmed | 17 |
| Saginaw St Entry | | | |
| 7/6/2020 11:06:43 AM | Access granted | 90:40637 Elzein- Ahmed | 18 |
| East Hallway | | | |
| 7/6/2020 11:06:59 AM | Access granted | 90:40637 Elzein- Ahmed | 19 |
| East Stairwell | | | |
| 7/6/2020 11:07:21 AM | Access granted | 90:40637 Elzein- Ahmed | 20 |
| 2nd Floor East Stairwell | | | |
| 7/9/2020 12:40:12 PM | Access granted | 90:40637 Elzein- Ahmed | 21 |
| Saginaw St Entry | | | |
| 7/9/2020 12:40:19 PM | Access granted | 90:40637 Elzein- Ahmed | 22 |
| East Stairwell | | | |
| 7/9/2020 12:40:37 PM | Access granted | 90:40637 Elzein- Ahmed | 23 |
| 2nd Floor East Stairwell | | | |
| 7/9/2020 12:58:25 PM | Access granted | 90:40637 Elzein- Ahmed | 24 |
| 2nd Floor East Stairwell | | | |
| 7/9/2020 1:20:09 PM | Access - door unlocked | 90:40637 Elzein- Ahmed | 25 |
| Doctors Lounge (4) | | | |
| 7/9/2020 1:22:55 PM | Access granted | 90:40637 Elzein- Ahmed | 26 |
| North Rehab Entrance [111] | | | |
| 7/13/2020 10:03:54 AM | Access granted | 90:40637 Elzein- Ahmed | 27 |
| Doors by 2nd Floor Operating Room Control Desk [144] | | | |

Page 1 / 8

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000813

| Ascension Genesys | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|
| 7/13/2020 10:03:58 AM   Time-out on access granted | | 28 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/13/2020 10:23:07 AM   Access granted | | 29 |
| Doors by 3rd Floor OR Control Desk [151] | 90:40637 Elzein- Ahmed | |
| 7/13/2020 10:23:11 AM   Time-out on access granted | | 30 |
| Doors by 3rd Floor OR Control Desk [151] | 90:40637 Elzein- Ahmed | |
| 7/13/2020 11:30:06 AM   Access granted | | 31 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/13/2020 11:30:11 AM   Time-out on access granted | | 32 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/14/2020 8:36:13 AM    Access granted | | 33 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/14/2020 8:36:18 AM    Time-out on access granted | | 34 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/14/2020 10:32:53 AM   Access granted | | 35 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/14/2020 10:32:58 AM   Time-out on access granted | | 36 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/16/2020 7:59:59 AM    Access granted | | 37 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/16/2020 8:00:04 AM    Time-out on access granted | | 38 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/21/2020 11:18:19 AM   Access granted | | 39 |
| Doors by 3rd Floor OR Control Desk [151] | 90:40637 Elzein- Ahmed | |
| 7/21/2020 11:18:24 AM   Time-out on access granted | | 40 |
| Doors by 3rd Floor OR Control Desk [151] | 90:40637 Elzein- Ahmed | |
| 7/22/2020 7:32:14 AM    Access granted | | 41 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/22/2020 7:32:19 AM    Time-out on access granted | | 42 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/22/2020 8:05:42 AM    Access granted | | 43 |
| Male Locker Rm [142] | 90:40637 Elzein- Ahmed | |
| 7/22/2020 8:05:47 AM    Time-out on access granted | | 44 |
| Male Locker Rm [142] | 90:40637 Elzein- Ahmed | |
| 7/22/2020 2:21:16 PM    Access granted | | 45 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/22/2020 2:21:20 PM    Time-out on access granted | | 46 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/25/2020 8:06:17 AM    Access granted | | 47 |
| ED Admin Entrance [161] | 90:40637 Elzein- Ahmed | |
| 7/27/2020 3:43:06 PM    Access denied - Bad access level | | 48 |
| Health Park Computer Room Double Doors [135] | 90:40637 Elzein- Ahmed | |
| 7/27/2020 3:43:12 PM    Access denied - Bad access level | | 49 |
| Health Park Computer Room Double Doors [135] | 90:40637 Elzein- Ahmed | |
| 7/27/2020 3:43:43 PM    Access granted | | 50 |
| ED Admin Entrance [161] | 90:40637 Elzein- Ahmed | |
| 7/29/2020 1:11:41 PM    Access granted | | 51 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/29/2020 1:11:46 PM    Time-out on access granted | | 52 |
| Doors by 2nd Floor Operating Room Control Desk [144] | 90:40637 Elzein- Ahmed | |
| 7/30/2020 4:47:59 PM    Access granted | | 53 |
| ED Bank Of Three [162] | 90:40637 Elzein- Ahmed | |
| 7/30/2020 5:34:33 PM    Access granted | | 54 |
| ED Bank Of Three [162] | 90:40637 Elzein- Ahmed | |
| 7/30/2020 5:57:43 PM    Access granted | | 55 |
| ED Admin Entrance [161] | 90:40637 Elzein- Ahmed | |
| 7/31/2020 2:40:29 PM    Access granted | | 56 |
| ED Bank Of Three [162] | 90:40637 Elzein- Ahmed | |
| 7/31/2020 6:48:13 PM    Access granted | | 57 |
| ED Admin Entrance [161] | 90:40637 Elzein- Ahmed | |
| 7/31/2020 6:49:52 PM    Access granted | | 58 |
| Emergency Dept. Women's Locker Room (5) | 90:40637 Elzein- Ahmed | |

