# EXHIBIT 15

CONFIDENTIAL - subject to protective order

12/3/2020 — Ascension Mail - appointment with Dr. Vosburgh

**Ascension**   Marney Daugherty <​██████████​>

## appointment with Dr. Vosburgh
1 message

**Marney Daugherty** <​██████████​>   Wed, Dec 2, 2020 at 2:30 PM
To: Ahmed Elzein <ahmed.elzein@ascension.org>

Hi Ahmed,

We would like you to see Dr. Vosburgh before returning to work. Below are his available days and times. Please let me know by end of day what works best for you.

Monday, December 7th @ 1030 or 1115
Wednesday, December 9th @ 730, 8, 830, 9
Thursday, December 10th @ 7, 730, 8, 830, 1030, 11

**Marney Daugherty**, SHRM-SCP
Associate Relations Specialist
Human Resources

248-███

Go to myHR: A one-stop shop of all your HR needs.
Leaders can request an Associate Relations consult from Manager Zone. Here's a peek at how quick it is.

**Ascension**

https://████████   1/1