# EXHIBIT 17

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN


AHMED ELZEIN,

            Plaintiff,

-vs-            Case No. 22-12352

                Hon. Sean F. Cox

ASCENSION GENESYS HOSPITAL,

            Defendant.
_____/

DEPONENT:       Ahmed Elzein
DATE:           Friday, October 6, 2023
TIME:           10:00 a.m.
LOCATION:       38701 Seven Mile Road, Suite 130,
                Livonia, Michigan 48152
REPORTER:       Quentina Rochelle Snowden, RPR,
                Certified Shorthand Reporter-5519
                and Notary Public
VIDEO TECH:     Bailey Wellman
```

Fortz Legal Support

www.FortzLegal.com

844.730.4066



Page 14

1  Q   What year did you start high school?
2  A   I can't remember off the top of my head.  2000 --
3      I'm not sure, but around 2006.
4  Q   Okay.
5  A   Yeah.
6  Q   And I assume you went to high school in the United
7      States, because there were better educational
8      opportunities for you --
9  A   Yes.
10 Q   -- in the United States as opposed to Sudan?
11 A   Yes.
12 Q   And your father is a physician, correct?
13 A   Yes.
14 Q   Do you know when he started practicing medicine?
15 A   I know he graduated in 1980, but I'm not sure when
16     exactly.
17 Q   Okay.
18 A   I wasn't born.
19 Q   So, I won't hold you to it.  I know it was --
20 A   Yeah.
21 Q   -- before you were born --
22 A   Yeah.
23 Q   -- it sounds like --
24 A   Yeah.
25 Q   -- but he's been -- it's your understanding he's

Page 15

1      been practicing medicine since approximately 1980?
2  A   Yeah, since he graduated, I believe so, yeah.
3  Q   And that's your best understanding?
4  A   Yeah.  Yeah.
5  Q   Okay.  So, he practiced medicine well before your
6      family and you came to the United States in 2003?
7  A   Yes.
8  Q   And then, when you came over here with your family
9      in 2003, your father, I presume, began practicing
10     medicine in the United States, correct?
11 A   Yes.  Yeah.
12 Q   Okay.  At some point, you went back to Sudan,
13     correct?
14 A   Yeah.
15 Q   And let me clarify my question to you.  I'm not
16     saying when you went back to Sudan -- I don't just
17     mean for, like, a quick week visit or, like, a day
18     visit or a short-term visit.
19 A   Uh-huh.
20 Q   What I mean is, you went back to Sudan to actually
21     live there, correct?
22 A   Yes.
23 Q   When did you go back to Sudan, approximately?
24 A   I went there end of 2009, 2010.  Beginning of 2010.
25 Q   Why did you go back to Sudan?

Page 16

1  A   I wanted to go back and experience my culture a
2      little bit more and get a medical education.  We
3      have, like, very good universities out there, so I
4      thought I'd go down there for going to school.
5  Q   So, if I heard you correctly -- and let me break
6      that down.
7  A   Yeah.
8  Q   I think there were a few reasons in there, please
9      correct me if I misstate any of them.
10 A   Yes.
11 Q   You went back to Sudan become -- to become
12     culturally emersed in your native homeland, number
13     one?
14 A   Yep.  Yes.
15 Q   And then, number two, you went back there to attend
16     medical school?
17 A   Yes.
18 Q   Did you apply to any medical schools in the United
19     States?
20 A   No.
21 Q   Why not?
22 A   I was set up, in my mind, to go to medical school in
23     Sudan.  It's shorter, takes less time, and that's --
24     I made up my mind that I was going to go down there.
25 Q   Okay.  Now, it's terribly unfortunate -- I

Page 17

1      understand the world, in my view, is not fair, but,
2      you would agree with me that the healthcare system
3      in the United States is superior to the healthcare
4      system in Sudan?
5  A   Correct.
6  Q   And we can ascribe that to a variety of reasons,
7      but, chief among them probably being socioeconomic
8      disparities with the United States being a first
9      world country and Sudan being somewhat below that?
10             MR. LASSER:  It's getting a little
11     overbroad beyond the scope of the case.
12             MR. WASLAWSKI:  It's a discovery
13     deposition, Counsel.
14             MR. LASSER:  Understood.
15     Understood.
16             MR. WASLAWSKI:  It's proportional to
17     the needs of the case and, you know, your objection
18     is noted for the record.
19 BY MR. WASLAWSKI:
20 Q   You can answer.
21 A   Yes.
22 Q   After you finished medical school, you came back to
23     the United States, correct?
24 A   Yes.
25 Q   When did you come back to the United States?

Page 18

