# EXHIBIT 18

```
                 UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF MICHIGAN


   AHMED ELZEIN,

             Plaintiff,
                                       Case No. 22-cv-12352
   vs                                  Hon. Sean F. Cox
                                       Mag. Curtis Ivy, Jr.

   ASCENSION GENESYS HOSPITAL,

             Defendant.

   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

VIDEOCONFERENCE DEPOSITION OF NATALIA BAJ-OSIEWICZ, M.D.,

taken on Thursday, November 16, 2023, at 1:00 p.m.,

pursuant to Notice.

Reported remotely by DEBORAH LINEHAN, CER 7251

Fortz Legal Support

www.FortzLegal.com

844.730.4066



Page 10

1  A   That is correct.
2  Q   Do the second-year residents at Ascension Genesys
3      internal medicine residency program have any
4      supervisory responsibilities?
5  A   Yes, we do. We supervise the interns and medical
6      students.
7  Q   When you say interns, what is that referring to?
8  A   First-year residents.
9  Q   How long is the internal medicine residency program at
10     Ascension Genesys?
11 A   Three years.
12 Q   Did you go through the program for four years, though?
13 A   No, three years.
14 Q   You're right. I'm sorry, I miscalculated.
15     Do you remember Ahmed Elzein?
16 A   Yes, I do.
17 Q   Did you review any documents to prepare for your
18     deposition today?
19 A   I reviewed the email that I sent to Dr. Pawlaczyk after
20     the event that we're discussing.
21 Q   So I had sent to Ascension's attorney what is marked as
22     proposed Exhibit -- well, it is -- it's not proposed --
23     it's Exhibit 18 for your deposition. I understand that
24     you did receive a copy of that; is that correct?
25 A   Yes, it is.

Page 11

1  Q   Is that the email that you're referring to?
2  A   Yes.
3  Q   Did you review any other documents other than Exhibit
4      18 to prepare for your deposition?
5  A   Only the stuff that -- you know, calling me for
6      deposition today.
7  Q   Okay.
8  A   The document.
9  Q   I meant substantive about Dr. Elzein. Anything else?
10 A   No.
11 Q   Did you talk about your testimony with anybody other
12     than an attorney to prepare for your deposition today?
13 A   My husband.
14 Q   Okay. How about Dr. Pawlaczyk? Did you talk to her at
15     all?
16 A   No, I did not.
17 Q   In reviewing what's marked as Exhibit 18 to prepare for
18     your deposition, did you see anything that you wish to
19     amend or change about your statement?
20 A   Well, everything that I wrote in there is true, and
21     there's a few things that I can possibly add to this,
22     but there's not necessarily anything that I would like
23     to review or amend.
24 Q   Okay. So reviewing --
25 A   Can I ask a question?

Page 12

1  Q   -- yeah.
2  A   I mean, going back to if I spoke with Dr. Pawlaczyk
3      regarding this. I mean, she's aware that I'm giving a
4      deposition because, I mean, she's my supervisor, but we
5      didn't discuss any details of the case if that's what
6      you were asking.
7  Q   Okay, I appreciate that. Thank you.
8      So according to your statement it appears that --
9      well, there was a day where Dr. Elzein was taken to the
10     emergency room. You recall that, right?
11 A   Yes.
12 Q   But from your statement it appears as though you
13     started having concerns in your mind a couple of days
14     earlier; would that be accurate?
15 A   That is correct.
16 Q   Describe for me what the nature of those concerns were,
17     your initial concerns.
18 A   Okay. Can I specify if you mean just regarding to this
19     event or that I have any concerns for him from the
20     beginning of residency?
21 Q   I'm not talking about his job performance. What I'm
22     focused in on is your perceptions of his mental health.
23 A   ==Okay, thank you. I feel that he was starting to act==
24 ==strange. He was not giving his 100 percent like he did==
25 ==before. The day before he was really kind of spacing==

Page 13

1  ==out. You know, usually he would get his work done, and==
2  ==maybe go to the intern call room. And the day before==
3  ==this event he was just kind of sitting there staring in==
4  ==space. Staring at a computer screen for hours, which,==
5  ==you know, I noticed -- I did write that in the==
6  ==statement there. I asked him to maybe read the==
7  ==required materials for didactics that, you know, he==
8  ==could get busy doing something, and he just moved to==
9  ==another computer and did the same thing, which wasn't==
10 ==normal for him. He was just kind of staring at the==
11 ==screen at that time.==
12 Q   Did you approach him or talk to him about that behavior
13     at that time?
