# EXHIBIT 19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,
    Plaintiff,

  -vs-                                                Case No. 22-CV-12352

ASCENSION GENESYS HOSPITAL,
    Defendant.
_____/

DEPONENT:   TAMMY GAUTHIER
DATE:       Thursday, October 12, 2023
TIME:       9:49 a.m.
LOCATION:   VIA ZOOM VIDEOCONFERENCE
REPORTER:   Karen Fortna, CRR/RMR/RPR/CSR-5067
JOB NO:     26455



Fortz Legal Support
www.FortzLegal.com
844.730.4066

Page 18

1    of 2020?
2  A.  Yes, I reported to the call with my officers.
3  Q.  Did you receive the call from Dr. Elzein?
4  A.  No.
5  Q.  Do you know who received the call?
6  A.  I do not recall.
7  Q.  Do you recall how you first heard about this
8     report?
9  A.  Our dispatch.
10 Q.  So it was over a radio call?
11 A.  Correct.
12 Q.  Do all of your guards carry some sort of radio
13    system, a walkie-talkie, something along those
14    lines?  Is that right?
15 A.  Yes.
16 Q.  And you also keep one on your person when you're at
17    work?
18 A.  Yes.
19 Q.  What do you recall about the radio call you
20    received regarding this report from Dr. Elzein?
21 A.  **The call that I recall coming in as resident**
22    **lounge -- a resident claiming that somebody had**
23    **placed a bomb in a locker.**
24 Q.  Was it a male or female that was sending out that
25    radio call?

Page 19

1  A.  I don't recall.
2  Q.  In November of 2020, were there employees at
3     Teachout Security whose job function was just to be
4     in dispatch or did it between -- what I'm getting
5     at, did the same guards who rotated in the
6     dispatch have to do stints in dispatch or were
7     there people whose only job was just to do the
8     dispatch work?
9  A.  They rotate.
10 Q.  The person who was putting this out over the radio,
11    were they reporting it directly to you or was this
12    a general announcement they made that you heard?
13 A.  They were reporting to the on-shift supervisor
14    requesting officers to report.
15 Q.  And you heard the call; is that correct?
16 A.  Correct.
17 Q.  And you responded to the resident lounge?
18 A.  Correct.
19 Q.  **Who else responded?**
20 A.  **Michael Bossert.  And I don't recall who else was**
21    **on that call.**
22 Q.  **How many guards besides yourself?  So it was you**
23    **and Michael Bossert.  How many more were there?**
24 A.  **Two.**
25 Q.  So a total of four security people came to respond

Page 20

1     to this call; is that correct?
2  A.  Correct.
3  Q.  Do you recall what time of day it was?
4  A.  I recall first shift.
5  Q.  And what are the hours for first shift?
6  A.  They are from 6:00 to 2:30.
7  Q.  I guess let me make that more clear.  I want to
8     make sure we're clear.  We're talking in
9     November 2020.  Is that what the first shift was as
10    well?
11 A.  Oh, yes.  Sorry.
12         MS. LEBEAU:  I'm sorry, you said six to
13    six?
14         THE WITNESS:  6:00 a.m. to 2:30 p.m.
15 BY MR. STEMPIEN:
16 Q.  And do you recall the date?
17 A.  I don't.
18 Q.  When you arrived at the lounge -- let me back up.
19         Did you go to the lounge with somebody
20    else or did you go alone and meet the other guys
21    there?
22 A.  I don't recall.
23 Q.  Do you recall if you were the first person to
24    arrive?
25 A.  I was not.

Page 21

1  Q.  Did you talk to Dr. Elzein that day?
2  A.  Yes.
3  Q.  As far as you know, when you arrived, had he
4     already spoken to any of the other security guards?
5  A.  Not that I'm aware of.
6  Q.  **Did you talk to Dr. Elzein before physically**
7     **looking at any of the lockers or anything like**
8     **that?  Did you first talk to him?**
9  A.  **Yes.**
10 Q.  **Tell me about that conversation.  Tell me what he**
11    **said, what you said.**
12 A.  **We asked him what was going on, what was the issue,**
13    **the normal questions we would ask.  He stated that**
14    **somebody quickly came in, placed something in a**
15    **locker and left and he didn't want to be involved**
16    **in anything.  We asked him which locker, he said,**
17    **"Somewhere down there."  So we searched several**
18    **lockers.  We searched the resident lounge**
19    **completely.  He just kept saying he didn't want to**
20    **be involved in anything.**
21         And we searched and the only thing that
22    was found was someone's groceries, a brown paper
23    sack that had been set inside a locker with no
24    lock, and there had been food in the bag.
25 Q.  That was the only item you found in any of the