# EXHIBIT 20



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

_____

AHMED ELZEIN,

        Plaintiff,           Case No. 22-cv-12352

v                                Hon. Sean F. Cox

ASCENSION GENESYS HOSPITAL,    Magistrate Judge:

        Defendant.           Curtis Ivy, Jr.

_____


DEPOSITION OF:  BARBARA PAWLACZYK (VIA ZOOM)


DATE:     October 13, 2023

TIME:     2:12 p.m.

LOCATION: Fortz Legal Support, LLC

          25 Division Avenue South, Suite 325

          Grand Rapids, Michigan

REPORTER: Kelly M. Kane, CSR-1470



Page 10
1 A. For my program, yes.
2 Q. Are there other residency programs for other types of
3   medical disciplines?
4 A. Yes.
5      At our hospital? I'm sorry.
6 Q. I'm sorry, yes, I meant at Ascension.
7 A. Yes.
8 Q. And then there would be other program directors in charge of
9   those disciplines, in that disciplinary residency program,
10  correct?
11 A. Yes, that's correct.
12 Q. Okay. Did you review any documents to prepare for your
13  deposition today?
14 A. I couldn't hear the first couple words. Could you --
15 Q. Sure, I'll repeat it. Did you review any documents to
16  prepare for your deposition today?
17 A. Yes.
18 Q. What documents did you look at?
19 A. I looked at the documentation that was received -- was --
20  sorry. I looked at the documentation that was related to
21  Dr. Elzein's training program.
22 Q. Could you be a little more specific? Are you talking about
23  his, like, file, his residency program file? Is that what
24  you looked at?
25 A. Yes.

Page 11
1 Q. Did you look at any of the emails that you had between you
2   and Dr. Elzein?
3 A. Some of them.
4 Q. Did you look at any of the text messages between you and
5   Dr. Elzein?
6 A. No.
7 Q. Did you look at any of the documents that were created from
8   the human resources department?
9 A. Yes.
10 Q. Which documents from human resources did you look at?
11 A. I don't recall. I'm sorry, I don't recall right now
12  specific documents.
13 Q. Did you talk to anybody other than a lawyer about your
14  deposition today?
15 A. No.
16 Q. Do you remember the events or do you have an independent
17  recollection of the events surrounding Dr. Elzein and his
18  residency?
19 A. Yes.
20 Q. There came a time when you became concerned about
21  Dr. Elzein's mental health while he was working as a
22  resident at Ascension, correct?
23 A. I'm sorry, for some reason -- I don't know if it's technical
24  difficulties, but I couldn't hear the first couple words of
25  the question. Could you please repeat that?

Page 12
1 Q. Yes. Did there come a point where you became concerned
2   about Dr. Elzein's mental health during his residency?
3 A. On November 11th I was concerned about his mental health.
4 Q. Prior to November -- and the year was 2020, correct?
5 A. Right.
6 Q. Okay. So prior to November 11, 2020, did you have concerns
7   about Dr. Elzein's mental health?
8 A. No.
9 Q. What was the first thing that -- information that you
10  received that made you concerned about his mental health?
11 A. I was concerned about his well-being because of the way he
12  behaved on November 11th.
13 Q. Sure. But I guess what I'm getting at is, was the first
14  thing you learned that raised a concern for you, was it
15  something that was told to you or was it an observation that
16  you made?
17 A. I was informed that he was -- that his behavior was strange.
18 Q. Who informed you of that?
19 A. One of my chief residents.
20 Q. And who was that?
21 A. Dr. Haschig.
22 Q. All right. How did Dr. Haschig report this to you? Was it
23  by phone? Was it face to face?
24 A. By phone.
25 Q. What did Dr. Haschig tell you?

Page 13
1 A. He told me that Dr. Elzein's behavior was strange, that he
2   appeared scared, would not follow instructions, and his
3   behavior was very concerning.
4 Q. Do you recall, were there any specifics that he told you
5   about why he was concerned?
6 A. He said that Dr. Elzein would not follow instructions of
7   senior residents, given by senior residents, that he would
8   not eat or drink for the whole day, he would be sitting in
9   the corner videotaping other residents, he would stare at
10  the lockers, he would stare at the screen without really any
11  actions, he would be almost like staring into space.
12 Q. What action, if any, did you take as a result of this call
13  with Dr. Haschig?
14 A. I contacted a psychologist who works very closely with me
15  and I also came to the hospital.
16 Q. Where were you when you received this call?
17 A. I was at home.
18 Q. Were you off work that day?
19 A. I worked -- that day we had a conference, so I worked from
20  home virtually.
21 Q. And who was the psychologist that you contacted?
22 A. Dr. Kirkpatrick.
23 Q. Do you know her first name?
24 A. Yeah, Heather.
25 Q. Her name is Heather Kirkpatrick?

