UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,

        Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

        Defendant.

Case No. 22-cv-12352
Hon. Sean F. Cox
Magistrate Judge: Curtis Ivy, Jr.

_____/

| ERIC STEMPIEN (P58703) | MAURICE G. JENKINS (P33083) |
|---|---|
| STEMPIEN LAW, PLLC | MICHELLE J. LEBEAU (P51440) |
| Attorneys for Plaintiff | DANIEL C. WASLAWSKI (P78037) |
| 38701 Seven Mile Rd., Suite 130 | JACKSON LEWIS, P.C. |
| Livonia, MI 48152 | Attorneys for Defendant |
| (734)744-7002 | 2000 Town Center, Suite 1650 |
| eric@stempien.com | Southfield, MI 48075 |
| | (248) 936-1900 |
| | Maurice.jenkins@jacksonlewis.com |
| | Michelle.lebeau@jacksonlewis.com |
| | Daniel.waslawski@jacksonlewis.com |

_____/

**INDEX OF EXHIBITS FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit 1:    Ahmed Elzein's deposition

Exhibit 2:    Tammy Gauthier's deposition

Exhibit 3:    Mark Vogel, Ph.D.'s deposition

Exhibit 4:    Barbara Pawlaczyk's deposition

Exhibit 5:    Dr. Bradley Caloia's deposition

Exhibit 6:     Petition for Mental Health Treatment for Clinical Certificate

Exhibit 7:     Dr. Caloia's Treatment Summary

Exhibit 8:     Psychosocial Assessment

Exhibit 9:     Kathleen Scott, MSW's deposition

Exhibit 10:    Email from Pawlaczyk to Vosburgh dated 11/12/2020

Exhibit 11:    Havenwyck Records

Exhibit 12:    Havenwyck Return to Work Note

Exhibit 13:    Daugherty notes dated 11/30/2020

Exhibit 14:    Ascension Return to Work Note

Exhibit 15:    Videos

Exhibit 16:    Pacer Email dated 11/30/2020

Exhibit 17:    Marney Daugherty's deposition

Exhibit 18:    Elzein's email to Daugherty

Exhibit 19:    12/04 & 12/09 Emails to Elzein

Exhibit 20:    Letter from Akeel

Exhibit 21:    Elzein Declaration

Exhibit 22:    Residency Agreement

Exhibit 23:    11/19 Email from Pawlaczyk to Vosburgh

Exhibit 24:    EEOC Charge