**EXHIBIT 1**

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF MICHIGAN

3

4        AHMED ELZEIN,

5                         Plaintiff,

6        -vs-            Case No. 22-12352

7                         Hon. Sean F. Cox

8

9        ASCENSION GENESYS HOSPITAL,

10                        Defendant.

11       _____/

12       DEPONENT:       Ahmed Elzein

13       DATE:           Friday, October 6, 2023

14       TIME:           10:00 a.m.

15       LOCATION:       38701 Seven Mile Road, Suite 130,

16                       Livonia, Michigan 48152

17       REPORTER:       Quentina Rochelle Snowden, RPR,

18                       Certified Shorthand Reporter-5519

19                       and Notary Public

20       VIDEO TECH:     Bailey Wellman

21

22

23

24

25

Page 10

1 Q  Can you please state and spell your full legal name
2     for the record?
3 A  Ahmed, that's A-H-M-E-D, and last name is Elzein,
4     E-L-Z-E-I-N.
5 Q  Have you ever been known by any other legal names?
6 A  No.
7 Q  Your date of birth is November 13th, 1992, correct?
8 A  Yes.
9 Q  And I'm sorry, you're probably going to have to
10    correct me on the pronunciation of this, I apologize
11    in advance, but, my understanding is you were born
12    in Khartoum, Sudan?
13 A  Yes. Khartoum, yeah.
14 Q  Did I pronounce that correctly?
15 A  Yep.
16 Q  Could you spell Khartoum for me?
17 A  Yeah, K-H-A-R-T-O-U-M.
18 Q  And the last four digits of your Social Security
19    number are 5017, correct?
20 A  Yes. Yes.
21        (Deposition Exhibit No. 1 was marked
22    for identification.)
23        MR. WASLAWSKI: The court reporter
24    has marked this as Exhibit 1. Counsel, I will hand
25    you a copy, just bear with me.

Page 11

1 BY MR. WASLAWSKI:
2 Q  Have you seen this document before? And take your
3     time and review it, let me know after you've
4     reviewed it whether you've seen it before.
5 A  I don't think I've seen it, but now I can -- I can
6     read it. It's okay.
7 Q  Pardon? I didn't hear that, Dr. Elzein. What was
8     your answer?
9 A  Yep, I think I've seen it.
10 Q  Okay. So, the document instructs you to bring any
11    and all non-privileged documents which you contend
12    support, or which refute or relate to your claims
13    that have not been previously produced in discovery.
14 A  Okay.
15 Q  Other than the documents that you've previously
16    provided to your lawyer in connection with this
17    litigation, are there any such documents that exist,
18    to your knowledge?
19 A  No.
20 Q  Prior to testifying today, and in preparation for
21    your deposition today, did you review any documents?
22 A  Briefly, yeah.
23 Q  What documents did you review?
24 A  Just overall, like, the -- the discovery documents
25    that we handed over to you guys.

Page 12

1 Q  Do you remember specifically any specific documents?
2 A  Nothing specific. Just -- I was just scrolling over
3     in my Dropbox.
4 Q  Other than your attorney --
5 A  Yes.
6 Q  -- have you spoken with anyone today regarding
7     today's deposition?
8 A  My father.
9 Q  What did you say to your father?
10 A  That I have a deposition today.
11 Q  When did you talk to your father?
12 A  Like, an hour ago.
13 Q  Okay. And he obviously -- strike that.
14        Did he travel with you today to this
15    deposition?
16 A  Yeah.
17 Q  So, he was -- okay.
18        Is there anyone else you spoke to
19    regarding this deposition today?
20 A  No.
21 Q  You currently married?
22 A  No.
23 Q  Have you ever been married before?
24 A  No.
25 Q  I think I know the answer to this, but I will ask

Page 13

1     anyways. Do you have any children?
2 A  No.
3 Q  Similarly, do you have any dependents?
4 A  No.
5 Q  Now, I understand you attended high school in the
6     United States, correct?
7 A  Correct.
8 Q  When did you -- and you were born in Sudan, we've
9     established that.
10        When did you first come to the
11    United States?
12 A  2003.
13 Q  So, you were approximately 11 years old when you
14    came to the United States for the first time?
15 A  Yes.
16 Q  What was the reason you came to the United States?
17 A  We got a green card, and my father moved out here
18    to, like, make a better life for -- for all of us.
19 Q  When you say "We got a green card", who are you
20    referring to?
21 A  Me and my family members.
22 Q  And you eventually obtained citizenship, correct?
23 A  Yes. Yes.
24 Q  When did you obtain citizenship?
25 A  2008.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL                    Job 26223
ELZEIN, AHMED 10/06/2023                                        22..25

Page 22

1    medicine currently?
2 A  No.
3 Q  What is your father's cellphone number?
4 A  I got to pull -- (513) 441-4397.
5 Q  Okay.  And I think I may have asked you this, I'm
6    sorry if we're rehashing this, but, you attended
7    medical school at the University of Khartoum in
8    Sudan, correct?
9 A  Yes.
10 Q  And you attended medical school there from
11    approximately 2009 through 2016, correct?
12 A  Yes.
13 Q  And you graduated from the University of Khartoum,
14    correct?
15 A  Yes.  Yes.
16 Q  And you graduated in 2016, of course?
17 A  Yeah.
18 Q  What degree or degrees did you receive in connection
19    with your graduation?
20 A  It's called, like, an MBBS, which is equivalent to,
21    like, an MD in the United States.
22 Q  Aside from the current lawsuit that you filed
23    against Ascension Genesys, have you ever filed any
24    other lawsuits while living in the United States?
25 A  No.

Page 23

1 Q  Have you ever been subpoenaed as a witness in any
2    other lawsuits?
3 A  No.
4 Q  Have you ever been -- have you ever testified in a
5    court proceeding in any other lawsuits?
6 A  No.
7 Q  Have you ever been arrested?
8 A  No.
9 Q  Have you ever been charged with a crime?
10 A  No.
11 Q  Have you ever filed a claim for Social Security
12    Disability benefits?
13 A  No.
14         MR. WASLAWSKI:  Please mark this as
15    Exhibit 2.  Counsel.
16         (Deposition Exhibit No. 2 was marked
17    for identification.)
18 BY MR. WASLAWSKI:
19 Q  Counsel -- or excuse me, Dr. Elzein, I'd like to --
20    you to take a look at what's been marked as
21    Exhibit 2 in this matter.
22 A  Uh-huh.
23 Q  Please take a look -- sorry.  Please take a moment
24    to review the document, and let me know when you've
25    finished reviewing the document in its entirety,

Page 24

1    okay?
2 A  Okay.  (Reviewing.)  Okay.
3 Q  You reviewed the document in its entirety?
4 A  Yep.
5 Q  You've seen this document before, correct?
6 A  I did.
7 Q  In fact, if we look at the bottom left corner of the
8    first page and the bottom left corner of the second
9    page, you digitally signed this document, under
10    penalty of perjury, on May 12th, 2021 at 12:07 p.m.
11    Eastern time, correct?
12 A  Yes.
13 Q  You carefully reviewed this document before you
14    digitally signed it under penalty of perjury on
15    May 12th, 2021, correct?
16 A  Yep.
17 Q  And when you signed the charge under penalty of
18    perjury, you believed the information in it was
19    accurate, correct?
20 A  Yep.
21 Q  So, do you see, Dr. Elzein, on -- it starts on the
22    first page.  There's a section that says "The
23    particulars are" and then there's a description of
24    the allegations that continues on to the second
25    page.  Do you see the section I'm referring to?

Page 25

1 A  Yeah.
2 Q  Who wrote that?
3 A  The EEOC representative.
4 Q  Based on all of the information that you conveyed to
5    the EEOC representative, correct?
6 A  Through a phone call, yeah.
7 Q  So, if you look at the first page of Exhibit 2, Dr.
8    Elzein, if you look at the middle of the page,
9    there's a box that says "Dates on which the
10    discrimination took place".  Do you see that section
11    of Exhibit 2, Dr. Elzein?  It's in the middle of the
12    page to the -- right side of the page.
13 A  This one right here?
14         MR. WASLAWSKI:  You're -- let the
15    record reflect that Dr. Elzein is pointing to a box
16    that says "Earliest:  July 1st, 2020.  Latest:
17    December 14th, 2020."
18 BY MR. WASLAWSKI:
19 Q  Yes, Dr. Elzein, that's what I'm referring to.
20 A  (Shook head in an affirmative manner.)
21 Q  So, the charge expressly states that it takes action
22    with discriminatory conduct that allegedly occurred
23    during the time periods of July 1st, 2020 through
24    December 14th, 2020, correct?
25 A  Yep.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
62..65

Page 62

1  residents -- some of the white residents are feeling
2  uncomfortable around you.  Some of the white
3  residents are saying you're awkward."
4          And I told her, if -- if -- if --
5  when I sit down and we talk about patients' names
6  and someone makes fun of a name because it's Tatiana
7  or Britiana or something -- or Lakquisha, I find
8  that very upsetting, I get angry, and I look at
9  them, and sometimes I tell them it's not cool, I
10  don't laugh at everybody when -- about -- about --
11  about things like that.  I have an ethnic name, I
12  have mom, I have a black mother, and I -- I would
13  hate anybody to speak about my mom that way.
14          And she -- she said, "You just have
15  to fit along with the people."
16          And fit along -- by fitting along,
17  she -- I did not want to fit along with that type of
18  crowd.  I never wanted to be part of a group of
19  people who would taunt other people because of their
20  race, religion, or anything like that.  And that's
21  when the problems started to appear with Dr.
22  Barbara.  And -- and when I -- whenever I brought
23  pushback and I made complaints to her, she always
24  accused me of being sinister --
25  BY MR. WASLAWSKI:

Page 63

1  Q  Well, I want to -- I had a simple question.
2          MR. LASSER:  Well, what are you --
3  you interrupted him.  He hasn't finished.
4          MR. WASLAWSKI:  No.  I move to
5  strike as non-responsive.
6  BY MR. WASLAWSKI:
7  Q  Dr. Elzein, my question to you --
8          MR. LASSER:  Well, I'm going to
9  place an objection for the record, is that you
10  interrupted his answer.
11          MR. WASLAWSKI:  Objection noted,
12  Counsel.
13  BY MR. WASLAWSKI:
14  Q  Now, my question to you, Dr. Elzein, was with every
15  single instance where she degraded you, right?  So,
16  let's unpack what you've told me so far.
17          Did she tell you that, "I wanted
18  some dirt -- I wanted some foreigner to do my dirty
19  work for me"?
20  A  Never said that in specific, but --
21  Q  I just want to be clear, because a moment ago, that
22  was what you said on the record --
23  A  Right.  I said -- I said during the -- during the
24  interview, I had -- I put in a specific personality,
25  for person that was foreign, a person that's not

