**EXHIBIT 2**

1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF MICHIGAN

3

4

5  AHMED ELZEIN,

6      Plaintiff,

7

8      -vs-                    Case No. 22-CV-12352

9

10 ASCENSION GENESYS HOSPITAL,

11     Defendant.

12 _____/

13

14

15

16     DEPONENT:  TAMMY GAUTHIER

17     DATE:      Thursday, October 12, 2023

18     TIME:      9:49 a.m.

19     LOCATION:  VIA ZOOM VIDEOCONFERENCE

20     REPORTER:  Karen Fortna, CRR/RMR/RPR/CSR-5067

21     JOB NO:    26455

22

23

24

25

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
GAUTHIER, TAMMY 10/12/2023

Job 26455
18..21

Page 18

1  of 2020?
2  A.  Yes, I reported to the call with my officers.
3  Q.  Did you receive the call from Dr. Elzein?
4  A.  No.
5  Q.  Do you know who received the call?
6  A.  I do not recall.
7  Q.  Do you recall how you first heard about this
8  report?
9  A.  Our dispatch.
10  Q.  So it was over a radio call?
11  A.  Correct.
12  Q.  Do all of your guards carry some sort of radio
13  system, a walkie-talkie, something along those
14  lines?  Is that right?
15  A.  Yes.
16  Q.  And you also keep one on your person when you're at
17  work?
18  A.  Yes.
19  Q.  What do you recall about the radio call you
20  received regarding this report from Dr. Elzein?
21  A.  The call that I recall coming in as resident
22  lounge -- a resident claiming that somebody had
23  placed a bomb in a locker.
24  Q.  Was it a male or female that was sending out that
25  radio call?

Page 19

1  A.  I don't recall.
2  Q.  In November of 2020, were there employees at
3  Teachout Security whose job function was just to be
4  in dispatch or did it between -- what I'm getting
5  at, did the same guards who rotated in the
6  dispatch have to do stints in dispatch or were
7  there people whose only job was just to do the
8  dispatch work?
9  A.  They rotate.
10  Q.  The person who was putting this out over the radio,
11  were they reporting it directly to you or was this
12  a general announcement they made that you heard?
13  A.  They were reporting to the on-shift supervisor
14  requesting officers to report.
15  Q.  And you heard the call; is that correct?
16  A.  Correct.
17  Q.  And you responded to the resident lounge?
18  A.  Correct.
19  Q.  Who else responded?
20  A.  Michael Bossert.  And I don't recall who else was
21  on that call.
22  Q.  How many guards besides yourself?  So it was you
23  and Michael Bossert.  How many more were there?
24  A.  Two.
25  Q.  So a total of four security people came to respond

Page 20

1  to this call; is that correct?
2  A.  Correct.
3  Q.  Do you recall what time of day it was?
4  A.  I recall first shift.
5  Q.  And what are the hours for first shift?
6  A.  They are from 6:00 to 2:30.
7  Q.  I guess let me make that more clear.  I want to
8  make sure we're clear.  We're talking in
9  November 2020.  Is that what the first shift was as
10  well?
11  A.  Oh, yes.  Sorry.
12       MS. LEBEAU:  I'm sorry, you said six to
13  six?
14       THE WITNESS:  6:00 a.m. to 2:30 p.m.
15  BY MR. STEMPIEN:
16  Q.  And do you recall the date?
17  A.  I don't.
18  Q.  When you arrived at the lounge -- let me back up.
19       Did you go to the lounge with somebody
20  else or did you go alone and meet the other guys
21  there?
22  A.  I don't recall.
23  Q.  Do you recall if you were the first person to
24  arrive?
25  A.  I was not.

Page 21

1  Q.  Did you talk to Dr. Elzein that day?
2  A.  Yes.
3  Q.  As far as you know, when you arrived, had he
4  already spoken to any of the other security guards?
5  A.  Not that I'm aware of.
6  Q.  Did you talk to Dr. Elzein before physically
7  looking at any of the lockers or anything like
8  that?  Did you first talk to him?
9  A.  Yes.
10  Q.  Tell me about that conversation.  Tell me what he
11  said, what you said.
12  A.  We asked him what was going on, what was the issue,
13  the normal questions we would ask.  He stated that
14  somebody quickly came in, placed something in a
15  locker and left and he didn't want to be involved
16  in anything.  We asked him which locker, he said,
17  "Somewhere down there."  So we searched several
18  lockers.  We searched the resident lounge
19  completely.  He just kept saying he didn't want to
20  be involved in anything.
21       And we searched and the only thing that
22  was found was someone's groceries, a brown paper
23  sack that had been set inside a locker with no
24  lock, and there had been food in the bag.
25  Q.  That was the only item you found in any of the

