**EXHIBIT 3**

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF MICHIGAN
 3      AHMED ELZEIN,
 4            Plaintiff,           Case No. 22-cv-12352
 5      vs
 6      ASCENSION GENESYS HOSPITAL,
 7            Defendant.
 8      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/
 9
10      DEPONENT:      MARK VOGEL, PH.D.
11      DATE:          Tuesday, November 14, 2023
12      TIME:          1:31 p.m.
13      LOCATION:      Zoom Video Conference
14      REPORTER:      Heidi A. Cook, CSR-4827
15      Job No.:       26726
```

AHMED ELZEIN vs ASCENSION GENESYS HOSPITAL  
VOGEL, MARK 11/14/2023

Job 26726  
10..13

Page 10

1   and I completed a two-year fellowship, and that
2   finished in 1989.  And then my official
3   employment began in 1989.
4 Q  Other than Ascension Genesys Hospital and your
5   private practice, have you practiced psychology
6   for any other entities?
7 A  And just to be clear, back in 1989 it was not
8   Ascension Genesys, it was St. Joes Hospital;
9   that eventually became Ascension Genesys.  It
10   was Genesys before it was Ascension, too, so --
11 Q  So let's -- let me rephrase the question and
12   make sure to clarify that.
13 A  Sure.
14 Q  So other than for Ascension Genesys, or any of
15   its predecessors, have you practiced psychology
16   for anyone else other than the Ascension
17   Genesys and its predecessors, or in your
18   private practice?
19 A  No, those are the only two entities of which
20   I've been employed at.
21 Q  Do you have any subspecialties within
22   psychology?
23 A  Yes.
24 Q  What are those?
25 A  I'm a health psychologist.

Page 11

1 Q  Can you tell me what that means?
2 A  So health psychology is the discipline that is
3   focused on understanding the, kind of how
4   psychology and medicine interact together.  And
5   so it is the discipline that is focused on how
6   illness has psychological components, and how
7   psychological components can affect someone's
8   health status.
9 Q  In the year 2020 were you in a particular
10   department at Ascension Genesys Hospital?
11 A  Correct.  I was in the Department of Medical
12   Education.
13 Q  Were you in the Department of Medical Education
14   until your retirement in September of '21?
15 A  Yes.
16 Q  When did you start at the DME department?
17 A  That was the department I was in the entire
18   time of my employment.
19 Q  And what were the general description of your
20   job duties in that department?
21 A  My job title was as Program Director of the
22   Health Psychology Post Doctoral Fellowship, and
23   my job duties included managing that post
24   doctoral fellowship, supervising our post
25   doctoral fellows, and providing clinical

Page 12

1   services in the family medicine residency, and
2   in the hospital.
3 Q  And would that be providing it to Ascension
4   Genesys interns and residents?
5 A  No.  So in terms of my clinical services, it
6   would be to hospitalized patients, outpatients
7   at the Family Medicine Center.  So those were
8   the two locations where I would see clinical,
9   do clinical practice.
10 Q  Okay.  Your current practice, are you full-time
11   or part-time?
12 A  Part-time.
13 Q  Was your separation from Ascension Genesys
14   Hospital voluntary on your part?
15 A  Yes.
16 Q  Have you reviewed any documents to prepare for
17   your deposition today?
18 A  I'm sorry.  I didn't hear your question.
19 Q  Did you review any documents to prepare for
20   your deposition today?
21 A  No.
22       MS. LEBEAU:  Let me just jump
23   in.  He did take a look at the Subpoena,
24   obviously.
25       MR. STEMPIEN:  Well, okay.  Fair

Page 13

1   enough.
2 Q  (By Mr. Stempien) Any documents related to
3   Dr. Ahmed Elzein to prepare for your deposition
4   today?
5 A  No.
6 Q  Have you spoken to anybody other than an
7   attorney to prepare for your deposition today?
8 A  No.
9 Q  Do you know who Dr. Ahmed Elzein is?
10 A  I have met him once.
11 Q  Okay.  Do you remember him?
12 A  I remember the one meeting with him, yes.
13 Q  What was the context of that meeting with him?
14 A  ==I was asked by the Program Director of the==
15   ==Internal Medicine Residency Program,==
16   ==Dr. Barbara Pawlaczyk, to come down to our,==
17   ==literally, the food court in the hospital.  And==
18   ==she was concerned about a resident, and asked==
19   ==me to come down and see if I could convince him==
20   ==to go to the Emergency Room to get further==
21   ==evaluated.==
22 Q  Okay.  Prior to that contact, did you know who
23   Dr. Elzein was?
24 A  I had never met him personally.  I would say
25   prior to that contact I was aware, as in