**EXHIBIT 7**

## CCDA Provider Discharge Summary

| | | | |
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▇▇/1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | Service: EDH | |

### CCDA Provider Discharge Summary
*...continued*

**Reason for Visit**
Reason For Visit excluded/not available
top

**Chief Complaint**
Chief Complaint: Pysch Eval
top

**History of Present Illness**
Additional HPI: This 27-year-old male physician is brought to the emergency department by the program director. They are concerned because of witnessed behavior. Specifically they are concerned about paranoid delusions which seems to be accelerating. Specific examples include witnessing another resident placed something in a locker which he then thought was a bomb and summoning security. He believed that there was a harmful object placed in his pocket by another resident and is having delusions of persecution. The patient denies any fever or physical symptoms other than occasional headache but he has not had 1 in a week. He denies any visual changes. He is also inappropriately accused multiple people of being dangerous simply because they are not displaying ID badges.
top

**Review of Systems**
- Review of Systems excluded/not available

top

**Assessments**
- Current Skin Assessment: No Skin Alterations, Skin Intact

top

**Problems**
Active Problems excluded/not available

top

**Functional Status**
Ambulates without assistance

top

**Hospital Admission Diagnosis**
Hospital Admission Diagnosis excluded/not available        *Status:* Active

top

**Hospital Discharge Diagnosis**

Exhibit 2

Ascension (Elzein) 000275

| CCDA Provider Discharge Summary |||| 
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▇▇/1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | Service: EDH | |

## CCDA Provider Discharge Summary

*...continued*

Hallucinations(R44.3) (780.1)                            *Status:* Active

[top]
### Allergies and Adverse Reactions
Allergies excluded/not available

[top]
### Hospital Admission Medications
Hospital Admission Medications excluded/not available

[top]
### Hospital Discharge Medications
No Current Hospital Discharge Medications

[top]
### Procedures

CT Brain WO Contrast iConnect                            *Status:* Completed
                                                         11-Nov-2020 22:46

CT Brain WO Contrast CT Brain WO Contrast                *Status:* Completed
*Result:* CT brain without contrast 11/11/2020           11-Nov-2020 22:46
Indication: Stuffy nose. Mental status change. Paranoia. Delusions.
Comparison: None.
Technique: Noncontrast.
Findings:
Normal brain parenchymal volume and cerebrospinal fluid spaces. No
hydrocephalus. Satisfactory attenuation in the deep white matter.
Gray-white
matter differentiation well maintained. No large developing territorial infarct,
mass effect or intracranial hemorrhage. The midline structures are
satisfactory.
The orbits, paranasal sinuses, and mastoid air cells are
unremarkable. Calvarium

Ascension (Elzein) 000276

## CCDA Provider Discharge Summary

| | | | |
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▉/1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | | Service: EDH |

### CCDA Provider Discharge Summary

*...continued*

intact.
IMPRESSION:
Normal noncontrast head CT. No acute intracranial process evident.
Dictated by: George Arnold on November 11, 2020 at 23:12
Electronically Signed by: George Arnold on November 11, 2020 at 23:15
Referring M.D.: BRADLEY CALOIA on November 11, 2020 at 19:32

top
**Immunizations**
Immunizations excluded/not available

top
**Medications**
No Current Medications

top
**Medications Administered**
Medications Administered excluded/not available

top
**Past Medical History**
Past Medical History excluded/not available          *Status:* Active

top
**Family History**
Family History excluded/not available

top
**Social History**
Never smoked tobacco          Recorded: 12-Nov-2020

top
**Health Concerns**
Health Concerns excluded/not available

top

| CCDA Provider Discharge Summary |||||
|---|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: /1992 | | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | | Service: EDH | |

## CCDA Provider Discharge Summary

*...continued*

### Goals

Goals excluded/not available

top

### Hospital Discharge Instructions

- Hospital Discharge Instructions excluded/not available

top

### Medical Equipment

Medical Equipment excluded/not available

top

### Plan of Treatment

influenza, H5N1-1203 [inactive]          *Scheduled for Administration*          Request

Plan Of Treatment Entries excluded/not available

top

### Results

| Drug Screen, Urine | Ordered On: 11-Nov-2020 21:34 | |
|---|---|---|
| 11-Nov-2020 22:03 | Amphetamines, Urine Positive (Abnormal) | Range: Negative |
| | Barbiturates, Urine Negative (Normal) | Range: Negative |
| | Benzodiazepines, Urine Negative (Normal) | Range: Negative |
| | Cocaine Metabolites, Urine Negative (Normal) | Range: Negative |
| | Opiates, Urine Negative (Normal) | Range: Negative |
| | Cannabinoids, Urine Negative (Normal) | Range: Negative<br>Comments: This urine drug screen is a qualitative test intended for drugs of |