# EXHIBIT 8

| Psychosocial Assessment | | | |
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▮/1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | Service: EDH | |

*** Start of Document ***

Service Date: 11/11/2020 21:01

## Psychosocial Assessment

Psychosocial Assessment

Last Saved By:   Kathleen Scott              Last Saved On:  11/11/2020 09:24 PM
Created By:     Kathleen Scott              Created On:     11/11/2020 09:01 PM

PCP Info

PCP as discussed with patient         Answers:  Name

Veteran Evaluation

Are you a Veteran?                    Answers:  No

Presenting Problem:

Presenting Problem and Precipitating Factor
Notes:
Spoke with Dr. Caloia who reports pt. is a resident physician here, reports pt. was brought to ED by his program director Dr. Pawlaczyk and a fellow resident physician who expressed concern that pt. has been exhibiting symptoms of paranoid ideation, delusional ideation and are concerned for pt's safety. Per Dr. Caloia reports they provided specific example of pt. contacting security due to feeling as though another resident had possibly placed a bomb in a locker, pt. feeling as though another resident had placed something harmful in his pocket, feeling as though some people are dangerous due to not displaying ID badge. Dr. Caloia is requesting inpatient psychiatric placement be facilitated due to concerns for pt's safety and safety of others. Met with pt. RN Rachel at bedside. Introduced self, role. Inquired about events prompting ED visit. Pt. states "sinus drainage past few days." Pt. denies any medical or mental health history. Does admit to contacting security around 830am today states "just kind of suspicious" reports an individual had their "head down." Reports they "made me feel uncomfortable." Pt. when asked if he had been concerned about their being a bomb stated that was "security making a joke." Pt. did not elaborate further. Pt. is denying suicidal or homicidal ideation or any history. Pt. is denying experiencing any hallucinations. Denies paranoid ideation, denies feeling others are targeting him or trying to harm him. Pt. reports "feeling tired."

Mental Health Assessment

Orientation                           Answers:  Person
Place
Situation

Ascension (Elzein) 000295

## Psychosocial Assessment

| | | | |
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▓▓/1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | | Service: EDH |

### Psychosocial Assessment

...continued

Time
Eye Contact   Answers: Fair
Countenance   Answers: Composed
Motor Activity   Answers: Appropriate
Appearance   Answers: Well Groomed
Attitude
Notes:
cooperative during assessment with SW. Later when RN staff and physician discussed need for pt. to provide belongings so that security could lock
them up pt. refusing, becoming suspicious wanting documentation of treatment plan and disposition, NPI numbers before he would give RN staff his
belongings.
Affect   Answers: Labile
Interaction   Answers: Difficult to engage
Mood   Answers: Anxious
Speech   Answers: Appropriate
Insight / Judgement   Answers: Poor Judgement
Mentation
Notes:
Concern for delusional ideation and paranoid ideation
Hallucinations   Answers: Absent
Notes:
Pt. denies
Suicidality   Answers: Not Present
Notes:
Pt. denies any suicidal ideation. Denies history of suicidal thoughts
Homicidality   Answers: Not Present
Notes:
Pt. denies homicidal ideation. Denies history of homicidal thoughts

Personal History/Social Factors

---

Family / Living Situation/ Peer Groups
Notes:
Pt. reports he is single. Reports he moved to U.S. from Sudan age 10. Pt. reports he grew up in Colorado. Reports his mother and sister currently
reside in California. Pt. reports his dad is in "the Gulf."
Marital / Relationship Issues
Notes:
Pt. reports he is single
Schooling/Vocational/Educational Background
Notes:
Medical school, currently in residency
Employment
Notes:

Ascension (Elzein) 000296

| Psychosocial Assessment | | | |
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▮/1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | Service: EDH | |

## Psychosocial Assessment

...continued

Pt. reports he is a first year internal medicine resident here
Financial
Notes:
Pt. per registration has Smarthealth coverage
Legal History
Notes:
Pt. denies
Medical/Emotional/Health Issues. Include any disabilites
Notes:
Pt. denies
Support Systems
Notes:
Pt. spoke of speaking with mother via phone tonight
Sleep Disturbance
Notes:
Pt. states "it's ok." Reports sleeping "5-6 hours a night"
Appetite Disturbance
Notes:
Pt. denies appetite issues
Patient's sexual history and identification
Notes:
Pt. reports identifies as "male" and "straight"
Does patient have history of physical or sexual abuse as either the abuser or the abused?
Notes:
Pt. denied. hx. of childhood trauma

Substance Use

Abused Substances
Notes:
Pt. denies any substance abuse

Psychiatric History

Plan
Notes:
RN Dawn at bedside. Spoke with pt. to discuss physician requesting transfer to inpatient psychiatric facility once medically clear. Discussed bed
search process. Writer spoke with Amy at Ascension Rochester reports bed availability and that they require a Covid test. Writer spoke with Dr.
Caloia who ordered Covid test, pt. was also notified of Covid test and reported agreeable.
Previous Psych Diagnosis / Maladaptive Behaviors
Notes:

Ascension (Elzein) 000297

| Psychosocial Assessment |
|---|

| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
|---|---|---|---|
| Location: ED (HPC) | DOB: ▮1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | | Service: EDH |

### Psychosocial Assessment

*...continued*

noPt. denies any mental health history

## SW Continued Stay Note

| | | | |
|---|---|---|---|
| Patient Name: ELZEIN, AHMED | MR#: 4466051 | Visit#: 14466051002 | Admit Date: 11/11/2020 |
| Location: ED (HPC) | DOB: ▮ 1992 | Age: 27y | Gender: Male |
| Attd Phys: Ellis, William | Visit Status/Type: DSC / Emergency | Service: EDH | |

*** Start of Document ***                                                                       Service Date: 11/11/2020 22:22

### SW Continued Stay Note

SW Continued Stay Note

Last Saved By:   Kathleen Scott               Last Saved On:  11/11/2020 10:58 PM
Created By:     Kathleen Scott               Created On:     11/11/2020 10:22 PM

Note

Other
Notes:
After SW assessment spoke with RN Rachel, pt. refusing to get into gown and provide staff with his beloingings. Dr. Caloia presented to room to meet
with pt. Writer accompanied RN Dawn to meet with pt. Discussed process for security locking pt's belongings up, support provided. Informed pt.
security would provide him with receipt of all of his belongings for his records. Pt. reported he needed all documentation and "NPI" numbers and
documentation of where he would be going before he would provide staff his belongings for security to inventory and lock up. RN Dawn reviewed the
process again and discussed need for pt. to provide his belongings while placement being sought, writer discussed with pt. he would be notified of
accepting facility and accepting provider info prior to transfer. Support, reassurance provided. Spoke with ED manager Al. Noted security presented
to room to speak with pt. Writer left message x 2 for Dr. Pawlaczyk surrounding specific witnessed safety concerns -pt. verbalized Dr. Pawlaczyk and
resident who accompanied to ED able to visit participate. Referral faxed to Ascension Rochester, spoke with Amy at Ascension Rochester to notify
writer faxed referral. Noted UDS amphetamine +. Pt. denied any substance abuse to writer or being on any medications. Spoke with RN Rachel. Met with
pt. Provided update. Pt. now reporting he is prescribed "adderall 30mg twice a day." Message left for Amy at Ascension Rochester to inquire about
status.
Discharge Plan
Notes:
Inpatient psychiatric placement
Discharge Plan is not complete at this time due       Answers:   Pending Appropriate Available Bed
to

Ascension (Elzein) 000299