**EXHIBIT 10**

CONFIDENTIAL - subject to protective order

**From:** Andrew Vosburgh <■■■■■■■■■■■■■■■■■■■■■■>
**Sent:** Monday, January 25, 2021 2:24 PM
**To:** Marney Daugherty
**Subject:** Fwd: IM resident-AGH

---------- Forwarded message ---------
From: **Barbara Pawlaczyk** <■■■■■■■■■■■■■■■■■■■>
Date: Thu, Nov 12, 2020 at 7:16 AM
Subject: IM resident-AGH
To: Andrew Vosburgh <■■■■■■■■■■■■■■■■■■■■■>

Dear Dr. Vosburgh,

==Dr. Elzein who was supposed to be evaluated by you next Monday was escorted yesterday to ED and based on the information I have, was admitted to a psychiatric hospital.==

Could you please advise me on the next step? I assume that he would have to be evaluated by you before coming back to work.
I am going to contact HR as well but is there anything else that I am supposed to do? Can or should I contact his family? I know that they were aware of his situation yesterday. Dr. Elzein did not want to go to ED but finally he agreed. I am glad that he did because now he will get needed help.

Thank you so much for your help and advice. I really appreciate it.

-Barbara

Barbara Pawlaczyk, MD, FACP
Program Director
Internal Medicine Residency Program
Ascension Genesys Hospital
810-606-5000

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000791