**EXHIBIT 11**



**HAVENWYCK HOSPITAL**
Auburn Hills, Michigan 48326

ELZEIN, AHMED
M# 000097619 11/13/1992
1054315-0014 11/12/2020
BCBS ASCENSION SMART HEA
D. YOON MD  M IPL

NURSES SECTIONS-YELLOW Pages 1-17
SOCIAL WORKERS SECTIONS-BLUE Pages 18-25
RECREATIONAL THERAPY-GREEN Page 26

**INTEGRATED ASSESSME...**

## IDENTIFYING INFORMATION/NURSING

| | |
|---|---|
| Patient Name: Ahmed Elzein | Date: 11-12-2020  Time: 0400 |
| Gender: ☒M ☐F ☐TG: | Preferred Pronoun & Name: |
| DOB: 11.13.92  Age: 27 | Eye Color: Brown  Hair Color: Black |
| Address: 7016 Cedar Rainbow  City: Grand Blanc | State: MI  Zip: 48439 |
| Parent/Legal Guardian/DPOA Name: | Relationship to Patient:  Phone #: |

Best Contact for parent/guardian for medication consents:

Marital Status: ☐Single ☐Married ☐Partner ☐Separated ☐Divorced ☐Widowed
Race: Middle Eastern/Asia  Sudanese

What form of transportation did the patient utilize to arrive at the facility?
☐Family or friend  ☐Personal vehicle  ☐Facility Transport  ☐Non-emergent transport  ☐Law Enforcement  ☒Ambulance  ☐Medicaid Transport  ☐Other:

Patient accompanied by: EMS
Is patient DHS Ward of Court: ___ Temp/Permanent?
DHS Worker Name/Number:

Transferred from and/or Referring Professional (check one):
☒Emergency Department: Ascension Genesys
☐Scheduled assessment
☐Walk-In  ☐Other:
☐Voluntary  ☒Involuntary
☒Petition & Clinical Certificate Reviewed

Date of last Physical: Ref  Date of Last Tetanus: Ref

## VITALS

| Height: | Weight (actual): | Weight (stated): | BMI: |
| Temperature: | Respirations: | Pulse: | BP:  / |

Ref  Ref

## ALLERGIES

☐NKA ☐Iodine ☐Tape ☐Peanuts ☐Latex ☐Shellfish  Type of Reaction: _____

Medication: _____  Type of Reaction: _____
Medication: _____  Type of Reaction: _____
Other: _____  Type of Reaction: _____

Pt Ref

## PRESENTING PROBLEM

SOURCE OF INFORMATION:
☐Patient ☐Legal Guardian/DPOA ☒Records ☐Collateral Information provided by:

**CHIEF COMPLAINT (in patient's own words):**

Pt Ref to answer, stating "I do not know why I'm here."

Page 1 of 33  Form 301 May 6 2020 Rev



**HAVENWYCK HOSPITAL**
Auburn Hills, Michigan 48326
**INTEGRATED ASSESSME**

ELZEIN, AHMED                                  2
M# 000097619  11/13/1992
1054315-0014-11/12/2020
BCBS ASCENSION SMART HEA
D. YOON MD   M IPL

NURSES SECTIONS - YELLOW Pages 1-17
SOCIAL WORKERS SECTIONS - BLUE Pages 18-25
RECREATIONAL THERAPY - GREEN Page 26

## PROBLEM REQUIRING TREATMENT
*Must be completed within 72 hours (Acute Units & PHP) Must be completed prior to Tx Plan.*

**SOURCE OF INFORMATION:**
☑ Patient  ☐ Parent/Legal Guardian/POA  ☑ Records  ☐ Collateral Information provided by:

Reason for treatment/ Chief complaint / Perception of the situation in the patient's own words:

Per patient: "I don't know, I guess I was stressed out."

Current symptoms: drowsiness, poor eye contact, vague responses, poor insight, paranoia + delusions.

What are your goals for treatment?

