# EXHIBIT 12

Case 2:22-cv-12352-BRM-CI   ECF No. 26-13, PageID.415   Filed 03/25/24   Page 2 of 2



**HAVENWYCK HOSPITAL**

11/17/2020

RE: Ahmed Elzein
DOB: 11/13/1992

To Whom It May Concern:

This letter is being written on behalf of Mr. Ahmed Elzein. Please be advised that Mr. Elzein was hospitalized at Havenwyck Hospital on 11/12/2020 under the care and supervision of Dr. Yoon. He was discharged on 11/17/2020. Please excuse Mr. Elzein from all work related obligations he may have missed during his hospitalization. He can return to work on 11/23/20 with no restrictions.

For any additional questions or concerns, please contact the social work department at 248-373-9200 extension 8049

Sincerely,

Noni A. Stein, LMSW, ACSW
Clinical Social Worker