# EXHIBIT 13

CONFIDENTIAL - subject to protective order

11/30/2020 @ 4:30pm call with Ahmed Elzein and Barbara Pawlaczyk, Marney Daugherty (notes)

We need return to work clearance due to the behaviors you exhibited when you went to the ER. We need this clearance from Dr. Vosburgh or the physician that treated these behaviors. If you provide a letter it needs to state the dates you were seen, treated and cleared from work

Dr. Elzein will provide a return to work note.

You can provide the note to me or I'll get a contact in Occupational Health

Dr. Elzein - What did you tell Occ Health when you say them to return to work? Dr. Elzein said I told him I was stressed out at work, not feeling well, runny nose. I went to the ER although I didn't see a clear reason to go to the ER.

Did you tell her you were admitted to the hospital? Yes and I was discharged.

Asked Dr. Pawlaczyk to leave because Dr. Elzein wanted to talk to me

I felt uncomfortable when they asked me to go to the ER. I was feeling stressed because I had just raised issues to my senior Dr. Natalia Baj-osiewicz about an incident that occurred.
On November 11, 2020 I was in the intern room (for 1st years) praying and an ER resident, Brett Hinsley told me to go back where I came from. Another internal medicine resident witnessed the event, Kanksha Peddi and a female gynecological intern, I don't know her name. I told Natalia and she said I should tell Dr. Pawlaczyk. I told Dr. Pawlaczyk and she didn't believe me and it stressed me out. They forced me to go to the ER and called security, security came with a wheelchair to intimidate me. They said if you don't come we will take you without choice. I felt scared at that point and went.

I've been one of the best residents and I didn't understand what was going on. The physician got her side of the story and then came to me. ER physician agreed with her and then another physician saw me and didn't think I had symptoms. However, Dr. Pawlaczyk and Dr. K (ER physician) signed a letter to admit me to another hospital. The ER physician directed the nurses to take my belongings including my phone.

Marney confirmed he did apply for a leave of absence.

I don't want to be seen by Dr. Vosburgh, he knew all my medical information and deficiencies in my work performance. He made me uncomfortable. Marney said what information did Dr. Vosburgh share? He knew the hospital I was admitted to. Marney

CONFIDENTIAL - subject to protective order
Ascension (Elzein) 000613

CONFIDENTIAL - subject to protective order

said did you provide the letter from the hospital at your return to work appointment? He said well yes. I said then that is how Dr. Vosburgh knew where you were hospitalized.

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000614