**EXHIBIT 14**

**Ascension Michigan at Work**  Ascension  **MEDICAL STATUS REPORT**

**Ascension Genesys Hospital**
1 Genesys Parkway, Suite 1620
Grand Blanc, MI 48439
Phone: 810-606-5957 | Fax: 810-606-5907

Name: Elzein, Ahmed  Date of Birth: 11/13/1992
Company Name: Ascension Genesys Hospital  Time Arrived: 07:40  Time Out: _____

- ☐ DOT Exam: ☐ Pass ☐ Fail
- ☐ Post-Offer/Pre-Hire Exam: ☐ Pass ☐ Fail
- ☐ Annual Exam: ☐ Pass ☐ Fail
- ☐ MCOLES: ☐ Pass ☐ Fail
- ☐ Hazmat Exam: ☐ Pass ☐ Fail

- ☐ Respirator Clearance: ☐ Pass ☐ Fail
- ☐ Respirator Fit Test: ☐ Pass ☐ Fail
- ☐ Controlled Substance Testing: ☐ Neg ☐ Pos
- ☐ Lift Test: ____ lbs. ☐ Pass ☐ Fail
- ☐ TB Test (PPD): ☐ Neg ☐ Pos
- ☐ Chest Xray: _____

- ☐ Audiogram: _____
- ☐ PFT _____
- ☐ Breath Alcohol Test: _____  ☐ Grip Test: _____  ☐ Other: _____
- ☐ Titers: _____  ☐ Vaccines: _____
- ☐ Remarks: _____

- ☐ Approved  ☐ Approved, pending results of: _____
- ☐ Deferred, pending results of: _____
- ☐ Not Approved:
  - ☐ Comments: _____

- ☑ **Return to Work Status:**
  - ☑ Can return to regular work on: 11/23/2020
  - ☐ Can return to restricted work on: _____ with the following restriction(s): _____

- ☐ Is unable to work

Examiner's comments: _____
Additional comments/remarks: _____

Examiner: Burhan M. Tajour, MD
Examiner Signature: _[signature]_  Date: 11/23/2020
Next Appointment: 11/23/2020  10:45 AM
Patient Signature: _[signature]_  Date: 11/23/2020