**EXHIBIT 16**

CONFIDENTIAL - subject to protective order

**From:** Shakun Pacer < █████████████████ >
**Sent:** Monday, November 30, 2020 12:06 PM
**To:** Andrew Vosburgh
**Subject:** Fwd: Dr. Elzein-phi-

fyi.

Shakun Pacer, RN., B.S.N., https:// ████████████████████

Regional Manager, Ascension Michigan At Work

Ascension Genesys, St. Mary's, Standish & St. Joseph Hospital

Phone: ████████████

Fax: 810-606-5907

Pager: ████████████

████████████████.org

---------- Forwarded message ---------
From: **Shakun Pacer** < ████████████████ >
Date: Mon, Nov 30, 2020 at 9:40 AM
Subject: Fwd: Dr. Elzein-phi-
To: Burhan Tajour < ████████████████████ >

HI Dr. Tajour,
Hope you had a good holiday weekend.

Resident, Dr. Elzein was cleared and RTW by you last Monday which I came to know he was to be seen for a FFD with Dr. Vosburgh but refused to be seen for it. Looks like there was some miscommunication as he should have never been RTW in light of this FFD refusal so I need you to reach out to him to retract his RTW.

I am meeting with the program director this morning to explain things b/c she is asking about his status so I will be informing her that you were not aware of his FFD refusal and had returned him to work based on a non occupational, personal medical clearance.

Let me know if you have any questions. Thanks.

Shakun Pacer, RN., B.S.N., https:// ████████████████████

1

CONFIDENTIAL - subject to protective order

CONFIDENTIAL - subject to protective order

Regional Manager, Ascension Michigan At Work

Ascension Genesys, St. Mary's, Standish & St. Joseph Hospital

Phone: ███████████

Fax: 810-606-5907

Pager: ███████████

███████████████.org

---------- Forwarded message ---------
From: **Jessica Russo** <███████████████>
Date: Wed, Nov 25, 2020 at 12:12 PM
Subject: Re: Dr. Elzein-phi-
To: Shakun Pacer <███████████████████>

Shakun,

My understanding was that he went to the RTW appt at Genesys first and thought he was seeing Dr. Vosburgh afterwards for formality purposes. He should not be cleared to RTW at this point as he refused his Fitness for Duty appointment with Dr. Vosburgh. It appears there was some miscommunication along the way between his program director and Dr. Elzein.

On Tue, Nov 24, 2020 at 9:40 AM Shakun Pacer <███████████████████> wrote:
Jessica,
I see in systoc he was RTW yesterday by Genesys provider. I"m confused now? Can you find out if he is supposed to be working or not b/c if he is to have a FFD and refused, why was he RTW yesterday? I have to get back to his manager about this.


Shakun Pacer, RN., B.S.N., https://████████████████████████████████

Regional Manager, Ascension Michigan At Work

Ascension Genesys, St. Mary's, Standish & St. Joseph Hospital

Phone: ███████████

Fax: 810-606-5907

Pager: ███████████

███████████████.org

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000787

CONFIDENTIAL - subject to protective order

On Tue, Nov 24, 2020 at 5:08 AM Jessica Russo < ██████████████ > wrote:
Hi Shakun,

Emily told me that he arrived at his appointment with Dr. Vosburgh yesterday and refused to be seen. He said he
didn't know it was "this type of appointment" and said he needed to speak with friends/family plus gather paperwork
before he would be able to reschedule.

I'll keep you posted once I know more!

I hope you have a great Thanksgiving!

On Mon, Nov 23, 2020 at 2:32 PM Shakun Pacer < ██████████████ > wrote:
Hi Jessica,
Hope you are doing well.
Do you have any information on this resident and a fitness for duty? See below.


Shakun Pacer, RN., B.S.N., https:// ██████████████████████████

Regional Manager, Ascension Michigan At Work

Ascension Genesys, St. Mary's, Standish & St. Joseph Hospital

Phone: ██████████

Fax: 810-606-5907

Pager: ██████████

██████████████.org




---------- Forwarded message ---------
From: **Helena Kurowski** < ██████████████ >
Date: Mon, Nov 23, 2020 at 2:30 PM
Subject: Re: Dr. Elzein
To: Shakun Pacer < ██████████████ >

<mark>That is a good question.  Something that outlines his ability to return to work?  If you do not have that, could you tell
me if he has been seen in employee health for any reason recently?</mark>

Helena

On Mon, Nov 23, 2020 at 2:25 PM Shakun Pacer < ██████████████ > wrote:

Ascension (Elzein) 000788

CONFIDENTIAL - subject to protective order

Hi Helena,
What type of "report" are you looking for?


Shakun Pacer, RN., B.S.N., https://███████████████████████████

Regional Manager, Ascension Michigan At Work

Ascension Genesys, St. Mary's, Standish & St. Joseph Hospital

Phone: ██████████

Fax: 810-606-5907

Pager: ██████████

██████████████.org



On Mon, Nov 23, 2020 at 2:03 PM Helena Kurowski <████████████████████████> wrote:

Shakun, have you done (or made arrangements for) any sort of "fit for duty" evaluation on my resident, Ahmed Elzein?  Dr. Elzein states he has spoken with your office, but we have not received any reports.

Thank you,

Helena


--
Helena M. Kurowski, Program Manager
Internal Medicine Residency
Ascension Genesys Hospital
1 Genesys Parkway
Grand Blanc, MI  48439
T: ██████████
F:810-606-5636
www.genesys.org/meded



--
Helena M. Kurowski, Program Manager
Internal Medicine Residency
Ascension Genesys Hospital
1 Genesys Parkway
Grand Blanc, MI  48439
T: ██████████

4

Ascension (Elzein) 000789

CONFIDENTIAL - subject to protective order

F:810-606-5636
www.genesys.org/meded

--
Jessica Russo
*BSN, RN, Ascension Michigan at Work*
**Ascension Providence Hospital - Novi Campus**
47601 Grand River Avenue Suite B230
T: ███████████
F: 248-465-4872

--
Jessica Russo
*BSN, RN, Ascension Michigan at Work*
**Ascension Providence Hospital - Novi Campus**
47601 Grand River Avenue Suite B230
T: ███████████
F: 248-465-4872

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000790