**EXHIBIT 18**

CONFIDENTIAL - subject to protective order

12/2/2020     Ascension Mail - Re: Invitation: Discuss return to work process @ Mon Nov 30, 2020 4:30pm - 5pm (EST) (ahmed.elzein@ascension.org)

**Ascension**                                              **Marney Daugherty** <​███​>

### Re: Invitation: Discuss return to work process @ Mon Nov 30, 2020 4:30pm - 5pm (EST) (ahmed.elzein@ascension.org)
1 message

**Ahmed Elzein** <ahmed.elzein@ascension.org>                     Tue, Dec 1, 2020 at 2:58 PM
To: Marney Daugherty <​███​>

Thank you for your email about not returning to work.
Just to recap on our yesterday's conversation, I want to emphasize that I will abide to any decision based Ascension rules and regulations.

I have a note to return to work without restriction from my physician that I handed over to Ascension occupational health physician. Based on this, Ascension health cleared me to return to work on 11/23. This clearance was entered in the system and accepted by HR that I am to start work on 11/23. Despite this Dr Pawlcaczyk (my program director) advised me not to return to work. For this reason I contacted HR for further assistance.

Just to reaffirm that If determined on objective evidence, as accepted by Ascension policy, that I require a Fit for work assessment I will abide by this decision and Ascension may refer me to any occupational health physician of their choice. I brought up my concerns about Dr Vorsburg regarding him making a biased assessment due to my experience with him where had a prior knowledge of my history without my consent, as well as knowledge of my educational performance.

I am requesting a fair and unbiased assessment from any Occupational health physician within Ascension you recommend, be it within the state of Michigan or anywhere is in the US, even at my own expense.

I am awaiting your reply regarding my return to work following your receipt of my clearance note sent yesterday.
Until I receive further directions from you or my program director, or Human Resources, I will not return to work.
Thank you.

Ahmed Elzein

On Mon, Nov 30, 2020 at 5:10 PM Marney Daugherty <​███​> wrote:
> Thank you for providing the return to work letter. Is this the same letter you gave to Associate Health when you saw Dr. Tajour on 11/23/2020?
>
> Please see attached investigation statement form to write your statement of what happened on November 11th and return to me. Please do not report to work until you hear back from me or Dr. Pawlaczyk.
>
> Thank you,
> **Marney Daugherty**, SHRM-SCP
> Associate Relations Specialist
> Human Resources
>
> 248-███
> **Go to myHR: A one-stop shop of all your HR needs.**
> **Leaders can request an Associate Relations consult**
> **from Manager Zone.** Here's a peek at how quick it is.

https:/███                                                                                       1/2

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000624

CONFIDENTIAL - subject to protective order

12/2/2020     Ascension Mail - Re: Invitation: Discuss return to work process @ Mon Nov 30, 2020 4:30pm - 5pm (EST) (ahmed.elzein@ascension.org)

 Ascension

On Mon, Nov 30, 2020 at 4:56 PM Ahmed Elzein <ahmed.elzein@ascension.org> wrote:

On Mon, Nov 30, 2020 at 1:34 PM Marney Daugherty <​​​​​​​​> wrote:

**You have been invited to the following event.**

### Discuss return to work process

| | | |
|---|---|---|
| When | Mon Nov 30, 2020 4:30pm – 5pm Eastern Time - Detroit | **more details »** |
| Joining info | Join with Google Meet meet.google.com/khq-njyu-apn | |
| | Join by phone (US) +1 ▇▇▇▇▇▇ (PIN: ▇▇▇▇) | |
| | More joining options | |
| Calendar | ahmed.elzein@ascension.org | |
| Who | • Marney Daugherty - organizer<br>• Barbara Pawlaczyk<br>• ahmed.elzein@ascension.org | |

Going (ahmed.elzein@ascension.org)?   **Yes  -  Maybe  -  No**   more options »

Invitation from Google Calendar

You are receiving this email at the account ahmed.elzein@ascension.org because you are subscribed for invitations on calendar ahmed.elzein@ascension.org.

To stop receiving these emails, please log in to https://calendar.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

https:/▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    2/2

CONFIDENTIAL - subject to protective order

Ascension (Elzein) 000625