**EXHIBIT 19**



**Marney Daugherty**   Fri, Dec 4, 4:55 AM

to me

Ahmed,

On Wednesday December 2, 2020 I called you to schedule an appointment with Dr. Vosburgh in Associate Health. You requested I email you the information and I sent the below email asking you to get back to me by end of the day 12/2/2020. As of December 4, 2020 I have not heard from you. As required under the terms of the resident agreement, we need you to be seen by Dr. Vosburgh before returning to work. Your appointment needs to be scheduled for one of the days listed below. If you do not see Dr. Vosburgh by December 11, 2020 we will be forced to put you on an unpaid leave of absence effective December 14, 2020. Please let me know what day and time works best for you.

Monday, December 7th @ 1030 or 1115
Wednesday, December 9th @ 730, 8, 830, 9
Thursday, December 10th @ 7, 730, 8, 830, 1030, 11

**Marney Daugherty**, SHRM-SCP
Associate Relations Specialist
Human Resources

248-308-5799
**Go to myHR: A one-stop shop of all your HR needs.**

**Leaders can request an Associate Relations consult from Manager Zone.** Here's a peek at how quick it is.

Ascension

...

Plt RFPDs 00236



**Ahmed Elzein**

---------- Forwarded message ---------- From: Marney Daugherty <marney.daugherty@ascension.org> Date:

**Marney Daugherty**
to me
Dec 9, 2020 Details

Good Afternoon Ahmed,

I've heard you have been in the hospital, specifically the intern room and using the company computer. You are not cleared to return to work and should not be at the hospital unless you are seeking medical care.

==As a reminder we need you to see Dr. Vosburgh before returning to work and== you still have not responded to me with the day and time you can go to see him. Please let me know today, as soon as possible, if you will see Dr. Vosburgh tomorrow. If you do not see him you will be placed on an unpaid leave of absence 12/14/2020.

I also want to make you aware of our Employee Assistance Program through Lifeworks. If you wish to utilize this free and confidential service the phone number is attached.

Thank you,

**Marney Daugherty**, SHRM-SCP
Associate Relations Specialist
Human Resources

