**EXHIBIT 20**

**AKEEL & VALENTINE, PLC**
ATTORNEYS AND COUNSELORS
888 W. BIG BEAVER ROAD SUITE 420
TROY, MICHIGAN 48084-4736
TEL: (248) 269-9595
FAX: (248) 269-9119
www.akeelvalentine.com

SHEREEF H. AKEEL, P.C.
GLENN L. VALENTINE, P.C.
HASAN KAAKARLI
ADAM S. AKEEL

DEARBORN OFFICE

1360 PORTER STREET, SUITE 200
DEARBORN, MICHIGAN 48124-2823

Mark L. Dailey, PLLC
   Of Counsel

December 31, 2020

***Via Email Transmission: Barbara.pawalacyk@ascension.org***

Dr. Barbara Pawalacyk
Ascension Genesys Hospital
1 Genesys Pkwy.
Grand Blanc, MI 48439

> **RE:** *Elzein, Dr. Ahmed – Residency Program*
> ***7-Day Demand Letter***

Dear Dr. Pawalacyk:

    We have been retained by Dr. Ahmed Elzein to represent him as his attorneys regarding the above-referenced matter. Please, direct all future communications regarding this matter to our office.

    As you are aware, our client, Dr. Elzein – an African American Muslim – signed a Resident Training Agreement with Ascension Genesys Hospital on or about June 17, 2020, to begin his Residency Program. Dr. Elzein's lifelong dream of becoming a Doctor was finally being realized.

    Part of the Residency Training Agreement provided, in part that:

> *Hospital will provide Resident education and training in the clinical program, and it will ensure that the Resident is provided a positive educational environment, conducive to his clinical training.* (See Section 2(A))

    Unfortunately, my client has not been provided the positive environment that your Program promised. In fact, the facts learned by this 26-year civil rights law firm, shocks the conscience, and is a total nightmare for any aspiring first year Resident to experience.

    As you are well aware, on or about November 11, 2020, you had my client involuntarily committed against his will at Havenwyck Hospital for approximately 7 days. My client was utterly humiliated, and experienced extreme trauma. Your efforts to have two (2) female Nurses and at least, three (3) Security Guards commit him is deplorable. Shockingly, the female nurses were repeatedly asking Dr. Elzein to remove his clothing in front of them, or they will cut off his clothing, with no regard to norms of decency and civility. Not only is this outrageous, but demonstrates a total lack of regard and respect to his humanity, and faith. Such inhumane treatment would not occur to a white physician.

Ms. Barbara Pawalacyk, Ascension Genesys Hospital
**RE: *Elzein, Dr. Ahmed – Residency Program***
   ***7-Day Demand Letter***
December 31, 2020
Page 2

Thankfully, a video exists that captures these horrifying events. Not only that, but the video shows my client specifically and politely asking for the nurses and the security guards to identify themselves and their badge number. Disturbingly, however, none of them would reveal this basic information on video, but instead ridiculed his request, remained secretive and threatened to strip him forcefully if he does not take off his clothing in front of them. Again, all of this is captured on video, and the scene is simply horrifying.

Please note, that this ordeal has caused extreme mental and emotional distress to my client. He recalls being carried out shackled to the bed like a prisoner. At one point, and equally mortifying, when he expressed objection to being involuntarily held, he was injected with a sedative drug like some kind of animal being put to sleep. This is appalling.

He, also, specifically recalls refusing to sign any documents, including any Authorization to Release any of his private health information. Later on, in the course of our investigation, we learned that the Authorization document to release his medical information was forged.

My client remained at Havenwyck Hospital and remained involuntarily held against his will until he was released on or about November 17, 2020. Dr. Elzein was then examined by Ascension Occupational Health Doctor, Dr. Tajour, who then gave him the clearance to return to work on November 23, 2020 (Clearance Letter). We have the written Clearance Letter issued by Dr. Tajour.

Subsequently, my client submitted the Clearance Letter to you; and you summarily rejected it, as you were not satisfied with Dr. Tajour's Opinion. You then ordered our client to go see another Occupational Health Doctor, a Dr. Vorsburg.

My client then attempted to grieve your conduct, as is provided for under the Residency Agreement. On December 24, 2020, Ms. Laura Majewski, of Human Resources, advised my client that his Grievance was rejected (without any opportunity to be heard), parroting your demand that in order for him to return to work and the residency program, he needed to get another clearance letter from your hand-picked doctor, Dr. Vorsburg.

The facts described above are egregious, in breach of the Residency Agreement and contrary to ACGME standards. My client signed a Residency Agreement with the hope and aspiration of realizing his dream to be a doctor, and dedicated his future to your Program with the promise that he would be trained in a positive environment. Instead, he found himself falsely imprisoned against his will, injected with narcotics, stripped of his clothing, humiliated, and committed. My client's constitutional rights were grossly violated including being subjected to unreasonable search and seizure.

My client is concerned for his future being entrusted in your program. At this time, we demand: 1) an immediate investigation into this matter so it never ever happens 2) a full review of the resident training policy regarding protocols and procedures in dealing with and training resident physicians 3) being provided a copy of all records and documents including video tapes and surveillance tapes pertaining to the incident and 4) restoration of all rights and privileges to our client.

Ms. Barbara Pawalacyk, Ascension Genesys Hospital
**RE: *Elzein, Dr. Ahmed – Residency Program***
    ***7-Day Demand Letter***
December 31, 2020
Page 3


    Finally, we ask that our client's records, in addition to all evidence and documents relating to the incident in question including all video surveillance and recordings be preserved and not modified or destroyed in any manner.

    We have been given authority by our client to attempt to resolve this matter as well. Please advise this office *within seven (7) days of this letter of your position in handling this very serious matter.*

    Thank you and we look forward to hearing from you.

                                    Very truly yours,

                                    *Shereef H. Akeel*
                                    Shereef H. Akeel

SHA/bldr

Cc:   Client
       Laura Majewski *(Via Email Transmission:* Laura.majewski@ascension.org*)*

O:\Elzein\Pawalaczyk_7-Day Demand Letter_12.31.20.docx