**EXHIBIT 21**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,

                Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

                Defendant.

Case No. 22-cv-12352
Hon. Sean F. Cox
Magistrate Judge: Curtis Ivy, Jr.

| ERIC STEMPIEN (P58703) <br> STEMPIEN LAW, PLLC <br> Attorneys for Plaintiff <br> 38701 Seven Mile Rd., Suite 130 <br> Livonia, MI 48152 <br> (734)744-7002 <br> eric@stempien.com | MAURICE G. JENKINS (P33083) <br> MICHELLE J. LEBEAU (P51440) <br> JACKSON LEWIS, P.C. <br> Attorneys for Defendant <br> 2000 Town Center, Suite 1650 <br> Southfield, MI 48075 <br> (248) 936-1900 <br> Maurice.jenkins@jacksonlewis.com <br> Michelle.lebeau@jacksonlewis.com |
|---|---|

## **DECLARATION OF AHMED ELZEIN**

Ahmed Elzein, being first duly sworn, deposes and states:

1. At no time did I ever state to anyone that I thought that someone had placed a bomb in the residents' lounge on November 11, 2020.'

2. At no time did I ever state to anyone that a fellow resident had placed an unknown object in my pocket.

3. I never told Dr. Pawlaczyk on November 11, 2020 that I had not been sleeping or eating.

1

4. I never told Dr. Baj that every time I close my eyes others in the room would draw closer to me. I never told Dr. Baj that I thought other people at Ascension Genesys Hospital wanted to harm me.

5. I never used any camera to video record my fellow residents.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 24th day of March, 2024.

DocuSigned by:

015DE3D9DADD4B8...

Ahmed Elzein