UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,

           Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

           Defendant.

Case No. 22-cv-12352
Hon.  Sean F. Cox
Magistrate Judge: Curtis Ivy, Jr.

_____/

| ERIC STEMPIEN (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Rd., Suite 130<br>Livonia, MI 48152<br>(734)744-7002<br>eric@stempien.com | MAURICE G. JENKINS (P33083)<br>MICHELLE J. LEBEAU (P51440)<br>JACKSON LEWIS, P.C.<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI  48075<br>(248) 936-1900<br>Maurice.jenkins@jacksonlewis.com<br>Michelle.lebeau@jacksonlewis.com |
|---|---|

_____/

**STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

     The parties, by and through their attorneys, hereby stipulate to the entry of this Order Extending the Deadline for Plaintiff to file his Response to Defendant's Motion for Summary Judgment.

1

IT IS HEREBY ORDERED that the deadline for Plaintiff's Response to Defendant's Motion for Summary Judgment is extended to and shall be filed on or before Monday, March 25, 2024.

Dated: March 27, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Approved for entry:

*/s/ Eric Stempien*
Eric Stempien (P58703)
Attorney for Plaintiff

*/s/ Michelle J. LeBeau (w/consent)*
Michelle J. LeBeau (P51440)
Attorney for Defendant