UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

AHMED ELZEIN,

             Plaintiff,

v.

ASCENSION GENESYS HOSPITAL,

    Defendant.

Case No. 22-cv-12352
Hon. Sean F. Cox
Magistrate Judge: Curtis Ivy, Jr.

_____/

| ERIC STEMPIEN (P58703)<br>STEMPIEN LAW, PLLC<br>Attorneys for Plaintiff<br>38701 Seven Mile Rd., Suite 130<br>Livonia, MI 48152<br>(734)744-7002<br>eric@stempien.com | MAURICE G. JENKINS (P33083)<br>MICHELLE J. LEBEAU (P51440)<br>JACKSON LEWIS, P.C.<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>Maurice.jenkins@jacksonlewis.com<br>Michelle.lebeau@jacksonlewis.com |
|---|---|

_____/

## **STIPULATED ORDER EXTENDING DEADLINE FOR DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

      The parties, by and through their attorneys, hereby stipulate to the entry of this Order Extending the Deadline for Defendant to file its Reply to Defendant's Motion for Summary Judgment.

IT IS HEREBY ORDERED that the deadline for the filing of Defendant's Reply in Support of Its Motion for Summary Judgment is extended to Friday, April 5, 2024.

Dated: March 28, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Approved for entry:

*/s/ Eric Stempien (w/consent)*
Eric Stempien (P58703)
Attorney for Plaintiff

*/s/ Michelle J. LeBeau*
Michelle J. LeBeau (P51440)
Attorney for Defendant