# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AHMED ELZEIN, | Case No. 22-cv-12352 |
|     Plaintiff, | Hon. Sean F. Cox |
| v | Magistrate Judge: Curtis Ivy, Jr. |
| ASCENSION GENESYS HOSPITAL, | |
|     Defendant. | |

ZOOM DEPOSITION OF:   DOSYNG YOON, M.D.

DATE:       November 17, 2023

TIME:       9:12 a.m.

LOCATION:   Stempien Law, PLLC

           38701 Seven Mile Road, Suite 130

           Livonia, Michigan

REPORTER:   Lori J. Cope, RPR, CSR-4113

           Appearing remotely from Fremont, Michigan

Fortz Legal Support

www.FortzLegal.com

844.730.4066



Page 26

1  A. Yes, I did.
2  Q. And it is signed by Noni Stein.
3     Do you see that?
4  A. Yes.
5  Q. And who is Noni Stein?
6  A. Who is the social worker.
7  Q. Did you work with Noni Stein at Havenwyck?
8  A. I --
9  Q. Do you remember?
10 A. I don't remember him [sic] very clearly because each patient
11    has their own psychiatrist -- or own social worker. So I take
12    care of about 10 patients, and oftentimes most of the patients
13    have a -- they have different social workers.
14 Q. If you look at the letter, it states that Dr. Elzein was --
15    can return to work on 11-23-2020 with no restrictions.
16    Do you see that?
17 A. Yes.
18 Q. Was that something that you authorized?
19 A. No, I didn't.
20 Q. Did the social workers at Havenwyck have the authority to
21    issue return to work letters?
22    MR. JENKINS: Objection, foundation.
23    MS. BERARD: Foundation.
24 A. This is the -- so an estimate by the social worker, but we
25    usually recommend outpatient psychiatric treatments for --

Page 27

1     THE REPORTER: I'm sorry, for --
2  A. -- usually take place in a week. So upon being seen by
3     outpatient psychiatrist, and the dad came, will make a
4     decision whether or not/when he will/he can go back to work.
5  BY MR. STEMPIEN:
6  Q. Okay. All right. Did you have any reason to disagree with
7     what Noni Stein wrote in Exhibit 11?
8     MR. JENKINS: Other than what he testified to
9     already, Counsel, and what is in the medical records? I think
10    it is an improper question as to form and foundation.
11    MR. STEMPIEN: I disagree.
12 BY MR. STEMPIEN:
13 Q. But, go ahead, you can answer.
14 A. Yeah, it seems to me it would be too early because he needs to
15    be assessed by the outpatient psychiatrist when seen by the
16    psychiatrist.
17 Q. Okay. You have been practicing psychiatry in Michigan for 45
18    years or so. Correct?
19 A. That's correct.
20 Q. During the course of your treatment in Northville and at
21    Havenwyck, you have probably had lots of times where you have
22    admitted people involuntarily for psychiatric hospitalization.
23 A. That's correct.
24 Q. And during that time did you -- were you involved with
25    petitions filed with the probate court --

Page 28

1  A. Yes.
2  Q. -- to have somebody involuntarily admitted?
3  A. Yes.
4  Q. And during your education, training, and experience, were you
5     trained on the probate process in Michigan for involuntarily
6     admitting somebody to a psychiatric care facility?
7  A. Yes.
8  Q. In November of 2020 what was your understanding of what the
9     process was to have somebody involuntarily admitted to a
10    psychiatric care facility?
11 A. Yes.
12 Q. What was your understanding though? How was that supposed to
13    happen?
14 A. Well, so depending upon the patient's condition, some patient
15    needs to have a certificate, and that the certificate to be
16    sent to court and the court will decide whether the patient
17    should be involuntary or discharged.
18 Q. Are you aware of any petition or certificate having been filed
19    with the probate court regarding Ahmed Elzein?
20    MS. BERARD: Foundation.
21 A. Yes.
22 BY MR. STEMPIEN:
23 Q. You are aware of something being filed in probate court?
24 A. I don't record those things. However, we have a court liaison
25    staff and they, the court liaison, take care of it.

Page 29

1  Q. Do you remember who that person was in November of 2020?
2  A. I don't remember the name of the staff.
3  Q. And this is a Havenwyck staff member?
4  A. That's correct.
5  Q. Did you personally ever complete any petition for probate
6     court regarding Dr. Elzein?
7  A. I don't remember it.
8  Q. Did you ever complete any clinical certificate regarding
9     Dr. Elzein and his hospitalization?
10    MR. JENKINS: Other than what we just read from and
11    what's in the file, Counsel?
12    MR. STEMPIEN: Well, no, those aren't completed by
13    Dr. Yoon.
14    MR. JENKINS: Well, you just read from a
15    certification.
16    MR. STEMPIEN: Yeah, not completed by him.
17    MR. JENKINS: Okay.
18    MR. STEMPIEN: It was completed by Ascension.
19    MR. JENKINS: It's your examination. I will go
20    through those then. I'm sorry. I'm sorry. I shouldn't have
21    interrupted.
22    MR. STEMPIEN: Yeah, I mean you said other than what
23    we have looked at, but we haven't looked at anything that
24    Dr. Yoon completed. I am asking did he personally complete
25    any certificate.