| Ascension Genesys | | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|---|
| 8/6/2020 11:38:09 AM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 59 |
| 8/10/2020 2:33:48 PM<br>ED Admin Entrance [161] | Access granted | 90:40637 Elzein- Ahmed | 60 |
| 8/12/2020 1:11:24 PM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 61 |
| 8/13/2020 2:56:16 PM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 62 |
| 8/14/2020 8:12:27 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 63 |
| 8/14/2020 8:12:34 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 64 |
| 8/14/2020 8:12:52 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 65 |
| 8/19/2020 1:43:54 PM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 66 |
| 8/21/2020 7:28:12 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 67 |
| 8/21/2020 7:28:19 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 68 |
| 8/21/2020 7:28:46 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 69 |
| 8/21/2020 11:56:36 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 70 |
| 8/21/2020 11:56:44 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 71 |
| 8/21/2020 11:57:07 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 72 |
| 8/23/2020 2:05:45 PM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 73 |
| 8/24/2020 6:58:00 AM<br>GASB Lobby Exterior | Access granted | 90:40637 Elzein- Ahmed | 74 |
| 8/24/2020 6:58:04 AM<br>GASB Lobby Interior | Access granted | 90:40637 Elzein- Ahmed | 75 |
| 8/24/2020 7:00:04 AM<br>GASB Lobby Exterior | Access granted | 90:40637 Elzein- Ahmed | 76 |
| 8/24/2020 7:00:08 AM<br>GASB Lobby Interior | Access granted | 90:40637 Elzein- Ahmed | 77 |
| 8/24/2020 9:36:20 AM<br>GASB Lobby Exterior | Access granted | 90:40637 Elzein- Ahmed | 78 |
| 8/24/2020 9:36:24 AM<br>GASB Lobby Interior | Access granted | 90:40637 Elzein- Ahmed | 79 |
| 8/24/2020 10:53:52 AM<br>GASB Lobby Exterior | Access granted | 90:40637 Elzein- Ahmed | 80 |
| 8/24/2020 10:53:56 AM<br>GASB Lobby Interior | Access granted | 90:40637 Elzein- Ahmed | 81 |
| 8/24/2020 12:10:04 PM<br>GASB Lobby Exterior | Access granted | 90:40637 Elzein- Ahmed | 82 |
| 8/24/2020 12:10:12 PM<br>GASB Lobby Interior | Access granted | 90:40637 Elzein- Ahmed | 83 |
| 8/25/2020 6:54:23 AM<br>Library Main Door [134] | Access - door opened | 90:40637 Elzein- Ahmed | 84 |
| 8/25/2020 12:17:40 PM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 85 |
| 8/25/2020 4:46:21 PM<br>ED Admin Entrance [161] | Access granted | 90:40637 Elzein- Ahmed | 86 |
| 8/27/2020 5:52:46 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 87 |
| 8/28/2020 5:56:21 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 88 |
| 8/31/2020 8:52:36 AM<br>2nd Floor West Hallway | Access granted | 90:40637 Elzein- Ahmed | 89 |