```
 1  A   2016.
 2  Q   And correct me if I'm wrong, but you began your
 3      residency at Ascension Genesys in the summer of
 4      2020; is that correct?
 5  A   Yes.
 6  Q   So, what did you do in the United States between the
 7      years of 2016 and 2020, generally speaking?
 8  A   I was doing clinical externships and studying for my
 9      licensing exams to -- to match.
10  Q   What's your current address?
11  A   My current address is 300 M Street Northeast,
12      Washington DC.
13  Q   And is that where you're attending residency?
14  A   Yeah.
15  Q   Could you spell the name of your street for the
16      record?
17  A   M Street, 300 M Street.
18  Q   M, as in man?
19  A   Letter is M, yeah.
20  Q   You previously lived at 4558 Guildford Drive, West
21      Chester, Ohio, ZIP code 45069; is that accurate?
22  A   Yes.
23  Q   When did you stop living there?
24  A   Around June.
25  Q   Of this year?
```

Page 19

```
 1  A   Yeah.
 2  Q   So, June of 2023?
 3  A   Yes.
 4  Q   Did you own that residence?
 5  A   Yes.
 6  Q   Did you live there with anyone else?
 7  A   Yeah.
 8  Q   Who did you live there with?
 9  A   My mom and two sisters.
10  Q   I'm so sorry, I didn't hear you.  Did you say one or
11      two?
12  A   Two sisters.
13  Q   What is your mother's name?
14  A   Nagwa.
15  Q   Could you spell that for the record, please?
16  A   N-A-G-W-A.
17  Q   And what are the names of your sisters?
18  A   Safa and Randa.
19  Q   Could you spell their names for the record, please?
20  A   S-A-F-A and R-A-N-D-A.
21  Q   Who is Randa Elzein?
22  A   That's my sister.
23  Q   Who is Mohammed Elzein?
24  A   That's my brother.
25  Q   Did he live there too?
```

Page 20

```
 1  A   He comes and goes.  He -- he travels and comes back,
 2      so --
 3  Q   Did your father live there with your family?
 4  A   Yeah, he's also -- yeah.  Yep.
 5  Q   Correct me if I'm wrong, but you were a resident at
 6      Ascension Genesys for parts of 2020 through parts of
 7      2021; is that correct?
 8  A   Yep.  2020.  I'm not sure about 2021.
 9  Q   I'm sorry, you said you're not sure about 2021?
10  A   Yeah, 2020.
11  Q   Okay.
12  A   Yeah.
13  Q   And it's my understanding, per some of the
14      information that your counsel provided on your
15      behalf in discovery of this lawsuit, that at all
16      times while you were a resident at Ascension
17      Genesys, you lived at 7106 Cedar Bend Drive, Grand
18      Blanc, Michigan, ZIP code 48439; is that correct?
19  A   Yes.
20  Q   And you lived continuously at the Cedar Bend address
21      at all times from approximately July 2020 through
22      July 2021; is that accurate?
23  A   Yes.
24  Q   Just to be clear, you were not living at any other
25      address during the time period of July 2020 through
```

Page 21