14 A   No, I did not.
15 Q   Did you talk to anybody else about your concerns on
16     that day? I know that later you did, but I meant on
17     that day did you?
18 A   I mean, I was not the only one who noticed. We are
19     usually working as a team. There was another senior on
20     the service, and we were both kind of like what's going
21     on. Why, you know, why is he just sitting here
22     staring.
23     So we did both notice that. We kind of noted and
24     then when there was work to do we tried to involve him
25     in that work.

Page 14

1  Q   Who was this other senior?
2  A   I'm pretty sure it was Andrew Dolehanty at the time.
3  Q   Is there anything else that you noticed a concern on
4      that date?
5  A   I don't recall anything else at this time.
6  Q   Okay.  And then you describe in your note another
7      incident I think the following day involving -- well,
8      it started with you -- you said there were some
9      concerns about him staring at his computer screen again
10     on the next day; is that right?
11 A   Uh-huh.
12 Q   Is that yes?
13 A   Yes.  I'm sorry, yes.
14 Q   It's okay.  Everybody does it.
15     But then there was an incident with a particular
16     patient that you noted in your -- in your statement to
17     Dr. Pawlaczyk, correct?
18 A   Correct.
19 Q   From your note it appears, though, that you did not
20     witness any of this interaction; would that be
21     accurate?
22 A   Yes.
23 Q   How did you hear about this incident with the patient
24     with schizophrenia?
25 A   Again, the other senior was supervising Ahmed in going

Page 15

1   down there and seeing the patient, and normally when
2   they come back from the ER the intern is responsible
3   for doing most of the work because that's how they
4   learn.  Putting in the orders, writing the note, and I
5   have noticed that he was sitting staring at a computer
6   screen and the senior was doing all the work so I
7   questioned what's going on.  At which point Dr.
8   Dolehanty did say that we're going to talk about this
9   later.  He wanted to finish the work that needed to be
10  done.
11     It was towards the evening so we did do a sign out
12  to the evening team, you know, in terms of going home.
13  So Dr. Elzein went home, and Dr. Dolehanty stayed
14  behind and we discussed what happened.
15 Q   And what did Dr. Dolehanty tell you?
16 A   That Dr. Elzein was acting very strange in the ER.  He
17     didn't want to go see the patient by himself.  I don't
18     recall the exact words, but it felt -- you know, it
19     seems like he was feeling like, you know, people are
20     watching him.  And he just didn't want to do what he
21     was supposed to do, which is see the patient first, and
22     then the senior maybe goes in and sees the patient
23     afterwards.  That's usually how we do things.  So it
24     looked like he refused to do that, and then Dr.
25     Dolehanty had to step in and do the work.

Page 16

1  Q   Did you ever talk to Dr. Elzein about it, that
2      incident?
3  A   Well, next day when we had the discussion about
4      everything that happened.  I think I did --
5  Q   And that was --
6  A   -- uh-huh --
7  Q   -- one of the topics you discussed with him?
8  A   Yes, I believe so.  Although, my memory is a little bit
9      shaky, so to speak, because it has been a long time
10     ago.
11 Q   Sure.  Did Dr. Elzein ever express to you that he was
12     concerned that this patient had violent tendencies, and
13     that's why he was concerned about being by himself in
14     the ER bay with him?
15 A   Thinking about our conversation the day after, yes, he
16     did say that.  Especially that the sign out we got from
17     the ER did say that this patient had schizophrenia.  He
18     had a seizure.  I don't recall if there was any, you
19     know, mention of violence, but usually you kinda -- you
20     never know what you're walking into kind of thing.
21 Q   But whether or not the patient actually had violent
22     tendencies or actually, you know, whatever the -- isn't
23     that what Dr. Elzein expressed as his concern about
24     going in alone?
25 A   Yes.

Page 17

1  Q   Okay.  And then the following day would have been the
2      day that Dr. Elzein ended up in the emergency room,
3      correct?
4  A   That is correct.
5  Q   Describe for me how you first became aware that there
6      were some concerns about Dr. Elzein that day.
7  A   I became aware when -- after rounds and we came back
8      into the call room, and that there were a few interns
9      there that brought it up to our attention.