Page 18

1  After the conversation with Dr. Elzein, and before
2  you saw him in the hospital, did you have any more
3  conversations with anybody who had been interacting with
4  Dr. Elzein that day?
5 A.  Before seeing Dr. Elzein?
6 Q.  Yes, right.
7 A.  Okay.  No.
8 Q.  So at that point the totality of the information you had was
9  what Dr. Haschig had told you in the conversation and then
10  the phone call that you had with Dr. Elzein, right?
11 A.  There was -- I also spoke with another resident who called
12  me in the -- on my way.  Before I got to the hospital there
13  was one more -- I received one more phone call from another
14  resident.
15 Q.  And who was that resident?
16 A.  Dr. Baj.
17 Q.  And her first name is Natalia; is that correct?
18 A.  Uh-huh, yes.
19 Q.  And Baj is B-a-j?
20 A.  Yes.
21 Q.  You were in your car en route to the hospital when you
22  received that call?
23 A.  I can't recall details of that, I just know that --
24 Q.  Okay.  What did Dr. Baj tell you?
25 A.  She gave me similar information that Dr. Haschig had.  She

Page 19

1  also told me that residents were -- residents were very
2  concerned; she also was concerned about Dr. Elzein's
3  behavior.
4 Q.  Did she tell you which residents were concerned?
5 A.  I think she just -- no.  No, she didn't specify who.  I
6  think she said the interns and residents in the call room.
7 Q.  Did she provide you any more details than what Dr. Haschig
8  had told you in the earlier call?
9 A.  She had a couple more details, yes.  If I recall correctly
10  they were related to Dr. Elzein staring on the -- at the
11  locker and thinking that someone put -- there was a trap
12  there, there was a bomb in the -- in the locker.  She also
13  mentioned that Dr. Elzein told her that someone put
14  something in his pocket and that he was afraid and scared
15  that something was going to happen to him.
16 Q.  Did Dr. Baj tell you who it was that Dr. Elzein thought had
17  put something in his pocket?
18 A.  It was another resident, a senior resident.  Her name was
19  Beca.
20 Q.  Did you have any other conversations regarding Dr. Elzein
21  before you saw him?
22 A.  Not that I can recall.
23 Q.  When you arrived at the hospital what happened?
24 A.  I called Dr. Baj, asking her where Dr. Elzein was.  If I
25  recall, I'm not sure, but I think I stopped by in the call

Page 20

1  room first, but I found out that Dr. Baj was together with
2  Dr. Elzein in the food court.
3 Q.  In the food court?
4 A.  Correct.
5 Q.  Okay.  Can you pick it up from there?
6 A.  Sure.  So I found them standing in the line to get some food
7  because Dr. Elzein did not eat or drink that day at all,
8  which was also strange behavior, so we were trying to get
9  him some nutrition.  So I joined them in the line and
10  started to have a conversation with Dr. Elzein.  We got --
11 Q.  Can I stop you right there?
12 A.  Sure.
13 Q.  I want to go through this pretty slowly and in some detail.
14  First of all, what time of day was it that you
15  arrived at the hospital?
16 A.  I think somewhere between 3 and 4 p.m.
17 Q.  Do you know what time Dr. Elzein began his shift that day?
18 A.  6 a.m.
19 Q.  And how was it that you knew that he had not had anything to
20  eat or drink all day?
21 A.  From Dr. Baj.
22 Q.  And did Dr. Baj tell you how she knew that he hadn't had
23  anything to eat or drink all day?
24 A.  From interns and other residents.
25 Q.  Okay.  So who was it that was in line?  Was it that Dr. Baj

Page 21

1  and Dr. Elzein together were in line?
2 A.  Yes.
3 Q.  Okay.  So you said you started to have a conversation with
4  them when you caught up to them in the line, correct?
5 A.  Yes.
6 Q.  Okay.  And then I interrupted you.  So, sorry, go ahead.  So
7  tell me about that conversation.
8 A.  It was a very general conversation at that point.  I just
9  asked him how was he doing.  And, you know, we didn't want
10  to continue conversation because there were a couple other
11  people in line.
12 Q.  Okay.  Did he purchase anything to eat or drink?
13 A.  I bought him a smoothie because he didn't want to have
14  anything else.
15 Q.  Like a fruit smoothie kind of thing?
16 A.  Yes, uh-huh.
17 Q.  Did you continue to have any conversations with him after
18  you purchased the smoothie for him?
19 A.  Yes, I asked him if we can sit at a table and talk about the
20  way he feels.
21 Q.  And did --
22 A.  He agreed.
23 Q.  -- that happen?
24 A.  Yes.  He agreed, yeah.
25 Q.  Who sat at the table?