Page 64

1  going to speak up, a weak individual.  And she loved
2  that personality about me.  When I came up with my
3  real personality, someone who is American, who is
4  emersed in American culture, who speaks up for --
5  for patients, that's when -- that's when the
6  problems started to arise, when I started to say
7  that -- when I was not laughing with the other
8  residents, when I was not really kissing ass for
9  attending physicians and -- and -- and laugh about a
10  patient because she's obese and it's -- it's her
11  fault to die anyways, or a patient smokes, so if she
12  dies, she died cancer, or if she smokes crack, I
13  should not go in and speak to her in a soft tone and
14  tell her that's not -- it's a problem, please stop
15  it.  No, you should go out there and scream at her
16  as if she's a criminal.  I -- I -- I -- I -- I
17  refused to do all of these things, and this is when
18  the problems started to arise.
19          And whenever I brought my concerns
20  to her about -- about that I -- I rejected all these
21  things and I'm being -- I'm being harassed by my
22  residents because I'm not acting like them, she
23  always dismissed my complaints and always accused me
24  of being kind of crazy or delusional.
25          MR. WASLAWSKI:  Motion to strike as

Page 65

1  non-responsive.  Ms. Snowden, can you read back my
2  question for the record, please?
3          (The indicated portion of the record
4  was read back as follows:
5          "Q  Now, my question to you, Dr.
6  Elzein, was with every single instance where she
7  degraded you, right?  So, let's unpack what you've
8  told me so far.
9          Did she tell you that, "I wanted
10  some dirt -- I wanted some foreigner to do my dirty
11  work for me"?
12          A  Never said that in specific,
13  but --
14          Q  I just want to be clear,
15  because a moment ago, that was what you said on the
16  record --")
17  BY MR. WASLAWSKI:
18  Q  Okay.  Well, my question was, she never told you --
19  just listen to my question carefully.
20          Your counsel will have plenty of
21  time to ask you questions --
22  A  Okay.
23  Q  -- when I'm finished.
24  A  Yeah.
25  Q  So, if there's things I don't ask you --

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
66..69

Page 66

1  A  That's okay.
2  Q  -- he would be in a position to ask you.  So, just
3     listen carefully to my question, and it'll actually
4     speed up --
5  A  Yes.
6  Q  -- how long we'll be here for.
7  A  Okay.
8  Q  Did Dr. Pawlaczyk ever tell you, "I want a foreigner
9     to do my dirty work for me" specifically, in those
10    terms?
11 A  She said, "Aren't you from Sudan?  Aren't you
12    Sudanese?"  A couple of times.  "Are you from Sudan?
13    Did you grow up in a house where there was a -- a
14    crammed up house in Sudan?"  On multiple occasions,
15    so --
16                MR. WASLAWSKI:  Motion to strike as
17    non-responsive.
18 BY MR. WASLAWSKI:
19 Q  This is simply a yes or no question.
20                Did she ever tell you she wanted a
21    foreigner to do her dirty work for you -- for her?
22 A  My -- by -- by what?
23 Q  In those exact words.
24 A  No.
25 Q  Okay.  Now, a few minutes ago, you referenced Dr.

Page 67

1     Pawlaczyk told you that you were making the white
2     residents uncomfortable?
3  A  Yes.
4  Q  Did she specifically say, "You are making the white
5     residents uncomfortable"?
6  A  Yes.
7  Q  Okay.  When did she tell you that?
8  A  Not "White residents".  "You're making the
9     residents" -- all the -- all our residents are
10    white.
11 Q  Okay.  Who is Dr. Reginald Sandy?
12 A  Dr. Reginald Sandy is a physician at the hospital.
13 Q  Okay.  He's black, right?
14 A  Yeah.
15 Q  Yes or no?
16 A  His race?
17 Q  Yes.
18 A  Yeah, he is.
19 Q  Okay.
20 A  Oh, he's not resident.  He's --
21 Q  No, no, no, I -- I understand.  But yeah, we'll
22    clarify for the record.
23                Who is Dr. Reginald Sandy?
24 A  He's an attending physician in the program.
25 Q  At Ascension Genesys?

Page 68

1  A  Yes.
2  Q  And you -- it's your understanding he was previously
3     a resident at Ascension Genesys, true?
4  A  I believe so.  I think so.
5  Q  Okay.
6  A  Yeah, I'm not sure.
7  Q  And he's an African-American --
8  A  Yeah.
9  Q  -- correct?  Okay.
10                And what is the Clinical Competency
11    Committee?  Do you know what that is?
12 A  Clinical Competency Committee --
13 Q  Also known as the CCC?
14 A  I've heard about it, but I'm not sure.
15 Q  You're not sure what the CCC is?
16 A  It's a -- it's a committee of physicians.
17 Q  Yeah.  And what's the role of that committee, as far
18    as you know?
19 A  It's to determine how well you're doing.  I think
20    so.
21 Q  How well you -- "You" being, like, a pronoun for how
22    well residents are doing within the program, true?
23 A  Yes.
24 Q  Okay.  So, they assess the clinical competency of
25    the residents who are members of the Ascension

Page 69

1     Genesys internal medicine residency program, true?
2  A  Yes.
3  Q  Okay.  You would agree with me that you had
4     performance problems as a resident at Ascension
5     Genesys, right?
6  A  No.  I don't agree --
7  Q  You disagree with me?
8  A  Yes.
9  Q  Okay.  So, Dr. Reginald Sandy, did you ever
10    interface with -- you interfaced with him during
11    your time as a resident at the program, true?
12 A  Yeah.
13 Q  And he was an attending physician, so you worked
14    under him at times, true?
15 A  Yes.
16 Q  So, you observed him performing -- providing
17    healthcare services to others, true?
18 A  Yep.
19 Q  And likewise, he would observe you providing
20    healthcare services to individuals, patients, at the
21    hospital under his supervision?
22 A  Yeah.
23 Q  Okay.  Are you accusing him of any unlawful acts in
24    this lawsuit?
25 A  Unlawful?  I don't know about unlawful.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
70..73

Page 70

1 Q  Okay.  Let me -- let me rephrase that just to make
2      sure we're on the same page.
3           Are you accusing him of
4      discriminating against you based on your race?
5 A  Yes.
6 Q  Dr. Sandy, another black individual, discriminated
7      against you, a black individual?
8 A  Yes.
9 Q  Okay.  Does he not like members of his own race?
10 A  Yes, I believe so.
11 Q  What's the basis for your belief?
12 A  His interactions with African-American patients.
13 Q  Okay.  So, you think Dr. Sandy, a black individual,
14      is racist against other black individuals?
15 A  Yes.
16 Q  Okay.  Did he discriminate against you at all?
17 A  Yes.
18 Q  How so?
19 A  How so?  So, discriminate against me specifically --
20      usually, an attending physician when wants to make
21      an evaluation for a resident, he would talk to the
22      resident and then give you the evaluation.  He would
23      speak to the -- the white residents, ask them how
24      comfortable I made them feel during their rotation,
25      and then he'll make a decision how he would evaluate

Page 71

1      me.  If I made them feel comfortable, he would give
2      me a good evaluation.  If I made them feel
3      uncomfortable, he would give me a bad evaluation.
4 Q  Can you speak up, please?  It's fine.  No, you don't
5      need to repeat your answer, just -- just make sure
6      you're speaking up for the record.
7 A  Yeah, I am.  Yep.
8 Q  So, you think -- did he say that to you?
9 A  Dr. Barbara said that to me.
10 Q  So, Dr. Barbara relayed something that Dr. Sandy
11      allegedly said?
12 A  Yeah.
13 Q  Okay.  And we talked about Dr. Yarlagadda earlier,
14      correct?
15 A  Yes.
16 Q  Okay.  And she was also a member of the Clinical
17      Competency Committee, true?
18 A  Yes.
19 Q  And so was Dr. Sandy, true?
20 A  Yes.
21 Q  And a moment ago, you said you believe -- and you
22      just described it to me, we don't need to rehash it,
23      but, you believed to me that Dr. Sandy discriminated
24      against you?
25 A  Yeah.  I mean, not as much as Dr. Barbara, but I

Page 72

1      think he did.
2 Q  Okay.  On what basis?  Like, your race, your
3      national origin, your gender?
4 A  Race.
5 Q  Okay.  Just your race?
6 A  Yes.
7 Q  Okay.  Did he ever say anything racist to you?
8 A  Did he say anything racist?
9 Q  Yeah.
10 A  I mean, there was someone that said this sputum
11      culture is, like, a black culture and he laughed at
12      it, so --
13 Q  Could you repeat that?  You spoke very fast.
14 A  Oh, yeah.  He said -- there's a white resident that
15      said, "I'm going to send a sputum culture" -- a
16      sputum culture is something we send out of the nose
17      or the sputum that comes out of your nose.  He said,
18      "I'm going to spend it -- send a sputum culture,
19      because it's just like black culture", referring to
20      the black cultural heritage, and he laughed at it,
21      thought that was --
22 Q  I don't understand.  What do you mean, like,
23      something --
24 A  So, sputum culture is -- usually, when you want to
25      spend a sputum culture, you -- you bring the -- the

Page 73

1      sputum out of the noes of a person, and then you
2      send it to -- like, for analysis.  And then, he
3      said, "Because it's just like black culture",
4      relaying that black culture is like -- is like a
5      spit or like a sputum out of the nose of someone.
6 Q  Okay.  Who said that?
7 A  Brandon -- Brandon Wiggins.
8 Q  Dr. Sandy was a member of the Clinical Competency
9      Committee as far as you knew, true?
10 A  As far as I know, yeah.
11 Q  Okay.  Dr. Yarlagadda is also from a foreign
12      country, true?
13 A  I believe so, yep.
14 Q  Okay.  And like you, she completed medical school in
15      a different country, true?
16 A  Uh-huh.
17 Q  Okay.  Are you accusing her of discriminating
18      against you at all?
19 A  Everybody discriminated, but I'm going to say the
20      least out of all of them.
21 Q  Everyone discriminated against you?
22 A  From the Clinical Competency, I would say the most,
23      Dr. Kopek and Dr. Barbara.  These are the -- the
24      leaders of the committee, and this is what everybody
25      listens to.  All the other attendings have to listen

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
90..93

Page 90

1  Q  Dr. Elzein, I want you to take a look at what's been
2     marked as Exhibit 8 and let me know when you've
3     reviewed it.
4  A  Uh-huh.  (Reviewing.)
5  Q  Actually, Dr. Elzein, you know what, let's set this
6     aside --
7  A  Uh-huh.
8  Q  -- and we'll come back to it, because I believe
9     there is actually a page missing.  So, we'll come
10    back to this really quick.
11           MR. WASLAWSKI:  Actually, can we
12    take a break real quick?  Is now -- now a good time?
13           THE WITNESS:  Sure.  Sure.
14           VIDEO TECHNICIAN:  Off the record at
15    12:27 p.m.
16           (Off the record at 12:27 p.m.)
17           (Back on the record at 12:44 p.m.)
18           VIDEO TECHNICIAN:  We are back on
19    the record at 12:44 p.m.
20  BY MR. LASSER:
21  Q  All right, Dr. Elzein.  As the videographer just
22    stated, we are back on the record.  I will represent
23    to you during the record, there was a page missing
24    from Exhibit 8, which we've since corrected.  You'll
25    see that it bears the Bates -- there's two sets of

Page 91

1     Bates numbers on this, actually.  There's one set in
2     red that says "AGH Elzein 000091", is the first
3     page, and the second page is AGH Elzein 000092.  And
4     also, in small font in black, it says "PLT RFP DS
5     00203", the second page is 00204.
6            Do you see those documents in front
7     of you?
8  A  00204.  This one?
9  Q  So, you're pointing, for the record, to Exhibit 8.
10  A  Yes.
11  Q  I'm referencing the numbers that I'm pointing to
12    that say "PLT RFP DS 00203", that's the first page
13    of Exhibit 8.  The second page has the same prefix
14    and says "00204".
15  A  Yes.
16  Q  Do you see those numbers that I'm pointing to right
17    now?
18  A  Yes.  Yes.
19  Q  Okay.  That's Exhibit 8.
20  A  Okay.
21  Q  So, a few minutes ago -- I -- correct me if I'm
22    wrong.  You disputed being informed in writing on or
23    about October 12th, 2020 that the CCC evaluated you
24    as needing improvement.
25  A  Uh-huh.