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL
GAUTHIER, TAMMY 10/12/2023

Job 26455
22..25

Page 22

1    lockers you looked in; is that correct?
2 A.    That was in the lockers that he had pointed to,
3       yes.
4 Q.    Right.  Because you said he pointed in a general
5       area, not a specific locker, correct?
6 A.    Right.  Several of them were empty.
7 Q.    Were any of them locked?
8 A.    No.
9 Q.    What was his demeanor like?
10 A.   Very nervous.
11 Q.   Did he tell you that he thought somebody had placed
12      a bomb in the locker?
13 A.   Yes.
14 Q.   But you just told me a moment ago, you said
15      somebody had placed something in a locker, but he
16      used the word bomb?
17 A.   He used the word bomb when we were in the room and
18      on the phone call, according to the dispatch.
19 Q.   But you weren't part of the call, were you?
20 A.   Not that call, no.
21 Q.   So the only information you had was what was said
22      over the radio, correct?
23 A.   When we were in the lounge, he stated the fact that
24      he didn't want to be involved if someone left a
25      bomb in the locker.

Page 23

1 Q.    I want to make sure I understand exactly what he
2       said.  Did he say, "Somebody placed a bomb in the
3       locker," or did he just say, "I don't want to be
4       involved if someone put a bomb in the locker"?
5 A.    To my understanding, that was "if."  I mean, this
6       was three years ago, so -- I know he said bomb.
7 Q.    Was there anything else that he said to you?
8 A.    No.
9 Q.    Do you know, just based on your observations, if he
10      was speaking to any security guards where you
11      couldn't hear what he was saying?
12 A.   No.
13 Q.   After the conversation, is that when you and the
14      other guards looked inside the lockers in the area
15      where he had pointed?
16 A.   Correct.
17 Q.   And after finding only a bag -- did you say it was
18      a brown paper bag?  Is that what it was?
19 A.   Correct.
20 Q.   Was it like a lunch-size bag or like a big grocery
21      bag kind of thing?
22 A.   It was a grocery bag.
23 Q.   Did you show that bag to Dr. Elzein?
24 A.   He never left the room.  He sat at the desk while
25      we searched.  He sat right there.

Page 24

1 Q.    Okay.  Did you show him the bag?
2 A.    Yes.
3 Q.    All right.  And did you ask him, "Is this what you
4       saw that was placed in a locker?"
5 A.    Yes.
6 Q.    And what was his response?
7 A.    "I'm not sure."
8 Q.    Had the hospital been on any kind of high alert in
9       the days and weeks leading up to this event?
10 A.   No.
11 Q.   After he said, "I'm not sure if that's what I saw,"
12      what happened then?
13 A.   He said he didn't want to be involved in anything.
14 Q.   Then what happened?
15 A.   We continued to search the rest of the lounge and
16      areas behind couches, behind doors, therefore made
17      a thorough search and stated that we couldn't find
18      anything, he said he just didn't want to be
19      involved in anything and we cleared the lounge.
20 Q.   Did you personally create a report as a result of
21      this incident?
22 A.   No.
23 Q.   Did any of the other guards create a report?
24 A.   Apparently not.
25 Q.   Why do you say that?

Page 25

1 A.    Because they are directed to create a report.
2 Q.    I guess I'm confused because are you sure somebody
3       didn't -- well, let me ask it this way:  Is it
4       possible that somebody created a report and it was
5       later destroyed?
6 A.    No.
7 Q.    Why is that not possible?
8 A.    Because we have several areas in which it would
9       have been logged.  We would have had a number.  The
10      gentleman that was to create the report roughly had
11      left the company, and when we went to search for
12      the report, no report.  He had not created a
13      report.
14 Q.   Who was this gentleman?
15 A.   Michael Bossert.
16 Q.   Do you know how to spell that?
17 A.   Yeah.  M-I-K-E.  B-O-S-S-E-R-T.
18 Q.   Micah?
19 A.   Mike.  M-I-K-E.
20 Q.   Mike.
21       Do you know where Mr. Bossert is now?
22 A.   No, I do not.
23 Q.   How long after this incident did he leave the
24      company?
25 A.   Within three days.