"I don't know"



**HAVENWYCK HOSPITAL**
Auburn Hills, Michigan 48326

**INTEGRATED ASSESSME[NT]**

ELZEIN, AHMED  27
M# 000097619  11/13/1992
1054315-0014  11/12/2020
BCBS ASCENSION SMART HEA[LTH]
D. YOON MD    M IPL

NURSES SECTIONS-YELLOW Pages 1-17
SOCIAL WORKERS SECTIONS-BLUE Pages 18-25
RECREATIONAL THERAPY-GREEN Page 26

## SAFETY RISK / CONCERNS

TION TO ALL SAFETY RISK / CONCERNS IDENTIFIED BY THERAPIST. INCLUDE ALL SAFETY RISK / CONCERNS IDENTIFIED BY VISUAL CUE SHEET, A&R, NURSING & PSY. EVAL. EACH ITEM CHECKED MUST BE LISTED ON PRIORITY PROBLEM LIST IN TREATMENT PLAN SECTION.

- [ ] Suicide Risk / Danger to Self
- [ ] Self-Injury Risk
- [ ] Homicidal
- [ ] Assault Risk/ Danger to others
- [ ] Sexual Acting-Out (SAO) Risk-AGGRESSOR
- [ ] VICTIM-Trauma,/Abuse
- [ ] Elopement Risk
- [x] Psychosis   AH   VH   TH / Command
- [ ] Substance Use/Abuse/Dependence
- [ ] Mania / Anxiety / Panic attacks
- [ ] Other _____

## CLINICAL FORMULATION AND SUMMARY

Per Clinical Certificate: This patient is a resident physician. His program director and a fellow resident express concern for his safety. They cite delusional behavior including accusing a work mate of placing a bomb in a locker and accusing a fellow of placing a "toxic, dangerous item" in his pocket.

Pt is a 28 yo male who presented calm yet guarded in his responses. He has poor insight into the reason for his hospitalization. He had poor eye contact and was [illegible] flat affect. He denied [illegible]. He denied any family history of mental illness. Pt did agree to take medications prescribed by doctor. Pt was prescribed Risperdal 2mg.

What are the necessary steps for discharge to occur ? Describe interventions needed to address discharge barriers:

mood stabilization
medication compliance
[illegible] decrement of H[?]
attend group therapy
commit to aftercare


**HAVENWYCK HOSPITAL**
Auburn Hills, Michigan 48326

**INTEGRATED ASSESSMEN.**

ELZEIN, AHMED
M# 000097619  11/13/1992
1054315-0014  11/12/2020
BCBS ASCENSION SMART HEA
D. YOON MD   M IPL


NURSES SECTIONS-YELLOW Pages 1-17
SOCIAL WORKERS SECTIONS-BLUE Pages 18-25
RECREATIONAL THERAPY-GREEN Page 26

Identify the high risk psychosocial issues that requiring early treatment planning and intervention (i.e.; unattended children, adult caregiver for another, etc.)

None

Community resources and supports for utilization in discharge planning ? (i.e.; aftercare treatment resources, housing, financial aid)

Private Outpatient

Anticipated social work role in treatment and discharge planning?

Provide support and guidance
Provide psychoeducation
Contact family
arrange aftercare

| Title | Printed Name & Licensure | Signature | Date | Time |
|---|---|---|---|---|
| Completed by: Social Worker | Noor A Sein, MSW/AEW | N Sein, MSW | 11-13-20 | 1652 |

| | |
|---|---|
| **HAVENWYCK HOSPITAL** | **Patient Name:** ELZEIN, AHMED |
| 1525 University Drive | **Physician:** DO SYNG YOON, MD |
| Auburn Hills, MI 48326 | **MRN:** 097619 |
| | **Admit Date:** 11/12/2020 |
| | **Unit:** UNTD IPL |

This patient care visit is being conducted via telemedicine.

Staff present with the patient during this telemedicine session: Eric Hill.

**DATE AND TIME EVALUATED:** 11/12/2020 at 10:50 a.m.

**AGE:** 27 years

This is a 27-year-old single African American male, who lives by himself.

**JUSTIFICATION FOR HOSPITALIZATION:** He was very suspicious, paranoid, delusional. He believes that people put harmful objects in his pocket.

**CHIEF COMPLAINT:** He states that he was not doing well and tired. He was lacking sleep.

**HISTORY OF PRESENT ILLNESS:** He has no previous psychiatric treatment. He stated that he was overworking. He was tired and lacking sleep at night. He stated that some of his friends became very concerned about him, but he did not go into details; however, it was reported that he was acting bizarre. He was suspicious, paranoid, delusional. He said people putting some harmful objects in his pocket such as putting poisons. His training director became very concerned.