| Ascension Genesys | | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|---|
| 8/31/2020 9:00:20 AM<br>East Hallway | Access granted | 90:40637 Elzein- Ahmed | 90 |
| 8/31/2020 9:08:04 AM<br>2nd Floor West Hallway | Access granted | 90:40637 Elzein- Ahmed | 91 |
| 8/31/2020 12:48:38 PM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 92 |
| 8/31/2020 12:48:44 PM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 93 |
| 8/31/2020 12:49:04 PM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 94 |
| 8/31/2020 5:14:54 PM<br>East Hallway | Access granted | 90:40637 Elzein- Ahmed | 95 |
| 9/1/2020 6:59:11 AM<br>Library Main Door [134] | Access - door opened | 90:40637 Elzein- Ahmed | 96 |
| 9/1/2020 7:47:17 AM<br>Doctors Lounge (4) | Access - door unlocked | 90:40637 Elzein- Ahmed | 97 |
| 9/2/2020 5:55:49 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 98 |
| 9/2/2020 3:52:12 PM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 99 |
| 9/3/2020 5:55:28 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 100 |
| 9/3/2020 9:22:20 AM<br>Stair #1 On 3rd Floor [145] | Access - door unlocked | 90:40637 Elzein- Ahmed | 101 |
| 9/3/2020 1:33:39 PM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 102 |
| 9/4/2020 7:48:31 AM<br>2nd Floor West Hallway | Access granted | 90:40637 Elzein- Ahmed | 103 |
| 9/4/2020 10:50:18 AM<br>East Hallway | Access granted | 90:40637 Elzein- Ahmed | 104 |
| 9/4/2020 10:57:55 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 105 |
| 9/4/2020 10:58:04 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 106 |
| 9/4/2020 10:58:40 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 107 |
| 9/4/2020 2:46:12 PM<br>East Hallway | Access granted | 90:40637 Elzein- Ahmed | 108 |
| 9/5/2020 5:58:14 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 109 |
| 9/8/2020 6:49:54 AM<br>Library Main Door [134] | Access - door opened | 90:40637 Elzein- Ahmed | 110 |
| 9/8/2020 8:22:53 AM<br>Library Main Door [134] | Access - door unlocked | 90:40637 Elzein- Ahmed | 111 |
| 9/8/2020 3:34:25 PM<br>ED Admin Entrance [161] | Access granted | 90:40637 Elzein- Ahmed | 112 |
| 9/10/2020 5:57:09 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 113 |
| 9/11/2020 5:51:43 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 114 |
| 9/11/2020 12:27:16 PM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 115 |
| 9/11/2020 1:32:11 PM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 116 |
| 9/14/2020 5:52:36 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 117 |
| 9/14/2020 6:57:52 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 118 |
| 9/15/2020 1:54:35 PM<br>ED Bank Of Three [162] | Access granted | 90:40637 Elzein- Ahmed | 119 |
| 9/16/2020 5:57:19 AM<br>2ND. fL. Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 120 |

| Ascension Genesys | | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|---|
| 9/17/2020 5:57:02 AM<br>2ND. fl., Med Ed U (126) | Access granted | 90:40637 Elzein- Ahmed | 121 |
| 9/18/2020 11:15:41 AM<br>ED Admin Entrance [161] | Access granted | 90:40637 Elzein- Ahmed | 122 |
| 9/21/2020 7:49:41 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 123 |
| 9/21/2020 7:49:48 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 124 |
| 9/21/2020 7:50:16 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 125 |
| 9/23/2020 7:53:49 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 126 |
| 9/23/2020 7:53:57 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 127 |
| 9/23/2020 7:54:24 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 128 |
| 9/23/2020 12:57:18 PM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 129 |
| 9/23/2020 12:57:25 PM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 130 |
| 9/23/2020 12:57:51 PM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 131 |
| 9/30/2020 8:34:42 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 132 |
| 9/30/2020 8:34:50 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 133 |
| 9/30/2020 8:35:09 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 134 |
| 9/30/2020 11:48:57 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 135 |
| 9/30/2020 11:49:04 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 136 |
| 9/30/2020 11:49:30 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 137 |
| 9/30/2020 5:16:40 PM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 138 |
| 10/2/2020 11:53:38 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 139 |
| 10/2/2020 11:53:45 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 140 |
| 10/2/2020 11:54:06 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 141 |
| 10/5/2020 8:28:54 AM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 142 |
| 10/5/2020 8:29:01 AM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 143 |
| 10/5/2020 8:29:25 AM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 144 |
| 10/5/2020 10:41:56 AM<br>West Stairwell | Access - door unlocked | 90:40637 Elzein- Ahmed | 145 |
| 10/5/2020 10:42:21 AM<br>2nd Floor West Stairwell | Access granted | 90:40637 Elzein- Ahmed | 146 |
| 10/5/2020 10:42:31 AM<br>2nd Floor West Hallway | Access granted | 90:40637 Elzein- Ahmed | 147 |
| 10/5/2020 12:10:22 PM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 148 |
| 10/5/2020 12:10:32 PM<br>East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 149 |
| 10/5/2020 12:11:05 PM<br>2nd Floor East Stairwell | Access granted | 90:40637 Elzein- Ahmed | 150 |
| 10/5/2020 12:27:23 PM<br>Saginaw St Entry | Access granted | 90:40637 Elzein- Ahmed | 151 |