```
 1      July 2021, correct?
 2  A   I mean, I traveled here and there, but I was living
 3      -- that was my primary residence.
 4  Q   Okay.  What is your father's full legal name?
 5  A   Fatehi.
 6  Q   Could you spell that for the record, please?
 7  A   F-A-T-E-H-I.
 8  Q   And he has the same last name as you?
 9  A   Yes.
10  Q   What is your father's residential address?
11  A   His residential address is 4558 Guildford Drive.
12  Q   Okay.  The address we just spoke about a moment ago?
13  A   Yeah, but he comes and sees me in DC and goes back,
14      so --
15  Q   Sure.  He travels, he may visit you in DC --
16  A   Yeah.
17  Q   -- in your current residency program, but, the place
18      where he lives is the Guildford Drive address in
19      West Chester, Ohio, correct?
20  A   Yep.  Yep.
21  Q   Okay.  Who is your father's employer?
22  A   He's not employed right now.
23  Q   Is he retired?
24  A   I believe so.  I'm not sure.
25  Q   Let me say this differently.  Does he practice
```

Page 22

1    medicine currently?
2  A  No.
3  Q  What is your father's cellphone number?
4  A  I got to pull -- (513) 441-4397.
5  Q  Okay. And I think I may have asked you this, I'm
6     sorry if we're rehashing this, but, you attended
7     medical school at the University of Khartoum in
8     Sudan, correct?
9  A  Yes.
10 Q  And you attended medical school there from
11    approximately 2009 through 2016, correct?
12 A  Yes.
13 Q  And you graduated from the University of Khartoum,
14    correct?
15 A  Yes. Yes.
16 Q  And you graduated in 2016, of course?
17 A  Yeah.
18 Q  What degree or degrees did you receive in connection
19    with your graduation?
20 A  It's called, like, an MBBS, which is equivalent to,
21    like, an MD in the United States.
22 Q  Aside from the current lawsuit that you filed
23    against Ascension Genesys, have you ever filed any
24    other lawsuits while living in the United States?
25 A  No.

Page 23

1  Q  Have you ever been subpoenaed as a witness in any
2     other lawsuits?
3  A  No.
4  Q  Have you ever been -- have you ever testified in a
5     court proceeding in any other lawsuits?
6  A  No.
7  Q  Have you ever been arrested?
8  A  No.
9  Q  Have you ever been charged with a crime?
10 A  No.
11 Q  Have you ever filed a claim for Social Security
12    Disability benefits?
13 A  No.
14           MR. WASLAWSKI: Please mark this as
15    Exhibit 2. Counsel.
16           (Deposition Exhibit No. 2 was marked
17    for identification.)
18 BY MR. WASLAWSKI:
19 Q  Counsel -- or excuse me, Dr. Elzein, I'd like to --
20    you to take a look at what's been marked as
21    Exhibit 2 in this matter.
22 A  Uh-huh.
23 Q  Please take a look -- sorry. Please take a moment
24    to review the document, and let me know when you've
25    finished reviewing the document in its entirety,

Page 24

1     okay?
2  A  Okay. (Reviewing.) Okay.
3  Q  You reviewed the document in its entirety?
4  A  Yep.
5  Q  You've seen this document before, correct?
6  A  I did.
7  Q  In fact, if we look at the bottom left corner of the
8     first page and the bottom left corner of the second
9     page, you digitally signed this document, under
10    penalty of perjury, on May 12th, 2021 at 12:07 p.m.
11    Eastern time, correct?
12 A  Yes.
13 Q  You carefully reviewed this document before you
14    digitally signed it under penalty of perjury on
15    May 12th, 2021, correct?
16 A  Yep.
17 Q  And when you signed the charge under penalty of
18    perjury, you believed the information in it was
19    accurate, correct?
20 A  Yep.
21 Q  So, do you see, Dr. Elzein, on -- it starts on the
22    first page. There's a section that says "The
23    particulars are" and then there's a description of
24    the allegations that continues on to the second
25    page. Do you see the section I'm referring to?

Page 25

1  A  Yeah.
2  Q  Who wrote that?
3  A  The EEOC representative.
4  Q  Based on all of the information that you conveyed to
5     the EEOC representative, correct?
6  A  Through a phone call, yeah.
7  Q  So, if you look at the first page of Exhibit 2, Dr.
8     Elzein, if you look at the middle of the page,
9     there's a box that says "Dates on which the
10    discrimination took place". Do you see that section
11    of Exhibit 2, Dr. Elzein? It's in the middle of the
12    page to the -- right side of the page.
13 A  This one right here?