10 Q   Who was "our" you described?
11 A   Myself and Dr. Dolehanty.
12 Q   Who were the interns that brought this up to you guys?
13 A   I do not remember.
14 Q   What did they tell you?
15 A   That Dr. Elzein has been acting strange all day.  That
16     he has been not eating.  There was an incident with a
17     locker.  They said that he thought somebody put
18     something in his locker, and he called security to
19     check it out and he moved his locker to a different
20     locker.  He thought that people were watching him.
21     He -- I'm not sure if they told me that.  This is
22     something he told me later that he thought people were
23     watching him, but they said that he was recording
24     people on his phone and just acting weird.  He also was
25     not eating or drinking, and they were also concerned

Page 18

1 about that.
2 Q What time of day was this?
3 A I don't know the exact time of day, but it must have
4 been somewhere around noon.
5 Q What time did he start that day?
6 A We always start at 6 a.m.
7 Q Did these interns say anything else to you that you
8 recall?
9 A I don't recall anything else.
10 Q What action did you take as a result of getting this
11 information?
12 A I believe I discussed this with Dr. Dolehanty. I think
13 he was present during that conversation.
14 We decided that he's going to contact Dr.
15 Pawlaczyk, and I will speak with Dr. Elzein, and kind
16 of try to get a feel for what's going on.
17 Q And did you do that?
18 A Yes, I did.
19 Q Where did you speak to him at?
20 A So in our call room there's a few back rooms that have
21 beds in them and computer stations so we can take a
22 rest during maybe night shift. It's a private area
23 where, you know, we can close the door so that's where
24 I spoke with him.
25 Q Was there anybody there other than the two of you?

Page 19

1 A No.
2 Q Did you record the conversation in any manner?
3 A No, I did not.
4 Q Are you aware of any recording devices that would be
5 inside that room?
6 A No, I am not.
7 Q How did you start the conversation?
8 A I don't remember.
9 Q Okay, fair enough.
10 Let me just explain to you because I don't want to
11 just say tell me about the conversation because I know
12 there was a lot that went back and forth. So I don't
13 want to make this a speech. I want to kind of walk
14 through it a little bit.
15 As best as you recall, I mean, how did you sort of
16 broach the topic with him?
17 A Okay. So knowing myself I probably asked him what's
18 going on and, you know, to tell me in his own words how
19 he's feeling and what's happening, and I did tell him
20 that the interns -- other interns have been worried so
21 they came to us to kind of bring this up to our
22 attention and, you know...
23 Q And that's what I was getting -- so you told him some
24 people have given us some concerns, and I want to talk
25 to you about it basically?

Page 20

1 A I believe so.
2 Q Okay. And did you give him any of the details or
3 specifics that were told to you by the interns at that
4 time?
5 A I don't remember.
6 Q Okay. What did he tell you?
7 A So he told me that he is concerned that there's some
8 strange things happening around him, and he doesn't
9 feel comfortable.
10 Q Did he describe those strange things?
11 A So I feel that -- I feel -- I kind of recall, I guess,
12 he had a difficult time describing exactly what has
13 been going on. He did say that one of the senior
14 residents put something in his pocket. When I asked
15 him what it was, he was unable to tell me what it was.
16 He did mention that he moved his locker. He
17 thought there was something in his locker and he
18 thought it was something bad, and he didn't want to get
19 in trouble for it so he moved his locker and called
20 security. I remember I tried to ask him more details
21 about that. Meaning like what was it, what did he
22 think it was, and if he found anything in his locker
23 afterwards and he said no. He wasn't able to tell me
24 exactly what this object was that was maybe put in his
25 locker.

Page 21

1 He feels that he cannot rest and be comfortable
2 because every time he closes his eyes the residents are
3 getting closer to him, and they're trying to do
4 something to him. But, again, he wasn't sure what was
5 going on there, and he was very suspicious of the
6 cleaning lady. He said that somebody came in and they
7 started cleaning, but they had a mask on and no badge.
8 And that seemed that it was very disturbing to him.
9 And it was kind of a similar story, too, the
10 evening before where he did say that there were a lot
11 of doctors standing around, and none of them had
12 badges. That they were watching him. Almost like kind
13 of setting him up for failure or that, you know,
14 something bad is going to happen.
15 Q With regard to the locker, did he describe to you that
16 he saw somebody come in to the intern call room who
17 didn't have a badge, and he didn't recognize and put
18 something in a locker?
19 A No. I felt that these were two different stories.
20 Something in the locker and the separate was the
21 cleaning lady that came in without a badge, but I don't
22 recall those two connecting as of the cleaning lady has
23 put something in his locker.