Page 22

1 A. Dr. Elzein, Dr. Baj, and I.
2 Q. And tell me about the conversation at the table.
3 A. So as he sat at the table I asked him if it's fine for
4   Dr. Baj to -- to stay together with us, and he agreed. Then
5   I started to ask him what was going on, because I was
6   concerned about his well-being, the way he behaved.
7       He appeared very scared and very apprehensive,
8   constantly looking around like he thought that -- like he
9   was expecting that something bad will happen. He constantly
10  was looking at the entrance, again like he would expect
11  someone to enter through the main door at any time.
12      ==I asked him how did he feel; he said that he==
13  ==realized that he was seeming differently than usually, that==
14  ==he might have had fever.== So I did ask him -- I did
15  recommend for him to go to the emergency room to be checked
16  out, to make sure that he's -- that he seemed fine.
17 Q. How long did that conversation last?
18 A. So we stayed in the food court together with him probably
19  until like 7 p.m., somewhere between 6 and 7 p.m., when --
20  this was the time when he went to the emergency room.
21 Q. And did everybody remain at the table for that entire two
22  hours or so?
23 A. Yes.
24 Q. Did anybody else join the conversation at any time?
25 A. Yes.

Page 23

1 Q. Who?
2 A. Dr. Vogel, a psychologist.
3 Q. How did Dr. Vogel come to be part of the conversation?
4 A. If I -- I don't recall if I called him or Dr. Kirkpatrick
5   called him. But he was a psychologist was still at the
6   hospital, so he came over to check on Dr. Elzein.
7 Q. When you were there at the table did you contact
8   Dr. Kirkpatrick?
9 A. I don't recall right now.
10 Q. So did Dr. Kirkpatrick participate in that conversation with
11  Dr. Elzein at all?
12 A. Not at the table.
13 Q. Okay. When Dr. Vogel came did he physically, in person,
14  come to the table?
15 A. Yes.
16 Q. And did he speak to Dr. Elzein?
17 A. Yes.
18 Q. Did he speak to Dr. Elzein in front of you?
19 A. I don't remember that detail.
20 Q. Did you hear any of their conversation?
21 A. I don't -- I don't recall right now.
22 Q. Did you observe Dr. Elzein's demeanor while he was talking
23  to Dr. Vogel?
24 A. Yes, I could see.
25 Q. And what did you observe about his demeanor?

Page 24

1 A. It wasn't changed. It was the same as the one I observed,
2   you know, since the time when I came to the hospital.
3 Q. Okay. How long did Dr. Vogel stay at the table with
4   Dr. Elzein?
5 A. It was for a brief few minutes.
6       MR. STEMPIEN: Excuse me one second, I apologize.
7       THE WITNESS: No problem.
8       (Brief pause.)
9 BY MR. STEMPIEN:
10 Q. Okay. Did Dr. Vogel speak to you after he finished speaking
11  to Dr. Elzein?
12 A. I think he did.
13 Q. Did Dr. Vogel tell you what his impressions were of
14  Dr. Elzein's mental health at that time?
15 A. I don't recall details right now.
16 Q. Well, wasn't that the reason he was there, to make an
17  assessment of Dr. Elzein's mental health?
18 A. Yes.
19 Q. And wouldn't that information have been important to you in
20  terms of determining what you wanted to have Dr. Elzein do
21  next?
22 A. Yes.
23 Q. So wouldn't that have been something you would have asked
24  Dr. Vogel?
25 A. Yes.

Page 25

1 Q. Is it that you just don't recall what he told you?
2 A. I don't recall detailed conversation with him.
3 Q. Well, did Dr. Vogel tell you that he thought that Dr. Elzein
4   needed to go to the emergency room?
5 A. He said that would be beneficial for him to go to the
6   emergency room.
7 Q. Okay. And that's what I asked you before. What did he tell
8   you about Dr. Elzein's mental health?
9 A. Are you asking me -- I'm not sure if -- are you asking me
10  for his recommendations or his opinion about Dr. Elzein's
11  mental health? Like I'm not really sure of -- what are you
12  asking me right now.
13 Q. I'm asking you what Dr. Vogel told you. That's all I'm
14  asking you.
15 A. Well, so he said that will be beneficial for Dr. Elzein to
16  go to the emergency room to be evaluated.
17 Q. Do you recall anything else that Dr. Vogel told you?
18 A. If I recall correctly he said that he didn't know him that
19  well.
20 Q. That's just a couple too many pronouns, he and him.
21 A. Okay.
22 Q. So you're saying Dr. Vogel said -- and if I were to use
23  quotes, he said, "I don't know Dr. Elzein very well." Is
24  that what Dr. Vogel told you?
25 A. That's correct.