Page 92

1  Q  Did you testify to that a few minutes ago?
2  A  Yes.
3  Q  Okay.
4  A  Yes.
5  Q  Take a look at the second page of this document.
6            Do you see where it says "CCC
7     Evaluation", it says "Needs improvement"?
8  A  Yes.
9  Q  Okay.  And it's marked "Needs improvement", correct?
10  A  Yes.
11  Q  Okay.  Is that your signature at the bottom of the
12    page where it says "Resident signature"?
13  A  Yes.
14  Q  So, you don't dispute signing this document?
15  A  I probably did, if it's my -- it's my signature.
16  Q  Yeah.  In other words, you have no reason to believe
17    anyone forged your signature?
18  A  No.  No.  No.
19  Q  Okay.  And did you review this document before you
20    signed it?
21  A  Possibly -- probably, yeah.  I probably did.
22  Q  Because you usually review things before you sign
23    them, I presume?
24  A  Yeah.
25  Q  Okay.  So, you agree with me that, as of at least

Page 93

1     October 12th, 2020, agents of Ascension Genesys
2     Hospital, including other members of your own race,
3     that being Dr. Reginald Sandy, a member of the CCC,
4     felt that you were not performing up to the
5     standards of your residency at which were expected
6     of you in the fall of 2020?
7  A  Yes.
8  Q  Okay.  Now, you can set that aside, Dr. Elzein.
9     I'll take that and hand it to the court reporter so
10    we don't lose it.
11  A  Yep.
12  Q  At some point during the morning of November 11th,
13    2020, it's true that you made a report to security
14    that an unfamiliar person wearing a physician's coat
15    entered the resident lounge and placed an unseen
16    item into a locker; is that true?
17  A  Yes.
18  Q  Okay.  Do you know who you reported to -- that to
19    within security?
20  A  Not the name.  I know of security personnel, but I'm
21    not sure --
22  Q  Okay.  Do you know if she was a male or female?  I'm
23    sorry, do you know if this person was a male or a
24    female?  Sorry about that.
25  A  On the phone or, like, the one that showed up?

Page 94

1  Q  Well, yeah, that's a good question.  Let me step
2     back.
3            How did you report?
4  A  By the phone.
5  Q  Okay.  What did you say on the phone?
6  A  I said that there's an individual who's not part of
7     our program.  So -- who's not part of our program
8     and just entered the locker.  I've never seen this
9     individual before.  He's not familiar -- he's not a
10    familiar face to me.  And he placed an unknown
11    object into the locker.
12 Q  Okay.  Did you say anything else on the phone?
13 A  That's it.
14 Q  Did the person in security say anything back to you?
15 A  He said, "Thank you for informing us and we'll check
16    it out."
17 Q  And that was the end of the phone call, I take it?
18 A  Yes.
19 Q  How long would you reasonably estimate that -- or if
20    you know, how long was that phone call?
21 A  It was a very -- a couple of minutes.
22 Q  Couple of minutes?
23 A  Yeah.
24 Q  Okay.  Did you say anything else during the phone
25    call?

Page 95

1  A  No.
2  Q  Okay.  What happened next?
3  A  The security personnel arrived and they checked out
4     the locker.
5  Q  Can I stop you real quick just so I can do this item
6     by item to make sure I don't miss anything?
7  A  Yes.
8  Q  How many security personnel responded?
9  A  I think it was one or two, to the best of my belief.
10    One or two security officers.
11 Q  So, potentially more than one, but you don't
12    remember as you sit here today?
13 A  Yeah.  Yeah, yeah, yeah.  I think it was one or two.
14    One or two.
15 Q  Okay.
16 A  Yeah.
17 Q  Do you remember what either of these persons looked
18    like?
19 A  Yeah, I -- I remember what they looked like.
20 Q  Can you describe them to me, like, their height --
21 A  I know they --
22 Q  -- race, gender?
23 A  They were white -- they were Caucasian male.
24    Height, about, like -- I don't know, my -- my
25    height.

Page 96

1  Q  Okay.  And you're, like, what, 6'1", 6'2"?
2  A  Yeah, yeah, like 5'11", something like that.
3  Q  Okay.  Now, I know you might dispute the nature of
4     your behavior, but, are you aware that on the same
5     day -- and I'm referring to November 11th, 2020 --
6  A  Uh-huh.
7  Q  -- that multiple other residents reported to Dr.
8     Pawlaczyk that you were exhibiting strange behavior?
9  A  I'm not aware of that.
10 Q  Okay.  So, you're not aware of it.  So, you don't
11    have any reason to believe it's untrue or true --
12 A  Yeah.
13 Q  -- as such reports were made?
14 A  I'm not true -- I'm not sure, yeah.
15 Q  Okay.  So, what time of day did the locker -- and
16    let me back up.
17           When security personnel reported to
18    the residents' lounge --
19 A  Yes.
20 Q  -- what time of day was that, approximately?
21 A  Around 9.
22 Q  A.m.?
23 A  Yes.
24 Q  And I believe you testified a moment ago -- but
25    correct me if I'm wrong -- that they checked out the

Page 97

1     residents' lounge, there was no issue --
2  A  Yes.
3  Q  -- that they found, and then they left?
4  A  Yes.
5  Q  Okay.  What happened next, that you remember, during
6     that day of November 11th, 2020?
7  A  I don't remember.  Next, I continued to --
8  Q  Let me stop you real quick.  Make sure you speak up
9     for the record.
10 A  Yes.
11 Q  The court reporter has been having problems hearing
12    you.
13 A  Oh, I'm sorry.
14 Q  And although you're mic'ed up on the video, I'm not
15    concerned about that --
16 A  Yes.
17 Q  -- I just want to make sure she's getting the
18    transcript.
19 A  Oh, yeah, yeah.
20 Q  It's okay, I think you're just naturally a quiet
21    person.
22 A  I am, yeah.  I'm sorry.
23 Q  It's -- no.  You don't need to be sorry, it's
24    totally fine.  But continue with your answer.
25 A  I was -- I continued to work on my computer on a

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
98..101

Page 98

1   lecture, patient notes, I was working some patient
2   notes.  And then, I remember being called to talk to
3   Natalia, the senior resident year -- second year.
4 Q   What's Natalia's last name?
5 A   Baj-Osiewicz.
6 Q   Okay.  We can figure out the spelling later.  Do you
7     know the spelling, offhand, of that, though?
8 A   It's B-A-J-something -- B-A-J, then dash,
9     O-S-W-E-I-C-K (sic).
10          MR. WASLAWSKI:  Okay.  Ms. Snowden,
11     let's check on -- I'll check on the spelling with
12     that later.
13 BY MR. WASLAWSKI:
14 Q   So, you were called to speak with -- I'll just call
15     her Dr. Natalia, is that okay?
16 A   Yeah.
17 Q   Because her name is -- I'm not sure I can pronounce
18     it, frankly.
19 A   Yeah.
20 Q   So, you spoke to Dr. Natalia.  Who -- how were you
21     called to speak with her?  Like, were you paged --
22 A   No.  She knocked on the door and came to the room.
23 Q   Okay.
24 A   Yeah.
25 Q   So, she -- she came to your room?

Page 99

1 A   Yes.
2 Q   And do you know what time of day that was,
3     approximately?
4 A   A couple of hours after the phone call.
5 Q   So, a couple hours after 9:00 a.m., so that puts us
6     in, like, the late morning of November 11th --
7 A   Yeah, yeah.
8 Q   -- 2020, approximately?
9 A   Yeah.  Approximately.
10 Q   And if you don't know, just let me know.
11 A   Yeah, yeah, yeah.
12 Q   It's okay.  I'm not trying to, like -- you know,
13     this is not a test.  I'm just --
14 A   Yeah.
15 Q   -- going off your recollection.
16          What did she say to you when she
17     entered the room?
18 A   She said, "Why did you call security?"
19 Q   Okay.  And how did you respond?
20 A   I responded by -- I told her that "You know how we
21     have an intern -- intern lounge?  It's only ten
22     interns that are allowed to be in that lounge."
23          And I remember how the chief
24     resident told us that "If -- if someone who's not an
25     intern uses one of these lockers, you inform me.

Page 100

1   These lockers are for you only, the ten interns.  If
2   there's something -- if -- if you feel like there's
3   a senior or someone coming in and using your
4   lockers, please inform me."
5          And I told her that I felt
6   uncomfortable by this individual, who was not one of
7   our interns, that came and used our room and put
8   something into the locker, and I -- I informed
9   security about that.
10 Q   Okay.  And when you say "Interns", you're referring
11     to, like -- in other words --
12 A   First years.
13 Q   -- residents?
14 A   First-year residents.
15 Q   Oh, first-year residents?
16 A   Yeah.
17 Q   I'm sorry, you -- you did say that earlier.
18 A   Yeah.
19 Q   So, you said that she asked you why you called
20     security, you gave her that explanation?
21 A   Yes.
22 Q   What happened next in your conversation?
23 A   And then, she said, "Are you -- are you suffering
24     from PTSD?  Do you have PTSD?"  Or something like
25     that.  And I said no.