**PAST PSYCHIATRIC HISTORY:** None.

**CURRENT PSYCHIATRIC MEDICATIONS:**

**SUBSTANCE ABUSE/DEPENDENCE/USE HISTORY:** None.

**MEDICAL HISTORY:** None.

**ALLERGIES:** None.

**SOCIAL HISTORY:** He is living by himself, working as internal medicine resident. His parents are still married and living together. He grew up with them. He denies being abused while growing up. He is currently internal medicine resident. He has no legal issues.

**FAMILY HISTORY:** Family history of mental illness: None.

---



TELEMEDICINE PSYCHIATRIST EVALUATION
ADMISSION HISTORY AND EXAMINATION

HAVENWYCK HOSPITAL

Patient Name: ELZEIN, AHMED                MRN: 097619

## MENTAL STATUS EXAMINATION:

| | |
|---|---|
| General Appearance: | He is casually dressed. |
| Attitude/Behavior: | He is guarded, evasive. |
| Motor Activity: | Within normal limit. |
| Affect: | Blunted. |
| Mood: | Anxious. |
| Speech/Language: | Speech: Normal. |
| Thought Processes: | Logical. |
| Thought Content: | He is paranoid and delusional. |
| Suicidal Risk: | He is not expressing anything suicidal. |
| Homicidal Risk: | He is not expressing anything homicidal. |
| Orientation: | Fully oriented to time, place, and person. |
| Concentration/Attention Span: | Concentration: Intact. Able to stay focused in conversation throughout the interview. |
| Recent Memory: | Intact. He can give some of circumstances leading to admission. |
| Remote Memory: | Intact. Able to give past life events. |
| Abstract Reasoning: | Intact. Able to understand questions clearly, giving relevant replies. |
| Intelligence: | Average. Good with vocabulary. |
| Judgment: | Poor. Poor behavior prior to admission. |
| Insight: | Poor. Poor understanding into the nature of his mental illness. |

## ADMITTING DIAGNOSES:
**Psychiatric:** Psychotic disorder, not otherwise specified (NOS).
**Medical:** None.
**Psychosocial and Contextual Factors:** To be further assessed.

**PATIENT ASSETS:** Average intelligence, employed, being in good physical health.

**PATIENT LIMITATIONS:** Poor insight.

**PROBLEM LIST:** Delusional and paranoid, poor insight.

**INITIAL PLAN OF CARE:** To provide with history and physical plus routine lab studies. He is started on Risperdal.
**Program services:** He is to receive medication management, group therapy, and recreational therapy on a daily basis.
**Specific focus of treatment/services/care:** To control symptoms of psychosis, to improve insight into the nature of his mental illness and his need for continued treatment.
**Medication plan:**

---

TELEMEDICINE PSYCHIATRIST EVALUATION
ADMISSION HISTORY AND EXAMINATION

## HAVENWYCK HOSPITAL

**Patient Name:** ELZEIN, AHMED              **MRN:** 097619

**Estimated length of stay:** 1 week.

**INITIAL DISCHARGE PLAN:** To refer him to outpatient clinic upon discharge from the hospital.

**PROGNOSIS:** Fair.

I certify that:
- This patient requires hospitalization. This may include diagnostic studies.
- The hospitalization is age appropriate.
- There is a likelihood of a positive outcome.

**On the basis of current available information, I anticipate that this patient will require medically necessary care beyond two (2) midnights.**

Electronically Signed on 11/15/2020 07:45:23 PM (GMT 5:0)
Do Syng Yoon, MD

DSY/cp/mk
**DD:** 11/12/2020 01:49:08 PM
**DT:** 11/12/2020 06:09:27 PM
**Job #:** T1292417

---

TELEMEDICINE PSYCHIATRIST EVALUATION
ADMISSION HISTORY AND EXAMINATION

Job #T1292417                                                                                                             Page 3 of 3

**HAVENWYCK HOSPITAL**
1525 University Drive
Auburn Hills, MI 48326

| | |
|---|---|
| Patient Name: | ELZEIN, AHMED |
| Attending: | DO SYNG YOON, MD |
| Medical Doctor: | Namdeo Kale, MD |
| MRN: | 097619 |
| Admit Date: | 11/12/2020 |
| Interview Date: | 11/12/2020 |
| Date of Birth: | 11/13/1992 |
| Unit: | UNTD |