Ascension (Elzein) 000817

| Ascension Genesys | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|
| 10/5/2020 12:27:30 PM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 152 |
| 10/5/2020 12:27:58 PM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 153 |
| 10/9/2020 8:24:31 AM  Access granted 3rd Floor West Hallway | 90:40637 Elzein- Ahmed | 154 |
| 10/9/2020 8:25:09 AM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 155 |
| 10/12/2020 1:36:26 PM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 156 |
| 10/14/2020 7:19:13 AM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 157 |
| 10/14/2020 12:19:20 PM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 158 |
| 10/14/2020 12:19:27 PM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 159 |
| 10/14/2020 12:19:49 PM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 160 |
| 10/16/2020 7:09:22 AM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 161 |
| 10/16/2020 12:13:55 PM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 162 |
| 10/19/2020 8:24:13 AM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 163 |
| 10/19/2020 8:24:18 AM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 164 |
| 10/19/2020 8:24:35 AM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 165 |
| 10/19/2020 11:50:08 AM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 166 |
| 10/20/2020 8:23:03 AM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 167 |
| 10/20/2020 8:23:10 AM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 168 |
| 10/20/2020 8:23:30 AM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 169 |
| 10/20/2020 11:49:03 AM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 170 |
| 10/20/2020 1:18:58 PM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 171 |
| 10/21/2020 8:25:32 AM  Access granted 2nd Floor West Hallway | 90:40637 Elzein- Ahmed | 172 |
| 10/21/2020 9:57:46 AM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 173 |
| 10/21/2020 9:57:57 AM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 174 |
| 10/21/2020 9:58:29 AM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 175 |
| 10/21/2020 12:47:22 PM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 176 |
| 10/21/2020 12:47:28 PM  Time-out on access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 177 |
| 10/21/2020 12:47:29 PM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 178 |
| 10/21/2020 12:47:37 PM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 179 |
| 10/21/2020 12:48:04 PM  Access granted 2nd Floor East Stairwell | 90:40637 Elzein- Ahmed | 180 |
| 10/23/2020 7:21:11 AM  Access granted Saginaw St Entry | 90:40637 Elzein- Ahmed | 181 |
| 10/23/2020 7:21:18 AM  Access granted East Stairwell | 90:40637 Elzein- Ahmed | 182 |