14          MR. WASLAWSKI: You're -- let the
15    record reflect that Dr. Elzein is pointing to a box
16    that says "Earliest: July 1st, 2020. Latest:
17    December 14th, 2020."
18 BY MR. WASLAWSKI:
19 Q  Yes, Dr. Elzein, that's what I'm referring to.
20 A  (Shook head in an affirmative manner.)
21 Q  So, the charge expressly states that it takes action
22    with discriminatory conduct that allegedly occurred
23    during the time periods of July 1st, 2020 through
24    December 14th, 2020, correct?
25 A  Yep.

Page 242
1 Q  You don't have access to -- do you know what an HRIS
2    system is?
3 A  No.
4 Q  Okay.  You clearly -- you don't even know what an
5    HRIS system is.
6        You don't have access to Ms.
7    Daugherty's HRIS system, do you?
8 A  No.
9 Q  Do you have any record -- do you have any access to
10   Ascension Genesys's HR records?
11 A  No.
12 Q  In fact, you weren't authorized to have any access,
13   were you?
14 A  No, yeah.
15 Q  Okay.  So, you're completely speculating that there
16   was no investigation into the complaint you made to
17   Ms. Daugherty, isn't that true?
18 A  My -- my counsel asked the -- the -- the counsel
19   representing Genesys are there going to be any
20   safeguards that this doesn't happen again, and she
21   said -- she never -- she said, "We just need a
22   video.  Just give us the video."
23       She -- I felt very dismissed, and
24   there was nothing --
25       MR. WASLAWSKI:  Motion to strike as

Page 243
1 non-responsive.  Can you read my question back,
2 please?
3       THE COURT REPORTER:  I'm going to
4 have to play it back, there's something wrong --
5       MR. WASLAWSKI:  Go ahead.
6       THE COURT REPORTER:  -- in the
7 system.  Give me one moment.
8       MR. WASLAWSKI:  Well, we can move
9 on.  We can move on, actually.
10       THE COURT REPORTER:  Can -- can we
11 actually go off for a second?  I need to figure out
12 what's going on.
13       MR. WASLAWSKI:  Let's go off the
14 record, yeah.
15       THE COURT REPORTER:  Sorry.
16       VIDEO TECHNICIAN:  Off the record at
17 3:27 p.m.
18       (Off the record at 3:27 p.m.)
19       (Back on the record at 3:37 p.m.)
20       VIDEO TECHNICIAN:  We are back on
21 the record at 3:37 p.m.
22 BY MR. WASLAWSKI:
23 Q  Okay.  I'd like to move on from our last subject,
24   Dr. Elzein.  I just want to clarify one thing.
25 A  Uh-huh.

Page 244
1 Q  You have no idea what Marney Daugherty did or didn't
2    do in response to the complaint you made to her on
3    November 30th, 2020; is that true?
4 A  Yes.
5 Q  So, I'm handing you, Dr. Elzein, what was previously
6    marked as Exhibit 3.
7 A  Uh-huh.
8 Q  And we talked about this letter earlier, right?
9 A  Uh-huh.
10 Q  Yes or no?
11 A  This document?
12 Q  Yes, Exhibit 3.  We talked about this -- this is a
13   letter dated April 28th, 2021, correct?
14 A  On the first -- yeah.
15 Q  See the first page?  This one.  Yeah, Exhibit 3.
16   It's in your hand.
17       So, it's your understanding, as you
18   sit here today, that the April 28th, 2021 letter was
19   a followup letter to the April 5th, 2021 letter --
20 A  Yes.
21 Q  -- right?
22       So, take a minute, if you need, to
23   review Exhibit 3.  But essentially, in a nutshell,
24   if we had to summarize it succinctly, this letter is
25   basically saying hey, look, we never heard back from

Page 245
1 ==you in regards to our letter from April 8th, 2021.==
2 ==We informed you that we were not going to renew your==
3 ==contract unless you responded within 14 days,==
4 ==because you haven't provided a return to work==
5 ==certification.  And therefore, June 30th, 2021 will==
6 ==be your last day; is that accurate?==
7 ==A  Yes.==
8 ==Q  Did you respond to this letter?==
9 ==A  No.==
10 Q  I'm sorry?
11 A  I did not respond.
12 Q  Okay.  So, your last day, pursuant to this letter
13   and in accordance with your residency training
14   agreement, was June 30th, 2021, accurate?
15 A  Yes, according to the letter.
16 Q  So, let me -- I'm going to ask you about the claims
17   you've made in this lawsuit.  The way I understand
18   it is that you have five claims.
19 A  Uh-huh.
20 Q  Number one, you were discriminated against based on
21   a perceived disability; is that correct?
22 A  Correct.
23 Q  And that arises out of the November 11th, 2020
24   admission to the emergency room that you contend was
25   against your will, correct?