24 Q The senior resident that he mentioned -- that you
25 mentioned earlier about putting something in his

Page 22

1   pocket, was that Becka?
2   A   Yes.
3   Q   What is Becka's full name?
4   A   Rebecca Maynard, M-A-Y-N-A-R-D.
5   Q   Did he offer you any other details about that event?
6   A   No. But later when he was sitting in the call room
7       when Rebecca came in it seemed that he was very
8       vigilant about her. He was really watching her very
9       closely, and actually recording her later on too.
10  Q   How do you know he was recording her?
11  A   Because he had his phone up and he was recording
12      sitting next to me.
13  Q   You could see -- you could see the screen?
14  A   Yes.
15  Q   Okay. Do you recall anything else about the
16      conversation with Dr. Elzein?
17  A   Well, you know, being in the profession I am I did
18      quickly ask him about like past medical history,
19      psychiatric history, medications, any substance use.
20      Just kind of -- the biggest thing I really wanted to
21      make sure that he doesn't have maybe depression and is
22      not suicidal. Because I wanted to make sure he's not
23      going to harm himself in this situation, and just a
24      kind of quick medical history, and he denied any of the
25      above.

Page 23

1       I also did let him know that I wanted to speak
2       with Dr. Pawlaczyk about this, and I asked him if he's
3       okay doing so. He said yes. So I did call our program
4       director and gave her a summary of what's going on.
5   Q   During your conversation with Dr. Elzein when you're in
6       the back room -- in the call room, did he bring up any
7       difficulties that he was having with regard to
8       discrimination or harassment?
9   A   No, he did not.
10  Q   At any time did he ever indicate to you that he was
11      either being discriminated against or harassed?
12  A   He called me after he was released from the hospital,
13      and he did tell me that during that conversation over
14      the phone.
15  Q   I'm sorry, when was that?
16  A   He called me after he was released from the hospital.
17  Q   After. Okay.
18  A   Yes.
19  Q   What did he tell you in this phone call?
20  A   Can you specify if you want the entire conversation or
21      just the details about the discrimination?
22  Q   For now just the discrimination.
23  A   Okay. So he did mention during that conversation that
24      another resident came in when he was praying into a
25      call room, and told him that he should go back to his

Page 24

1       own country.
2   Q   Did he give you any other incidents involving perceived
3       discrimination or harassment?
4   A   No, I don't recall that.
5   Q   What other things did he tell you during the call?
6   A   So he called me saying that he was released from the
7       hospital. That he was very grateful for me taking care
8       of him on that day meaning November -- I don't remember
9       to be honest what date that was -- when he was
10      hospital -- you know, taken to the ER.
11      He was very thankful. Saying things that, you
12      know, now I'm going to be part of his family. And
13      then, you know, how grateful he is that, you know, not
14      everyone has been so nice to him, and he brought up
15      this incident with another resident at that time.
16      And honestly I just found that a little bit
17      strange because I've never heard from him again after
18      that.
19  Q   Did he ask anything of you during that conversation?
20  A   No, he did not. Not that I recall. It was mostly that
21      he was grateful.
22  Q   Was this his cell phone calling your cell phone?
23  A   Yes.
24  Q   Did you tell anyone at Ascension Genesys about the
25      call?

Page 25

1   A   I don't recall to be honest.
2   Q   Did you give him any advice?
3   A   I don't recall. I don't know.
4   Q   So going back to the day that he was taken to the
5       emergency room. You said that you asked him -- you
6       told him that I -- you know, I'm going to need to
7       report this to Dr. Pawlaczyk. Did you, in fact, do
8       that?
9   A   Yes, I did.
10  Q   And did you do that by phone or in person? How did you
11      get ahold of her?
12  A   By phone. I called her. I'm not sure if I used my own
13      cell phone or if I used the hospital phone because --
14      and the service in those rooms is very bad so I might
15      have used the hospital phone. However, I'm not 100
16      percent sure.
17  Q   Was Dr. Elzein present while you were having this
18      conversation with Dr. Pawlaczyk?
19  A   I don't remember.
20  Q   At some point you understand that Dr. Pawlaczyk reached
21      out to Dr. Elzein while he was in the intern room,
22      correct?
23  A   That is correct.
24  Q   Were you part of that conversation -- oh, go ahead.
25  A   I was not. So this was, again, in that back room. I