Page 101

1          And then, she said -- so, when she
2   said -- and then, she -- I remember somewhere in
3   there, she was talking about "So, how are you, like,
4   doing overall?  How are you doing?"  Something like
5   that.
6          And I told her, "Frankly, honestly,
7   I'm not feeling very comfortable lately.  The past
8   few weeks have been not the greatest.  I don't know
9   what I did -- if I did something wrong or something,
10   but, the other day when I was praying, someone -- a
11   resident sat right next to me when there was two
12   other fellow residents and told me, Why don't you
13   just leave and get out of here and go back to where
14   you came from?"
15          And I told her that made me feel
16   upset that day.  And I told her "The other day, a
17   female white Caucasian resident told -- said that my
18   nigger hurts.  Instead of saying My neck hurts, they
19   said My nigger hurts."
20          And that -- that made me feel very
21   upset.  And I felt like -- I felt like the overall
22   environment is -- is -- I feel like I'm being
23   singled out, I'm -- I'm being harassed, and I'm not
24   sure if there's something I did wrong, if there's
25   something I can fix about my -- if -- if there's

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL                                Job 26223
ELZEIN, AHMED 10/06/2023                                                  102..105

Page 102

1  something I did wrong that upset these residents,
2  or -- or -- or I'm doing something that's out of
3  order, if something -- there is something I can fix.
4          And she -- she just said -- I don't
5  know. She just said, like, "Ahh." I didn't get any
6  positive response to that.
7  Q  When you said the go back where you came from,
8     that's the incident we talked about briefly earlier
9     during your deposition, correct?
10 A  Yes.
11 Q  Okay. So, there weren't two incidents where you
12    were told to go back to where you came from on
13    multiple occasions --
14 A  No.
15 Q  -- it was the one incident you referenced earlier
16    that you then reported to Dr. Natalia during your
17    conversation with her on November 11th, 2020?
18 A  Yes.
19 Q  Okay. So, you tell her you're not feeling well, you
20    said that a white -- you reported to Dr. Natalia
21    that -- and I'm not going to use the word. You --
22    you're -- you can certainly use it, but I'm just not
23    comfortable.
24          Someone said, "My N-word hurts"?
25 A  Yeah.

Page 103

1  Q  And then, you also reported to her about the comment
2     that was made to you about going back to your
3     country?
4  A  Yes.
5  Q  Okay. So, what happened next?
6  A  She didn't say anything. She said, "Oh, wow.
7     Really?"
8          Like, as if you're talking to a
9     child. Like, you're -- you're making something up
10    -- like -- it felt like -- like I was -- I was,
11    like, a child, like, she was like, "Oh, wow.
12    Really?"
13          She said that "Oh, here in this
14    hospital?"
15          And I'm just like, "Yes."
16          And she's like, "Okay, sure.
17    Whatever. I'll -- I -- I got to go. I got to get
18    out the room", or something, "I got to go."
19          And that was the end of the
20    conversation.
21 Q  How long would you estimate that conversation took?
22 A  A couple -- couple of minutes. Like, three,
23    four minutes.
24 Q  It was only three, four minutes?
25 A  I mean, it was -- it was a -- that's when I opened

Page 104

1  up -- I'm not sure how long it took. Like, a couple
2  of minutes.
3  Q  Less than 10 minutes?
4  A  Definitely -- definitely less than ten minutes.
5  Q  Okay. What happened next that you recall?
6  A  I think she said --
7  Q  Hold on, who -- we just --
8  A  Oh, Natalia.
9  Q  Okay.
10 A  Yes.
11 Q  So, start -- so Natalia -- Dr. Natalia leaves.
12 A  Yes.
13 Q  What happens next?
14 A  So, I get out of that room. So, there's two
15    lounges; there's a resident lounge for second and
16    third years, and there's a lounge for the first-year
17    intern lounge, but I stayed at the second and third
18    resident lounge, and I started working on my
19    computer on some patient notes. And after that,
20    Natalia told me that she spoke to the program
21    director and the program director wants to speak to
22    me on the phone.
23 Q  Okay. So, I think you might have skipped over some
24    things, but I think I can gather what you skipped
25    over.

Page 105

1          At some point, Dr. Natalia -- where
2     you left off a minute ago -- left?
3  A  Uh-huh.
4  Q  And then, she came back?
5  A  She never -- she didn't -- so --
6  Q  Because you -- you just testified you communicated
7     with her following your -- your little meeting with
8     her when you were in the second --
9  A  Yeah. So -- so -- so, we -- we have a lounge, like
10    I said.
11 Q  Okay.
12 A  It's, like, a big lounge, and then it has rooms
13    inside of it. So, we were -- we were in a private
14    room when we were speaking, me and Natalia. So,
15    like, this type of room. And then, there's a lounge
16    where everybody sits, like -- like this hallway, for
17    example.
18          I went out to the hallway. We both
19    left the room. And then, there's another private
20    room. So, there's two -- two private rooms.
21    There's, like, two private rooms inside of the
22    lounge people where people work at, like, on the
23    computer. And then, that one, there's -- that's,
24    like -- it has a bed for, like, night flow.
25          So she left, and I was in the

Page 106

1  resident lounge, and she told me that -- she went
2  into the other room to talk on the phone.  And she
3  told me that Dr. Pawlaczyk, the program director,
4  wants to speak to me on the phone.
5  Q   Yeah.  I'm just confused.  How did -- does she
6      return to you, or did she call you, because --
7  A   Yeah, she returned to the -- like, the resident
8      lounge.
9  Q   Okay.
10 A   Yeah.  Yeah.
11 Q   So, she leaves, then returns -- you leave, you go to
12     a new lounge, she --
13 A   The same lounge, yeah.
14 Q   The same lounge, and then she returns?
15 A   Yes.
16 Q   And says, "Dr. Pawlaczyk wants to speak with you"?
17 A   Yes.
18 Q   I have that right?
19 A   Yes.
20 Q   Okay.  What happened next?
21 A   So, I picked up the phone and I say, "Hello."
22         She said, "Hello."  She said --
23 Q   Hold on.  She -- you got -- I just -- the pronouns
24     is going to be confusing for the record.
25         You pick up the phone and you were

Page 107

1      speaking to Dr. Pawlaczyk?
2  A   Yes.
3  Q   Okay.  I'm sorry.  I just want a clear record.  I
4      don't mean to be rude or --
5  A   No, no, no, that's fine.
6          I said "Hello."
7          She said, "Ahmed, what's going on?"
8          And I said, "Nothing."  I just said
9      -- I told her that I was -- I was telling Natalia
10     about how I was being harassed and I was being
11     singled out by the residents, and if there's
12     something about my personality or just something I
13     did wrong to anybody that I can fix, and I'm not
14     sure why I'm being -- I'm being told these very,
15     like, bad things about my -- my race, my -- my
16     culture, all of that stuff.  And --
17 Q   Can I stop you real quick, just to make sure I
18     understand what you're saying?
19 A   Yes.
20 Q   When you said to Dr. Pawlaczyk, "I'm being
21     harassed" --
22 A   Yes.
23 Q   -- did you describe the same two incidents that you
24     identified to Dr. Natalia?
25 A   Yes.

Page 108

1  Q   Okay.
2  A   Yes.
3  Q   And just to be very clear so we have a clear record,
4      was there anything else you specifically cited,
5      aside from the "My N-word hurts" --
6  A   Uh-huh.
7  Q   -- and number two, "Go back to where you came
8      from" --
9  A   Yes.
10 Q   -- at that time?
11         What else did you specifically tell
12     Dr. Pawlaczyk that you recall?
13 A   I can't recall saying anything else.  I was just
14     being -- I said I was being singled out and being
15     harassed --
16 Q   Okay.
17 A   -- and I feel uncomfortable.
18 Q   So, let me -- let me -- unpack this to make sure --
19 A   Yes.
20 Q   -- I'm understanding you right.
21 A   Yes.
22 Q   You generally complained that you're being harassed
23     and singled out?
24 A   Yes.
25 Q   You generally say that --

Page 109

1  A   Yes.
2  Q   -- like, "I'm being harassed, I'm being singled
3      out"?
4  A   Yes.
5  Q   But then, you specifically asserted that a white
6      female resident says, "My N-word hurts", except she
7      used the actual word?
8  A   Yeah.
9  Q   And then, you also said, "Another resident told me
10     to go back where I came from"?
11 A   Yes.
12 Q   So, you -- we have a general complaint --
13 A   Yes.
14 Q   -- a specific complaint number one --
15 A   Yes.
16 Q   -- and a specific complaint number two --
17 A   Yeah.
18 Q   -- for three complaints you made to Dr. Pawlaczyk?
19 A   Generally -- generally, yeah.  Yes.
20 Q   Is there anything else you specifically recall, as
21     you sit here today, that you complained about
22     specifically to Dr. Pawlaczyk on the phone on
23     November 11th of 2020?
24 A   I can't recall, to the best of my knowledge.
25 Q   Is there anything you believe that could refresh

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL                    Job 26223
ELZEIN, AHMED 10/06/2023                                      118..121

Page 118

1  ultimately, as part of your continuing medical
2  education as a resident, you're going to be put into
3  difficult situations in which you are expected to
4  provide patient -- a high level of patient care in
5  stressful situations; is that accurate?
6  A  Yeah.
7  Q  And Dr. Dolehanty was trying to train you for those
8     situations during that incident, correct?
9  A  Possibly, yeah.
10 Q  So, have we fully discussed the circumstances, from
11    start to finish, of the November 10th, 2020
12    interactions between you and Dr. Dolehanty --
13 A  Yes.
14 Q  -- regarding -- regarding the combative and
15    psychotic patient?
16 A  Yeah.
17 Q  Okay.  There's nothing else that happened?
18 A  No.
19 Q  Okay.  So, let's go back to November 11th now --
20 A  Yeah.
21 Q  -- fast forward back to where we left off.
22 A  Yes.
23 Q  You had a phone -- following your -- your meeting
24    with Dr. Natalia in which you complained about a
25    person saying, "My N-word hurts" and "Go back to

Page 119

1  where you came from", you then spoke to Dr.
2  Pawlaczyk via phone?
3  A  Yes.
4  Q  And during that phone call, you generally complained
5     that you were harassed and discriminated against?
6  A  Yes.
7  Q  And you repeated the two complaints you made to Dr.
8     Natalia; one being "My N-word hurts" by a white
9     female resident, as well as to go back to where you
10    came from?
11 A  Yes.
12 Q  And then, you also relayed the November 10th,
13    2020 --
14 A  She -- she's the one who relayed that part.
15 Q  Oh, she brought that up?
16 A  Yes.
17 Q  Okay.  Well, tell me what she said about it.
18 A  So, she said -- first, she was kind of upset and
19    angry.  She's like, "Why did you not see that
20    patient yesterday?"
21        And -- and it was more, like, why
22    did you -- accuse -- accusing me of kind of, like,
23    being too careful or something.  She's like, "Why --
24    why did you just suddenly decide not to see that
25    patient?"