**DATE AND TIME OF THE EXAMINATION:** 11/12/2020, at 7:08 p.m.

**REASON FOR CONSULTATION/CHIEF COMPLAINT:** New patient H and P.

**HISTORY OF PRESENT ILLNESS:** This is a 28-year-old very pleasant male, who is currently admitted in the psychiatric facility in Havenwyck Hospital with unspecific psychosis. Patient denies any fever, chills, nausea, vomiting, diaphoresis. No cough. No expectoration. No hematemesis, melena, or hematochezia. Patient apparently was not sleeping well and also takes amphetamine for his ADHD, it is prescribed by the psychiatrist. He is not sleeping well due to patient is awake in the night and connectivity of online activity with friends. Patient denies any other issue, but he was tired and not sleeping well. Also, the patient noticed one time that during this phase, one of his colleagues, whom he did not know, had a locker next to him, came into the locker room area and put his head down put something in the locker, which caused him to become suspicious. Otherwise, no cough, no expectoration. No hematemesis, melena, or hematochezia. No COVID-19 exposure.

**PREVIOUS PSYCHIATRIC ILLNESS:** Significant for ADHD.

**PRESENT MEDICAL ILLNESS:** Flat feet, insomnia, and fatigue.

**PREGNANCY HISTORY/STATUS:** Male patient, not applicable.

**PREVIOUS MEDICAL ILLNESS:** Significant for flat feet, insomnia, fatigue.

**PREVIOUS SURGERIES:** Denies any.

**KNOWN ALLERGIES:** No known drug allergies.

**SOCIAL HISTORY:** Patient denies use of alcohol, tobacco use, illicit drugs.

**FAMILY HISTORY:** Noncontributory.

**CURRENT MEDICATIONS:** Patient takes amphetamine 30 mg b.i.d.

**REVIEW OF SYSTEMS:** A 14-point review of systems obtained. Pertinent positive, negative documented in chart.



**HISTORY AND PHYSICAL**

Job #T1293646

Page 1 of 3

HAVENWYCK HOSPITAL

Patient Name: ELZEIN, AHMED  MRN: 097619

**GENERAL APPEARANCE AND PHYSICAL EXAMINATION:**
**General Appearance:** Patient is alert, oriented x3, not in acute distress. Patient was cooperative.
**Vital Signs:** Patient's vitals are stable. Blood pressure is stable in the chart.
**HEENT:** Normal.
**Neck:** Supple. JVD is not raised.
**Lymph Nodes:** Normal.
**Chest:** Bilateral air entry is equal.
**Heart:** S1, S2 is normal. There is a S4 present. There is a small systolic murmur, which is in the aortic area.
**Abdomen:** Soft, nontender. Bowel sounds plus.
**Spine and Extremities:** Show foot calluses and flat feet.
**Skin:** No rashes.
**Neurologic:** CNS: No lateralizing sign. Cranial nerve examination: Grossly intact, I through XII. Motor system examination: Power is 5/5 in all 4 extremities without any incoordination or atrophy. Gait is normal.
**External Genitalia (or reason for deferral):** Deferred because of no symptom.
**Pelvic Exam (or reason for deferral):** Not applicable in male patient.
**Rectal Exam (or reason for deferral):** Deferred because of no symptom.

**ASSESSMENT:**
1. Foot calluses.
2. Flat feet.
3. Insomnia.
4. Fatigue.
5. Unspecific psychosis.
6. Attention deficit hyperactivity disorder (ADHD).
7. EKG revealed left ventricular hypertrophy (LVH).

**RECOMMENDATIONS/PLAN:** We will continue current care. Discuss with patient about sleep hygiene and follow up with psychiatrist for ADHD and also he would benefit from a 2D echo. Patient understands the recommendation and he will follow.