Page 6 / 8

CONFIDENTIAL - subject to protective order

| Ascension Genesys | | Custom Report | 2/18/2021 11:08:19 AM |
|---|---|---|---|
| 10/23/2020 7:21:41 AM  Access granted 2nd Floor East Stairwell | | 90:40637 Elzein- Ahmed | 183 |
| 10/23/2020 9:31:56 AM  Access granted Saginaw St Entry | | 90:40637 Elzein- Ahmed | 184 |
| 10/23/2020 9:32:03 AM  Access granted East Stairwell | | 90:40637 Elzein- Ahmed | 185 |
| 10/23/2020 9:32:27 AM  Access granted 2nd Floor East Stairwell | | 90:40637 Elzein- Ahmed | 186 |
| 10/23/2020 11:58:36 AM Access granted Saginaw St Entry | | 90:40637 Elzein- Ahmed | 187 |
| 10/23/2020 11:58:42 AM Access granted East Stairwell | | 90:40637 Elzein- Ahmed | 188 |
| 10/23/2020 11:58:59 AM Access granted 2nd Floor East Stairwell | | 90:40637 Elzein- Ahmed | 189 |
| 10/26/2020 8:20:47 AM  Access granted 2nd Floor West Hallway | | 90:40637 Elzein- Ahmed | 190 |
| 10/26/2020 12:58:58 PM Access granted 2nd Floor West Hallway | | 90:40637 Elzein- Ahmed | 191 |
| 10/27/2020 8:20:05 AM  Access granted 2nd Floor West Hallway | | 90:40637 Elzein- Ahmed | 192 |
| 10/27/2020 10:50:21 AM Access granted Saginaw St Entry | | 90:40637 Elzein- Ahmed | 193 |
| 10/27/2020 10:50:28 AM Access granted East Stairwell | | 90:40637 Elzein- Ahmed | 194 |
| 10/27/2020 10:50:52 AM Access granted 2nd Floor East Stairwell | | 90:40637 Elzein- Ahmed | 195 |
| 10/27/2020 12:58:44 PM Access granted Saginaw St Entry | | 90:40637 Elzein- Ahmed | 196 |
| 10/27/2020 12:58:50 PM Access granted East Stairwell | | 90:40637 Elzein- Ahmed | 197 |
| 10/27/2020 12:59:09 PM Access granted 2nd Floor East Stairwell | | 90:40637 Elzein- Ahmed | 198 |
| 10/29/2020 8:17:07 AM  Access granted 2nd Floor West Hallway | | 90:40637 Elzein- Ahmed | 199 |
| 10/30/2020 7:21:27 AM  Access granted 2nd Floor West Hallway | | 90:40637 Elzein- Ahmed | 200 |
| 10/30/2020 1:27:14 PM  Access granted West Stairwell | | 90:40637 Elzein- Ahmed | 201 |
| 10/30/2020 1:27:36 PM  Access granted 2nd Floor West Stairwell | | 90:40637 Elzein- Ahmed | 202 |
| 11/2/2020 6:58:16 AM   Access - door opened Library Main Door [134] | | 90:40637 Elzein- Ahmed | 203 |
| 11/3/2020 7:05:22 AM   Access - door unlocked Library Main Door [134] | | 90:40637 Elzein- Ahmed | 204 |
| 11/3/2020 7:47:35 AM   Access granted ED Bank Of Three [162] | | 90:40637 Elzein- Ahmed | 205 |
| 11/4/2020 5:28:10 PM   Access granted ED Admin Entrance [161] | | 90:40637 Elzein- Ahmed | 206 |
| 11/10/2020 8:11:57 AM  Access granted ED Bank Of Three [162] | | 90:40637 Elzein- Ahmed | 207 |
| 11/10/2020 1:11:59 PM  Access granted ED Bank Of Three [162] | | 90:40637 Elzein- Ahmed | 208 |
| 11/10/2020 3:24:09 PM  Access granted ED Admin Entrance [161] | | 90:40637 Elzein- Ahmed | 209 |
| 11/24/2020 12:54:21 PM Access granted West Hallway | | 90:40637 Elzein- Ahmed | 210 |
| 11/24/2020 12:54:26 PM Time-out on access granted West Hallway | | 90:40637 Elzein- Ahmed | 211 |
| 12/4/2020 6:41:12 AM   Access granted Library Main Door [134] | | 90:40637 Elzein- Ahmed | 212 |
| 12/4/2020 8:18:16 AM   Access - door unlocked Library Main Door [134] | | 90:40637 Elzein- Ahmed | 213 |

Page 7 / 8

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000819

| Ascension Genesys | | Custom Report | | 2/18/2021 11:08:19 AM |
|---|---|---|---|---|
| 12/4/2020 2:38:36 PM | Access denied - Bad card status | | | 214 |
| Library Main Door [134] | | | 90:40637 Elzein- Ahmed | |
| 12/4/2020 2:38:36 PM | Access - door unlocked | | | 215 |
| Library Main Door [134] | | | 90:40637 Elzein- Ahmed | |
| 12/4/2020 3:21:13 PM | Access denied - Bad card status | | | 216 |
| Library Main Door [134] | | | 90:40637 Elzein- Ahmed | |
| 12/4/2020 3:21:13 PM | Access - door unlocked | | | 217 |
| Library Main Door [134] | | | 90:40637 Elzein- Ahmed | |
| 12/11/2020 7:32:32 AM | Access denied - Bad card status | | | 218 |
| Doctors Lot Controller #1 Gate | | | 90:40637 Elzein- Ahmed | |
| 12/11/2020 8:09:58 AM | Access denied - Bad card status | | | 219 |
| North Rehab Entrance [111] | | | 90:40637 Elzein- Ahmed | |
| 12/11/2020 8:10:06 AM | Access denied - Bad card status | | | 220 |
| North Rehab Entrance [111] | | | 90:40637 Elzein- Ahmed | |

Page 8 / 8