Page 120

1        And I said -- I gave her my reasons,
2  but she was not very -- she didn't take that very
3  well.  And then, it turned into, "Why did you call
4  security?"
5        I felt like I was being accused of
6  things at that time.
7  Q  Okay.  So, you made the -- sorry, I -- I was
8     confused.
9        You made the three complaints to her
10    at that point in time?
11 A  Yes.
12 Q  And then, she -- you weren't complaining about the
13    November 10th, 2020 --
14 A  No.
15 Q  -- Dr. Dolehanty, that's just something she brought
16    up to you?
17 A  Yes.
18 Q  Okay.  Let's go back to Exhibit 2, please, Doctor.
19    I'm going to hand it to you.  This is the -- I have
20    it.  I will take that exhibit, though, so it doesn't
21    get lost in the shuffle, so to speak.
22 A  Yes.
23 Q  So, if you could turn to the first page of
24    Exhibit 2.  If you look, it's actually
25    highlighted --

Page 121

1  A  Uh-huh.
2  Q  -- the sentence I want to refer you to.
3        This says, "On November 11th, 2020,
4  I complained to the program director of internal
5  medicine that I was being subjected to racial
6  comments and not being taken serious."
7  A  Yes.
8  Q  Do you see where it says that?
9  A  Yep.
10 Q  We just talked about that, right?
11 A  Yeah.
12 Q  We've covered what you complained to her about on
13    November 11th of 2020, true?
14 A  Most -- most stuff, I can't remember.  The things
15    that I remember, yeah.
16 Q  Everything you can remember --
17 A  Yeah.
18 Q  -- we -- we -- you testified to at this point,
19    right?
20 A  Yeah, yeah, yeah.
21 Q  Okay.  Is that the first -- that's the first time,
22    according to your charge of discrimination, you
23    complained to the program manager, that being --
24    sorry, program director Dr. Pawlaczyk, correct?
25 A  No.  I complained to her previously.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
126..129

Page 126

1   discrimination?
2 A   Yes.
3 Q   Your October 4th or October 5th, whatever date it
4     was, was more of a generalized complaint of being
5     excluded?
6 A   Yes.
7 Q   Okay.
8 A   Yes.
9 Q   Did you say anything else, during that October 4th
10    or October 5th meeting with Dr. Pawlaczyk, regarding
11    your complaint?
12 A   Nothing specific.  I was too scared to do that.
13 Q   And what did she say in response to your complaint
14    on October 5th or October -- sorry, strike that --
15    October 4th or October 5th?
16 A   She brushed it off, left the room.
17 Q   Okay.  She just walked out silently?
18 A   Yeah.  Dr. Yarlagadda sat down and she said -- I
19    don't know, she just -- she just said "Okay."  And
20    she just left the room.
21 Q   Okay.  So, just to be clear, the big day -- the big
22    day in terms of complaint, specific instances of
23    discriminatory conduct, was November 11th of 2020?
24 A   Yes.
25 Q   Okay.  So, staying with the -- let me back up.

Page 127

1          This conversation you're having with
2     Dr. Pawlaczyk on November 11th of 2020 --
3 A   Uh-huh.
4 Q   -- in which you complained to her about the racial
5     comments we just discussed --
6 A   Uh-huh.
7 Q   -- do you have any recordings of that meeting?
8 A   No.
9 Q   Okay.  Other than what you've provided to your
10    attorney, do you have any notes or, like, diary
11    entries regarding that meeting, whether in
12    electronic or hard copy format?
13 A   No.
14 Q   Okay.  So, as far as you can remember, you give --
15    and I think you complained of -- you make the racial
16    comments complaint to Dr. Pawlaczyk on
17    November 11th, 2020.  What does she say in response,
18    if anything?
19 A   She said, "I think you need to take to the -- the
20    next day off.  I need to -- I think you need to take
21    the next day off" --
22          MR. LASSER:  I'm sorry, what's that?
23          THE WITNESS:  "I think you need to
24    take the next day off.  Don't come to work
25    tomorrow."

Page 128

1 BY MR. WASLAWSKI:
2 Q   What did you say in response?
3 A   I said, "Okay, if that's what you want me to do."
4 Q   And you said "Okay"?
5 A   Yep.
6 Q   Then, what happened next?
7 A   She said, "I also want you to talk to the
8     psychologist at the hospital."
9 Q   Did she identify a psychologist by name?
10 A   She -- she said -- she didn't.  She did not, at that
11    point.
12 Q   How many psychologists were there that you're aware
13    of?
14 A   I know one.  I know one.
15 Q   Okay.  Is this the psychologist she was referring
16    to, as far as you can gather?
17 A   I think so.
18 Q   What's his name?
19 A   Kirkpatrick.
20 Q   Kirkpatrick?
21 A   Her -- her name, Kirkpatrick.
22 Q   So, she says I think -- "She" being Dr. Pawlaczyk
23    says, "I think you need to see the psychologist"?
24 A   Yep.
25 Q   What happened next?

Page 129

1 A   The -- Dr. Kirkpatrick, she texted me on the -- my
2     phone.  She said that Dr. Barbara asked her to speak
3     to me, and -- and she would be giving me a call, and
4     I said "Okay."  I agreed.
5 Q   Okay.  So, you agreed to meet with the psychologist?
6 A   On phone, yeah.
7 Q   On the phone?
8 A   Yeah.
9 Q   Okay.  So, did you talk to -- what happened next?
10 A   At that point, I said I needed -- I needed, like, a
11    couple of minutes to -- to give her a call back.
12    And I was just trying to process everything that I
13    -- I just came in with a complaint of racial
14    harassment and now I'm thinking I'm being portrayed
15    as psychotic or psychiatrist -- psychologically
16    abnormal.  So, I kind of, like -- I'm trying to
17    process -- I was trying to process what was going
18    on.  And I told -- I told the senior -- the chief
19    resident, "I'm going to go to my car just to listen
20    to some music and just take a breath -- breath of
21    fresh air."
22 Q   Sorry, who is the chief resident?
23 A   Dr. Ashok (ph).
24 Q   Ashok?
25 A   Yeah.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
130..133

Page 130

1 Q  Okay.  So, you tell -- where was Dr. Ashok in all of
2     this?  And did you walk somewhere else and tell him
3     that?
4 A  No.  He was in the lounge.
5 Q  He was in the lounge?  Okay.
6 A  Yeah.  Yep.
7 Q  Okay.  So, what happened; did you go to your car?
8 A  Yeah.
9 Q  And what happened next?
10 A  I sat in my car.  I was charging my phone, just
11    listening to some music and just, like, relaxing.
12    And then, two residents came to my car.
13 Q  Who were they?
14 A  One was by the name of Laura, Laura Gindy (ph), and
15    the other was Kanksha Peddi.
16 Q  Okay.  What happened when they approached your car?
17 A  I rolled down my window and I said "Hi."
18          They said, "What are you doing?  Are
19    you going home or something?"
20          And I said -- I was like, "No, I'm
21    just -- just taking -- taking a break, taking a
22    breath of fresh air."
23          And they said, "Hey, come inside
24    with us.  Let's go get something to eat."
25          Then, I was like, "Okay."

Page 131

1          And I left my car, and I -- I
2    followed them to -- to go into the hospital.  And
3    then, that's where I meet Natalia at the front --
4    the front of the hospital at the gate, almost at the
5    front of the door, and she said also the same thing,
6    "Where did you think you were going?"
7          And I was like, "I was just going to
8    sit in my car."
9          And she's like, "Yes.  Let's go back
10   inside into the hospital."
11         I was like, "Okay.  Let's go."
12         And I went to -- they said, "Do you
13   want to get -- let's get something to eat."
14         And I was like, "Okay, I'll go get
15   something, like a smoothie or something."
16         And I was standing to get a
17   smoothie.  It was me, her, and the three of them.
18   And while we were waiting to get my smoothie, Dr.
19   Barbara came, like, she arrived.  I don't -- I don't
20   know if she was there or what she was -- she came to
21   the cafeteria.
22         And then, that's when, slowly, the
23   -- Kanksha and Laura, who came to me originally at
24   the car, left.  The -- they left and went upstairs.
25   She made me feel a little bit, like, weird, because

Page 132

1    they said, "Let's go eat together" and I was like,
2    okay, why are they -- why are they leaving right
3    now?
4          But they left and it was just me,
5    Dr. Barbara, and -- and Natalia.
6 Q  Okay.
7 A  And I got my smoothie, and she said, "Let's sit down
8    at the" --
9 Q  Who is "She"?
10 A  I -- I -- I got my smoothie from the -- from the --
11   from the -- from, like, the -- from the cafeteria.
12 Q  Okay.
13 A  And Dr. Barbara said, "Let's sit down and talk for a
14   little bit."
15         Which I said, "Okay."
16         And -- at a table.  And while we're
17   sitting down and talking -- oh, I -- I -- this is a
18   -- there's a part I have to -- when I was talking to
19   Natalia earlier in the room, I told her that I have
20   a -- I have a video recording of some of the
21   harassment that I -- I received during -- when I was
22   at the hospital.  And I think that made everybody
23   feel very scared or something.
24         And I -- I'm not sure, but when we
25   were sitting down, it was me, Dr. Barbara, and

Page 133

1    Natalia --
2 Q  Okay.  Can I stop you real quick?  We're going to
3    revisit this.  It's just a long explanation.
4 A  Yes.
5 Q  So, we'll -- just to be clear for the record, you
6    sat down with them, that's where we're leaving off?
7 A  Yes.
8 Q  Did you retain a copy of that recording that you
9    told Dr. Natalia about?
10 A  I don't have it.  I was just trying to say that
11   because no one was taking me seriously.
12 Q  Oh, so you didn't have a recording --
13 A  Yeah.
14 Q  -- you just said that?
15 A  I just said that, because I wanted Natalia to -- and
16   Dr. Barbara to -- to actually believe my story.
17 Q  Okay.  So, that was untrue, though?
18 A  It was untrue.
19 Q  Okay.  Now, you mentioned to me -- it was a moment
20   ago -- a few minutes ago during your testimony, the
21   two residents who went out to your car --
22 A  Yeah.
23 Q  -- I think Laura was one of them?
24 A  And Kanksha.
25 Q  And Kanksha; did I say that correctly?