Electronically Signed on 11/14/2020 09:34:42 AM (GMT 5:0)
Namdeo Kale, MD

NK/vr/rk/sc
**DD:** 11/13/2020 12:38:56 AM
**DT:** 11/13/2020 04:14:25 PM
**Job #:** T1293646

HISTORY AND PHYSICAL

Patient Name: ELZEIN, AHMED    MRN: 097619

| | |
|---|---|
| **HAVENWYCK HOSPITAL** | **Patient Name:** ELZEIN, AHMED |
| 1525 University Drive | **Physician:** DO SYNG YOON, MD |
| Auburn Hills, MI 48326 | **MRN:** 097619 |
| | **Admit Date:** 11/12/2020 |
| | **Unit:** UNTD |

**This patient care visit is being conducted via telemedicine.**

**Staff present with the patient during this telemedicine session:** Lindsey, RN.

**DATE AND TIME SEEN:** 11/13/2020 at 8:15 in the morning.

**RESPONSE TO TREATMENT/PROGRESS TOWARDS GOALS/SIGNIFICANT UPDATES:** He seems to be guarded. He stated that he got stressed out and lacking sleep prior to admission. He partly admitted he got paranoid prior to admission, but he does not seem to have good insight into unusual behavior prior to admission. He gets irritated at times. He denies hearing voices.

**MENTAL STATUS EXAMINATION:** Casually dressed. Evasive. Not agitated. Appropriate affect. Stable mood. Normal speech. Logical thought process. Still paranoid. Insight: Poor. Judgment: Poor.

**ASSESSMENT:** He remains unchanged.

**TREATMENT PLAN:** To keep him in the hospital for the next 4 to 5 days and to continue the current treatment plan with medications he is taking.

"I certify that the inpatient psychiatric facility services furnished since the previous certification were, and continue to be, medically necessary for, either treatment which could reasonably be expected to improve the patient's condition or diagnostic study and that the hospital records indicate that the services furnished were either intensive treatment services, admission and related services necessary for diagnostic study, or equivalent services.

I certify that the patient continues to need, on a daily basis, active treatment furnished directly by or requiring the supervision of inpatient psychiatric facility personnel."


Electronically Signed on 11/15/2020 07:49:27 PM (GMT 5:0)
Do Syng Yoon, MD

DSY/yr/sc
**DD:** 11/13/2020 12:05:37 PM
**DT:** 11/13/2020 10:42:12 PM
**Job #:** T1294224



**TELEMEDICINE PSYCHIATRIC PROGRESS NOTE**

Job #T1294224                                                                                                       Page 1 of 1


**HAVENWYCK HOSPITAL**
Auburn Hills, Michigan 48326

```
ELZEIN, AHMED                    2
M# 000097619  11/13/1992
1054315-0014  11/12/2020
BCBS ASCENSION SMART HEA
D. YOON MD    M IPL
```

## TRANSITION OF CARE: DISCHARGE PLAN – PART I (To be completed by Physician)

**REASON FOR ADMISSION:** Paranoid & racing thoughts, delusions+

**Procedures/Tests Performed During Hospitalization:** ☐ Lab  ☐ X-ray  ☐ EKG  ☐ Other
**Summary of Results:** N/A

Are there any lab or x-ray results pending at discharge? ☐ Yes  ☑ No _____

If yes, Facility Contact/Phone # to obtain results of any pending tests: _____

**MEDICAL FOLLOW-UP REQUIRED:** Followup w/ primary care providers

**PCP FOLLOW-UP, if applicable:** ☐ Yes  ☐ No

**LAB FOLLOW-UP, if applicable:** ☐ Clozaril/CBC last level: ____   Next level due: ☐ 1 week  ☐ 2 weeks
☐ Blood Level necessary:   ☐ Depakote   ☐ Lithium   ☐ Other

**DIET:** ☑ Regular  ☐ Special diet _____   **Activity Restrictions:** N/A

**Tobacco Cessation Medication at Discharge:**
☐ N/A (Pt is not a smoker or smokes less than ¼ pk per day.)
☑ Patient declined smoking cessation medications at the time of discharge.
☐ OTC/prescription medications for tobacco cessation are recommended and listed on discharge medication document.

**DISCHARGE MEDICATIONS:** (See attached Discharge Medication Reconciliation Document.)

### DISCHARGE DIAGNOSES and FUNCTIONING

**Psychiatric Diagnosis:** psychotic D/o. N.O.S

**Psychiatric Functioning at time of Discharge:** stable

**Medical Diagnosis:** none

**Medical Functioning at time of Discharge:** n/a

Dr. Yoon
**Physician Printed Name**    **Signature**    **Date** 11/13/20   **Time** 12:14

Form 202: February 2020 Rev.