Page 134

1  A  Yeah.
2  Q  Okay.  Were they first-year residents as well?
3  A  Yes.
4  Q  And Kanksha, like you, is a foreign national, true?
5  A  Yes.
6  Q  Okay.  Were you friends with them?
7  A  I was really -- I -- just professional.
8     Professionally workmates, I guess.
9  Q  You got along with them?
10 A  Kind of, yeah.  I mean, I was -- I was being singled
11    out a lot by the program at the end of my period
12    down there, so not a lot of people were allowed to
13    hang out with me.  I would say that.
14 Q  Well, who didn't allow them to hang out with you?
15 A  The chief resident.  The chief resident.  The chief
16    resident wouldn't -- like, they -- they didn't allow
17    everybody to -- to hang out.
18 Q  The chief resident implemented some sort of rule
19    prohibiting --
20 A  Yeah, I mean, if -- if you --
21 Q  Hold on.  Let me finish my question.
22 A  Absolutely, yeah.
23 Q  How did the chief resident prohibit other first-year
24    residents from hanging out with you?
25 A  Basically by me not being in the rotations, by me

Page 135

1     not being in the same rotations that the other
2     interns were on.  Like, when Dr. Barbara implemented
3     that plan she had, or the remediation plan that it
4     was never sent to my e-mail, it -- it singled me
5     out.  I was always in the clinic while all the
6     interns were at the hospital.  So, we didn't really
7     have a relationship.
8  Q  Okay.  So, as part of your remediation plan when
9     your -- when your schedule was shifted for a
10    ten-week period --
11 A  Yeah.
12 Q  -- you're saying your interaction with the residents
13    were less frequent --
14 A  Very -- very --
15 Q  -- than they were previously?
16 A  Yes.
17 Q  But there wasn't any sort of rule saying, hey,
18    first-year residents, you're not allowed to hang out
19    with Dr. Elzein?
20 A  No, no.  No, no, no.
21 Q  Okay.  I just want to make sure we --
22 A  No.
23 Q  -- have that clear for the record.
24 A  No.  No.  No.
25 Q  Okay.  Laura and Kanksha --

Page 136

1  A  Uh-huh.
2  Q  -- they ever say anything discriminatory to you?
3  A  They were there when discriminatory actions would
4     happen and they didn't do anything about it.
5  Q  Okay.  But they didn't say anything to you?
6  A  Not in specific, no.
7  Q  Okay.  So, where we left off a moment ago when you
8     gave a very long, detailed explanation was, you were
9     sitting down.  You got your smoothie -- -
10 A  Yep.
11 Q  -- and you were sitting down with Dr. Pawlaczyk and
12    Dr. Natalia; is that accurate?
13 A  Yes.
14 Q  What happened next when you --
15 A  So --
16 Q  -- while you were sitting down?
17 A  -- when I was sitting down, my phone was in front of
18    me, like, right here.  And I was talking.  And
19    Natalia grabs my phone and walks away with it.
20 Q  Okay.
21 A  She leaves the -- She leaves the table where me and
22    Dr. Barbara are speaking.  I -- I saw that the phone
23    wasn't there, I just didn't say anything about it.
24    I didn't understand what was going on.  And after a
25    couple of minutes, Dr. Barbara waves to Natalia to

Page 137

1     come back and give me my phone back.
2  Q  Okay.
3  A  She gives me my phone back, and --
4  Q  Do you know why she took your phone?
5  A  I think I do.  I think it's because I said that I
6     have some recordings of some of the harassments that
7     were going on.
8  Q  So, what do you think she -- why do you think she
9     took your phone though?  Like, what was she going to
10    do with it, as far as you knew?
11 A  I don't -- I don't know.  I don't know.  If you're
12    sitting down somewhere and someone takes your phone,
13    you just feel suspicious about -- I mean, I'm not
14    sure.  I'm not sure why she took my phone.
15 Q  You're not sure why she took your phone?
16 A  No.
17 Q  You're just speculating that because you had
18    mentioned there was a video on your phone, you think
19    she took your phone?
20 A  Yeah.
21 Q  Okay.  You had a passcode on your phone, I presume,
22    right?
23 A  Of course.
24 Q  You had an iPhone, right?
25 A  Of course.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
138..141

Page 138

1  Q   Yeah.  So, you weren't concerned about her going
2      through your phone, because she couldn't, unless she
3      knew your passcode?
4  A   Of course I didn't.  Yeah.  Yeah.
5  Q   So, a few minutes later, you testified -- sorry.
6          You testified a moment ago that a
7      few minutes later --
8  A   Uh-huh.
9  Q   -- Dr. Natalia returned with your phone?
10 A   Yeah.
11 Q   Okay.  While she was gone with your phone, did you
12     and Dr. Pawlaczyk talk about anything; did you just
13     drink your smoothie?  Tell me what happened.
14 A   I can't remember the subject of the conversation.
15     She was -- I don't remember the -- like, I was -- I
16     was too focused on, like -- I've never seen someone,
17     like, take my phone off my -- in front of me like
18     that.  And I was just wondering if she was going to
19     do anything about it.  I didn't -- I wasn't
20     listening to anything she was saying to me at that
21     point.
22 Q   So you zoned out, in other words?
23 A   Yeah, I was just looking.  I was like, am I going to
24     get my phone back, or what's going on right now?
25 Q   Did you -- when Dr. Natalia take your phone, did you

Page 139

1      say, "Hey, why are you taking my phone?"
2  A   I was scared.
3  Q   How big is Dr. Natalia?
4  A   I don't know.  Like, she's -- I'm not sure.  5'7",
5      5'6", I guess.
6  Q   Okay.  So, when she returned with your phone, Doctor
7      -- when Dr. Natalia returned with your phone, what
8      happened next?
9  A   Dr. Natalia -- after Dr. Barbara waved Dr. Natalia
10     to bring back my phone, I felt a little bit more
11     comfortable that the --
12 Q   Slow -- slow down a little bit.
13 A   Sorry.
14 Q   It's okay.
15 A   When -- when Dr. Barbara called Natalia to bring
16     back my phone, I felt like -- I felt more
17     comfortable that there wasn't any ill-intention,
18     that Dr. Barbara wasn't really trying to harm me or
19     do anything that's bad.  That's why I was like,
20     okay, even if Natalia or the residents -- Natalia
21     took my phone, which is obviously something that's
22     wrong and not right, and Dr. Barbara stopped it.
23     So, I feel like -- I started to -- to gain a little
24     bit more trust into the meeting with Dr. Barbara.
25          And after that, unfortunately,

Page 140

1      things take a wrong turn.  She says, "I'm mad.  I
2      think you're not thinking -- I don't think you're
3      thinking right."
4  Q   "She" being Dr. Barbara --
5  A   Dr. Barbara.
6  Q   -- Pawlaczyk.  Okay.  Sorry.  Go ahead.
7  A   Dr. Barbara said that "I -- I don't think you're
8      thinking right."
9          And Natalia was -- was there, I
10     believe, in the chair at the table.  And I told her,
11     "Why do you think I'm not thinking right?"
12          She said, "Because of the fact that
13     you called security and the -- the fact that you" --
14     something like that.  I can't remember what she said
15     after that.
16          I -- I explained to her -- I told
17     her, "I called security because of the ongoing
18     harassment that I've been feeling from the
19     residents.  This was an individual I've never seen
20     before.  I felt uncomfortable, and I think it's --
21     the security did not have any problem with me
22     calling them, and they thanked me for being
23     proactive.  And I don't -- I don't see there's
24     anything wrong with me."
25          And then, she kept on insisting,

Page 141

1      "No, I think you -- you're not thinking right.
2      You're not okay.  You're not the same Ahmed I know
3      from when I -- when I did my interview with you on
4      the phone.  You're not the same guy."
5          And I told her, "This is -- this is
6      how I am.  I'm -- I'm naturally like this.  And if I
7      feel welcome and I feel in a -- in a very positive
8      environment, I'm a very nice and amazing person, but
9      when I feel unwelcome, I feel uncomfortable, and I
10     get -- sometimes, I -- I do -- I become proactive."
11          And she said -- and I told her that
12     I've been -- I did everything possible, all my
13     patients like me.  All my patient reviews have been
14     stellar.  And I showed her my reviews, and -- and
15     she --
16 Q   How do you show her reviews in the cafeteria?
17 A   Not in the -- I was just telling her about my
18     reviews about my patients.  But I told her, like --
19     I showed her instances where patients were thanking
20     me and, like, stuff like that.  I was like,
21     "Everybody in the hospital thinks I'm -- I'm a great
22     person.  I don't know why the residents are treating
23     me this way."
24          And she said -- I remember
25     specifically she said, "Not all your patients."

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
142..145

Page 142

1       And I said -- I said, "At least most
2   of my patients thought I was -- I was, like, a good
3   person."
4       And -- because I felt like I was
5   going to be punished at that point -- a point of
6   time. I felt like I was going to be punished. And
7   she said, "No, you -- not all your patients. And
8   you're just not the same person that I -- I -- I
9   talked to on the phone."
10       And I said "Okay."
11       At that point, she told me, "I want
12   you to go -- I need you to go to the emergency room
13   right now to get checked out for -- for
14   psychological issues", or something like that.
15       And I told her, "I don't believe I
16   need to go to -- I don't want to go to the emergency
17   room to get checked out. I'm completely fine. This
18   is my first day opening up to you guys. This is my
19   natural personality. When I get harassed, I get
20   emotional and I express my emotions and I tell you
21   how I really feel. There's really nothing wrong
22   with me at all. I'm completely fine. I'm just
23   complaining to you about harassment and I -- I'm not
24   being taken seriously. That's why I'm -- I'm
25   feeling little bit frustrated."

Page 143

1       She said, "No. No, I don't believe
2   that. I think you're psychologically not right. I
3   want you to go to the emergency room immediately."
4       And I felt like I was being
5   punished. But then, I was like, "Okay, you know,
6   Dr. Barbara, I'm not going to argue with you. You
7   are my program director, and if you really want me
8   to go to the emergency room, I need you to give me a
9   clinical indication and have a psychologist write me
10   a report indicating I need to go to the emergency
11   room."
12       And she said, "You know what, okay.
13   I'm going to get" -- she said "Okay", she walked
14   away. She called the psychologist, who came and sat
15   down, and he said, "Hey, how are" --
16  Q   Hold on.
17       So, earlier, you referenced a female
18   psychologist, but this was a male psychologist --
19  A   This was another psych -- a male psychologist.
20  Q   What's his name?
21  A   Dr. Mark Vogel. He's the head of psychology.
22  Q   Okay.
23  A   He's the head of department --
24  Q   Dr. Mark Vogel joins you guys at the table?
25  A   Yes.

Page 144

1  Q   Okay. So -- sorry, I interrupted you, but I just
2   wanted to make sure, because that was going to
3   confuse me.
4  A   Yes.
5  Q   What happened after Dr. Mark Vogel sat down with you
6   at the table?
7  A   After that, Mark Vogel sat down with me at the
8   table, he said, "Hey, Ahmed. Did we meet before or
9   anything like that?"
10       I was, like, I think, briefly, in a
11   meeting through, like, the video meeting or
12   something like that. And he said -- he said, "So,
13   what's going on?"
14       I said -- I told him, "There's
15   really nothing going on. I just complained about
16   racial harassment to my -- to Dr. Barbara. She's
17   not taking it seriously. But I was like, okay,
18   there's no problem there, but now, she's telling me
19   to go to this -- to the emergency department, and I
20   -- I feel completely fine."
21       And he said -- and he told -- and I
22   told him that I -- I'll -- I'm trying to be -- I'm
23   not trying to be someone that's disrespectful or
24   anything to her -- to her or anything, but I told
25   her that if she needs me to go to the emergency

Page 145

1   department, I need her to give me, like, a
2   psychological report indicating that I'm
3   psychologically in need of psych services at the ED.
4       He looked at me and he said, "You
5   know what, I'm not going to write that report. I
6   don't think you -- you need to be going to the
7   emergency department. And I'm not going to write
8   that report for you to go to the emergency
9   department. Have a good day."
10       And he leaves. He gets -- he get up
11   -- he gets up to -- to the chair, he leave. Dr.
12   Barbara walks -- chases behind him again, tries to
13   get him to come back and speak to me. He brushes
14   her off. He says, "I'm not doing this. I'm not
15   going to -- I'm not going to be a part of this."
16       And he leaves and he walks away.
17   And when I saw that -- I saw that, I started getting
18   a little bit uncomfortable, because this was head
19   psychology of the department and he said I did not
20   need it.
21       She came back to me and she said,
22   "There's no psychology report and you still have to
23   go to the emergency department."
24       And at that point, I'm starting to
25   feel like -- I feel a little bit uncomfortable. I

Page 146

1   tell her, "But the psychologist just said I don't
2   need to go to the emergency department.  I'm telling
3   you I'm feeling completely fine.  Why -- why -- why
4   are you insisting on me to go to the emergency
5   department?  I really don't want to go.  Please let
6   me go."
7           And I even had -- I tear up at that
8   point and I was like, "Just please -- please leave
9   me alone.  Please let me get out of the hospital.  I
10  just want to go back home.  I just want to sleep.  I
11  did not do anything wrong.  Even if you guys still
12  want to take my phone, if you guys want to keep the
13  phone, I'll delete everything that I have in my
14  phone.  I'll delete all my recordings of the
15  harassments or anything you want to do, just please
16  just let me get out of the hospital and let me go
17  home."
18          And she said -- and Natalia said,
19  "Okay."  She -- she actually nodded her head.  She's
20  like, "Okay."  She was agreeable with me, like,
21  deleting my phone -- my phone records.
22          But Barbara said, "No, I don't care
23  about none of that.  You're going to go.  You're
24  going to go."
25          Natalia walks away.  I started

Page 147

1   dialing 911 on my phone.  And Natalia sees my phone,
2   and she sees the 911 dialed on my phone, and she
3   tells me -- she's like, "Wait, wait.  I'm going to
4   -- I'm going to see what's going -- she's just,
5   like, "Wait, just put that away for now.  We're
6   going to see what's going to happen right now."
7           And I -- I put my phone away.  And
8   Natalia just kind of, like, walks to the director
9   and talks to her for a little bit.  And she wasn't
10  being, like, shaken by anything.  So, she comes back
11  to me and she said, "What are you doing?"
12          And I'm like, "I'm going -- I'm
13  going to have to go make a police -- I mean, just
14  make a police -- one phone call before we go
15  anywhere."
16          And I take my phone and I call,
17  like, at least, like, seven, eight attorneys until I
18  get one -- one of them to pick up.  One of the
19  attorneys picked up and I said, "Hello, my name is
20  this.  I know you don't know me, but I'm being told
21  by -- I'm being forced by my manager to go to the
22  emergency department when a psychologist has told me
23  I don't need to go, and I really don't want to go.
24  What's -- what are my rights?  Do I have any right
25  here to say no?  What am I supposed to do?  And can

Page 148

1   you just come -- come here and help me and get me
2   out of here?  I'll pay you at least -- I'll pay a
3   thousand dollars, just come here, just get me out of
4   this situation."
5           And he said, "I'm sorry, I feel your
6   pain -- I can't come to see you, but just tell your
7   program manager that you don't want to go there.
8   It's your right to refuse to go to the emergency
9   department if you don't feel like you want to go.
10  Just tell her you're not going to go."
11          And -- and -- and that was
12  it, and he hung up his phone.
13 Q   Okay.  Can I stop you real quick?
14 A   Yeah.
15 Q   Or we'll leave off there.
16 A   Yeah.
17 Q   Do you have the same cellphone number now that you
18     had back in --
19 A   Yes.
20 Q   -- November of 2020?
21 A   Yes.
22 Q   What is your cellphone number?
23 A   (202).
24 Q   202.
25 A   390.

Page 149

1 Q   390.
2 A   29.
3 Q   29.
4 A   26.
5 Q   26.
6           And do you actually call 911 when
7      you --
8 A   At that --
9 Q   -- when -- no, hold on.
10          A moment ago, you testified, "I was
11    calling 911" --
12 A   Yes.
13 Q   -- "And Dr. Natalia saw me do it."
14 A   Yeah.
15 Q   Is that what you testified to?
16 A   Yeah.
17 Q   Did you call 911?
18 A   I didn't call it, no.
19 Q   So --
20 A   She told me, like -- she -- she -- before I
21    called -- I had 911 on my phone and she's like,
22    "Just stop.  Stop.  Don't do this right now.  Don't
23    make it bigger."  Like, she's like, "Stop.  I'm
24    going to go talk to her.  You're going to be able to
25    leave."

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
150..153

Page 150

1  Q   Okay.  What were the names of the attorneys who you
2      called that day that you just referenced?
3  A   I have to -- I have to go through my phone records.
4      I have to go through my phone records.
5  Q   Do you have your phone records available to you?
6      Not -- not --
7  A   I have --
8  Q   Not literally at this moment, but are they generally
9      available to you?
10 A   They should be available.
11 Q   Okay.  What was your phone carrier?
12 A   Mint Mobile.
13 Q   Pardon?
14 A   Mint Mobile.  It's a part of T-Mobile.
15 Q   Oh, okay.  T-Mobile.
16 A   At that point.
17 Q   That was your -- T-Mobile was your phone carrier at
18     the time?
19 A   Yes.  Yeah.
20 Q   Okay.  So, tell me -- can you tell me where we left
21     off?  I'm so sorry.  You were giving me a detailed
22     account.
23 A   Yeah.  So, I was making the phone calls asking for
24     someone to come help me.  I really needed someone to
25     come help me.  I didn't know -- I was too scared to

Page 151

1      call the police, even.  But I was -- I was just
2      scared and needed someone to come get me out of the
3      situation, because she kept on telling me that "We
4      were going to strap your -- we're going to strap you
5      off, we're going to drag you into the ED, this is
6      not your choice.  We're not telling you this is your
7      option anymore.  I'm going to call security in here,
8      they're going to drag you.  Please don't make a
9      scene, just please go -- be quiet and come with us."
10         And I said, "No, I'm not going to"
11     -- I even started crying.  I started -- I said, "No.
12     I -- I did not do anything wrong.  I did not do
13     anything wrong.  Please just let me go home.  I --I
14     just want to go home.  I just need some sleep, maybe
15     I'm tired.  Just please let me go home."
16         She didn't care.  She -- she wasn't
17     shooken by anything I was saying.  And she said --
18     that's when, like, I remember, like, she had -- two
19     security guards came to the cafeteria.  One of them
20     came with a wheelchair and put it right next to me.
21     I'm not sure if more security came, but there was --
22     she called -- went and called security, the one in
23     the front gate, and around two, three security
24     guards were starting to come to the cafeteria.
25         And then, one placed a wheelchair

Page 152

1      right where I was sitting and he said that -- "Can
2      this guy walk?  Are we going to have to push him
3      through this wheelchair?"
4          And that was a very traumatic
5      experience, but I'm not sure, after that, what
6      happened.  I felt very scared.
7  Q   Hold on.
8          You're not sure what happened after
9      the wheelchair?
10 A   After the wheelchair -- I remember he put the
11     wheelchair there --
12 Q   Okay.
13 A   -- and I started to -- start think -- started
14     thinking about all of the innocent people that were
15     shot by police before in the past by -- by -- for --
16 Q   Did the security officers have guns?  Let me back
17     up.
18         Were these security guards or --
19 A   They have a Taser.
20 Q   -- were these police officers?
21 A   Security guards.
22 Q   So, they didn't have firearms on them?
23 A   They have Tasers.
24 Q   They have Tasers?
25 A   Yeah.

Page 153

1  Q   But they didn't have guns on them, right?  They're
2      not even allowed to carry guns, are they?
3  A   I don't know.  I'm not sure.  I'm not sure.
4  Q   Well, what do you recall?  Did they have firearms on
5      their sides or not?
6  A   All I saw was people wearing security badge --
7      security clothes and wheel -- and screaming, like,
8      "Is this guy complying?  Is he not complying?"
9  Q   Did you see a gun?
10 A   No, I don't recall that.
11 Q   Okay.  Why didn't you call 911 at that time?
12 A   I felt scared.
13 Q   Too scared to call law enforcement?
14 A   Yeah.
15 Q   Why?
16 A   This is a Caucasian woman, I'm an African-American
17     male, I'm 6'1", calling about a Caucasian woman to
18     the police in the middle of Grand Blanc.  Not a
19     great idea.
20 Q   Why?
21 A   I don't know.  I don't know if they'll believe me.
22 Q   So, you didn't try to call 911?
23 A   I -- I called -- I called on the way -- on the way
24     to the psych facility, but I didn't call there, not
25     at Grand Blanc, though.

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
ELZEIN, AHMED 10/06/2023

Job 26223
154..157

Page 154

1  Q   Okay.  So, you did call 911 that day, just not at
2      that point in time?
3  A   Yeah.
4  Q   Okay.  So, I take it the wheelchair arrives and you
5      decide just to walk to the emergency room; is that
6      accurate?
7  A   I said -- I said, "Yeah, I'll just -- I'll just
8      walk."
9  Q   So, you walked to the emergency room?
10 A   Yeah.
11 Q   Okay.  So, you go to the emergency room?
12 A   I walked with the -- Dr. Barbara and Natalia and the
13     one security officer who --
14 Q   Okay.
15 A   -- who -- in the middle of my back.
16 Q   So there's you, security officer, Dr. Natalia, Dr.
17     Pawlaczyk all walked to the emergency room?
18 A   Yeah.  And then, he -- he --
19 Q   Hold on.  I don't have a question pending, I just --
20 A   Sorry.
21 Q   -- wanted to make sure those were the people who
22     were walking with you to the emergency room.
23 A   Yes.
24 Q   So, when you go to the emergency room, I take it
25     you're examined by multiple -- I understand you

Page 155

1      didn't -- you didn't want to go to the emergency
2      room, right?
3  A   No.
4  Q   Okay.  That, we've established.
5          You were examined by multiple
6      medical personnel in the emergency room, right?
7  A   I was never examined.  And -- I mean, before I was
8      admitted or after I was admitted?
9  Q   That's a good distinction there.
10 A   Yeah.
11 Q   I appreciate that.
12 A   Yeah.
13 Q   When you went to the emergency room, what was the
14     first thing that happened?  I want to go step by
15     step.
16 A   First thing what happened -- well, we went through
17     the back door.  We didn't go through the front door.
18     Usually, the patients for -- for emergency
19     department, they go through the front door of the
20     emergency department.  We went through a back door.
21     Not the usual door that you use -- you go to the
22     emergency department through.  And we went -- sat in
23     the waiting room where Dr. Barbara was telling me,
24     "You're from Sudan, right?  And you're Sudanese, and
25     you guys used to live in big houses together, all of

Page 156

1      you in one family together?"
2          I don't know what she was implying
3      by whatever she was telling me, but she was telling
4      me, "You're Sudanese", and at that point, I was
5      tearing up.  And she was saying to me, "Yeah, you're
6      from Sudan.  You're Sudanese.  You told me that you
7      live together all in one house."  Something like
8      that.  "And America is different -- different than
9      Sudan, right?"
10         And I said -- I did not want to
11     speak.  I was very upset.  I just, like -- I'm like,
12     "I guess."
13         And she's like, "Yeah.  Okay, I
14     guess."
15         She left the room.  And she -- she
16     -- she left the room.  I was in the room alone.  And
17     she spoke to -- or she was speaking to someone
18     outside --
19 Q   Hold on.
20         How -- she left the room?
21 A   Yeah.
22 Q   How do you know she was speaking to anyone if she
23     left the room?
24 A   I overheard, like, Dr. Barbara speaking.
25 Q   Okay.  So, you didn't see her speaking, but you just

Page 157

1      overheard her voice?
2  A   Yeah.  I just heard her voice.
3  Q   Who was she talking to, if you know?
4  A   I'm not sure.
5  Q   You don't know who she was talking to?
6  A   No.  No.
7  Q   Okay.  So, she's talking to this individual.  What
8      do you hear her say?
9  A   "Which room do you guys want to put him in?"
10     Something like that.  That's what I heard.  Yeah.
11 Q   And then she leaves, right?
12 A   She never leaves, no.  She -- she -- she -- Dr.
13     Caloia comes back into the room.
14 Q   Who's Dr. Caloia?
15 A   He's the emergency room physician.
16 Q   Okay.  So, he comes back into the room?
17 A   Yes.
18 Q   And then, you're admitted to the emergency room,
19     right?
20 A   He speaks to me.  He tells me, "Your program
21     director said you're delusional.  You're crazy.
22     You're saying people are putting bombs in the
23     locker.  And you're -- you're making other residents
24     feel uncomfortable."  Under -- and -- and something
25     like that.

Page 174

```
1    right, regarding your return to work?
2 A  Yes.
3 Q  There's no other form returning you to work signed
4    off by a private physician, is there, from Havenwyck
5    Hospital?
6 A  From Havenwyck Hospital, or any -- any hospital?
7 Q  Havenwyck Hospital.  And we'll go to any hospital
8    after that.
9 A  From Havenwyck Hospital?  I don't believe -- this is
10   the -- this is the return to work I got.
11 Q  Okay.  And I think where you were going with that is
12   you did get another return to work, though, from a
13   hospital, and that was Ascension Genesys, true?
14 A  Uh-huh.
15 Q  Is that a yes or a no?
16 A  Yes.
17 Q  Okay.  And let me back up.
18       You submitted this Exhibit 9 to
19   Ascension Genesys Occupational Health Department as
20   well as Marney Daugherty of Human Resources at
21   Ascension Genesys, true?
22 A  Yes.
23 Q  Okay.  And you presented to -- you presented it to
24   -- Exhibit 9 to Occupational Health when you were
25   seen on November 23rd of 2020, true?
```

Page 175

```
1 A  Uh-huh.
2 Q  Is at a yes or a no?
3 A  On the Occupational Health visit, yes.
4 Q  Okay.  Which was November 23rd of 2020?
5 A  Uh-huh.
6 Q  Right?
7 A  Yes.  Yes.
8 Q  Okay.  And then, you subsequently provided to Marney
9    Daugherty on November 30th, 2023 when you spoke to
10   her, true?
11 A  Yes.
12 Q  Okay.  And what we were just referencing a minute
13   ago -- we can -- you can put that aside, Dr. Elzein.
14 A  Yes.
15 Q  I'll give it back to the court reporter.
16 A  Yes.
17 Q  You -- as we said a moment ago, you saw doctor --
18   strike that.
19
20       You saw -- you went to Occupational
21   Health for a return to work visit on November 23rd
22   of 2020, correct?
23 A  Yes.
24 Q  And the doctor you saw was Dr. Burhan Tajour,
25   correct?
```

Page 176

```
1 A  Yes.
2 Q  And you're not alleging that he had any
3    discriminatory animus to you, are you?
4 A  Previous to seeing me or after seeing me?
5 Q  Before, you know, the time he saw you.
6 A  At the time he saw -- I mean, after he -- after he
7    had a discussion with Dr. Barbara, he -- so, I'll
8    tell you the story.
9 Q  Hold on.
10 A  Yeah.
11 Q  I just -- I just want to --
12 A  Discriminatory animus --
13 Q  We'll get into your story in a moment.  Let me
14   rephrase it.
15 A  But that's a difficult question.
16 Q  Fair enough.  I'll -- I'll rephrase it.
17 A  Yes.
18 Q  Do you believe that he -- that Dr. Tajour does not
19   like black individuals?
20 A  Black -- black --
21   Just black individuals.
22 A  Black is different.
23 Q  Skin -- we're talking skin color.
24 A  You're talking about black Americans that stand up
25   for their rights.  Black Lives Matter is different
```

Page 177

```
1    than a black from Congo or Nigeria who's stupid and
2    who do everything a white person does.  These are
3    two different individuals.  You cannot tell me.
4    Does he like black Americans?
5 Q  I'm talking solely --
6 A  He does not like black Americans.
7 Q  -- about skin color.  So, Dr. Tajour --
8 A  Skin color?
9 Q  -- is yet another discriminatory person at Ascension
10   Genesys, right?
11 A  I did not say he's discriminatory.
12 Q  Okay.
13 A  But does he -- does Ascension Genesys, as a
14   hospital, like black Americans?
15 Q  No.  I'm talking about Dr. Tajour, not Ascension
16   Genesys.
17       Dr. Tajour is an individual,
18   obviously, right?  He's a person.
19 A  I don't think he had any problem with black
20   Americans.
21 Q  Okay.  Did he have any problems with people from
22   Sudan?
23 A  Definitely not.  Definitely -- the stupid ones?  No.
24   Just -- no.  Definitely --
25 Q  Dr. Tajour had no problems with people from Sudan,
```

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL                    Job 26223
ELZEIN, AHMED 10/06/2023                                      178..181

Page 178

1    right?
2  A  I mean, when I was -- I spoke to him in -- look, my
3     friend.  I spoke to him in Arabic and broken English
4     to make sure that he did not understand I was an
5     African-American.  African-Americans are not
6     welcome.  They're not liked.  They're not loved by
7     Ascension Genesys.  And specifically Dr. Tajour, Dr.
8     Barbara, Dr. Yarlagadda, they will love you if
9     you're African, but you -- they'll not like you as
10    an African-American.
11 Q  What evidence do you have that Dr. Tajour does not
12    like African-Americans?
13 A  Okay.  What evidence do I have?
14 Q  Yes.
15 A  When I entered Dr. Tajour's office, I spoke to him
16    in Arabic.  I spoke to him in a very broken English.
17 Q  Okay.
18 A  And the minute Dr. Tajour spoke to Dr. Barbara and
19    told her -- which is very against HIPAA, and told
20    her that he saw me, and Dr. Barbara told him, "No,
21    you're not supposed to give this guy clearance."
22        He changed his mind.  I believe is a
23    -- makes me question --
24 Q  Were you there for this conversation with him and
25    Dr. Pawlaczyk?

Page 179

1  A  Was I there?
2  Q  Yeah.
3  A  I was not.
4  Q  So, you don't even know what they said to each
5     other?
6  A  But they're never supposed to talk to each other.
7  Q  But you don't even know what -- you weren't there
8     for any conversation between them, right?
9  A  Yeah -- here.  How Barbara -- Dr. Barbara --
10 Q  Hold on.  Hold on.
11 A  Yeah.  Yeah.
12 Q  These are simple questions.
13 A  Absolutely.
14 Q  I know you can make inferences, and again, your
15    counsel's going to have plenty of time to ask you
16    questions --
17 A  Sure.
18 Q  -- and go over whatever you want to go over.
19 A  Sure.
20 Q  My question to you is a simple one.
21 A  Yeah.
22 Q  Were you ever present for any conversation between
23    Dr. Tajour and Dr. Pawlaczyk?
24        MR. LASSER:  Excuse me.  How do you
25    spell that name, Dr. Tajour?

Page 180

1        MR. WASLAWSKI:  Let's just -- I'll
2     get all the spellings to you.  Dr. P for now.
3        THE WITNESS:  Dr. T?
4  BY MR. WASLAWSKI:
5  Q  Dr. -- Dr. P.  No, Dr. Pawlaczyk being Dr. P.
6        Were you present for any
7     conversation between Dr. Pawlaczyk and Dr. Tajour?
8  A  No.
9  Q  Okay.  So, you have no idea what they talked about,
10    other than your speculation, true?
11 A  Yes.
12 Q  Okay.  But you did indeed see Dr. Tajour on
13    November 23rd of 2020, true?
14 A  Yes.
15 Q  Okay.  You're not alleging he did anything unlawful
16    to you in this lawsuit, right?  He just completed a
17    medical examination?
18 A  I did -- at the end, I think he did.
19 Q  What do you think he did?
20 A  By giving me a clearance and revoking a clearance.
21 Q  Do you know if he revoked the clearance, or do you
22    think it -- do you know if it was someone else?
23 A  I got it through an e-mail that Dr. Marney said that
24    he revoked the clearance.
25 Q  Okay.  So, there's an e-mail out there, you're

Page 181

1     saying, that is -- supports your assertion?
2  A  Yes.
3  Q  Okay.
4  A  And he called me personally on my phone and said he
5     was going to revoke my clearance.
6  Q  Yeah, and that's because you lied about the reason
7     for why you were --
8  A  And how did they find out about that?
9  Q  And -- you lied, though, to Dr. Tajour about why you
10    were off of work; isn't that true?
11 A  And how do you know about that?
12 Q  I'm asking the questions, Doctor --
13 A  I'm asking -- no.  You're saying -- you're accusing
14    me of lying to Dr. Tajour.  How did you know --
15 Q  Did you -- let me --
16 A  -- about my personal visit with Dr. Tajour?
17 Q  Let me -- let me rephrase.
18        Did you lie to Dr. Tajour about the
19    reason for why you were off work?
20 A  Did I lie to Dr. Tajour about the reason for why I
21    went to work?  No, I did not.
22 Q  So, you're committing perjury right now, aren't you?
23 A  I'm committing perjury?
24 Q  Yes.
25 A  Maybe.